UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): Apache Stronghold

**Defendant**(s): **United States of America ; Neil Bosworth , Supervisor Tonto Nat. Forest; Sonny Perdue , Secretary USDA; Vicki Christensen , Chief of US Forest Service; Tom Torres , Acting Supervisor Tonto Nat. Forest**

County of Residence: Pinal

County of Residence: Pinal

County Where Claim For Relief Arose: Pinal

Plaintiff's Atty(s):

**Clifford I Levenson**
**Law Office of Clifford Levenson**
**5119 N 19th Avenue, Suite K**
**Phoenix, Arizona  85015**
**6024483905**

Defendant's Atty(s):

II. Basis of Jurisdiction:   2. U.S. Government Defendant

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

IV. Origin :   **1. Original Proceeding**

V. Nature of Suit:   **440 Other Civil Rights**

VI. Cause of Action:   **42 U.S.C. 2000bb, et seq.Violations of: 5th Amendment Due Process, 1st Amendment Right to Pet. & Remedy,treaty rights, trust responsibility, free exercise of religion, RFRA**

VII. Requested in Complaint

Class Action: **No**
Dollar Demand: **TBD**

Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** /s/Clifford Levenson

**Date:** 01/13/2021

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**