IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA
Phoenix Division

| | | |
|---|---|---|
| Apache Stronghold,<br>   a 501(c)(3) nonprofit organization, | ) ) ) | No. 2:21-cv-00050-CDB |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| United States of America; | ) ) | |
| Sonny Perdue, Secretary, U.S. Department<br>   of Agriculture (USDA); | ) ) ) | |
| Vicki Christensen, Chief, USDA Forest Service; | ) ) | |
| Neil Bosworth, Supervisor, USDA Tonto<br>   National Forest; | ) ) ) | |
| and | ) ) | |
| Tom Torres, Acting Supervisor, USDA<br>   Tonto National Forest, | ) ) ) | |
| Defendants. | ) ) | |

The Court having considered Plaintiff's MOTIONFOR TEMPORARRY

RESTRAINING ORDER AND PRELIMINARY INJUNCTION, and good cause

appearing,

      **IT IS HEREBY ORDERED** that in order to preserve the *status quo*, the

Defendants are temporarily restrained from publishing a Final Environmental Impact

Statement ("FEIS") on the "Southeast Arizona Land Exchange and Resolution Copper

Mine Project" and from conveying the parcel(s) of land containing Oak Flat, as

referenced in the Complaint in this matter, until such time as the Court adjudicates the

Plaintiff's request for a preliminary injunction in this case.

      DATED this _____day of January, 2021.


                                  _____

                                  Hon. Camille D. Bibles
                                  United States Magistrate Judge