UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| **Apache Stronghold, a 501(c)(3) nonprofit organization,** | ) ) ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 2:21-cv-00050-CDB ) |
| **United States of America et al.** | ) ) ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Mark Hepp, being duly sworn, state:

I am an Arizona private process server in good standing, Registered with Maricopa County Superior Court, #MC-7803. I am 21 years or older and not a party to this action.

I served the following documents on U.S. Attorney's Office in Maricopa County, AZ on January 14, 2021 at 10:46 am at U.S. Attorney's Office, 40 N. Central Avenue, Suite 1800, Phoenix , AZ 85004 by leaving the following documents with Augustine Arvizo who as Authorized Employee is authorized by appointment or by law to receive service of process for U.S. Attorney's Office.

SUMMONS for Tom Torres, Acting Supervisor, Tonto National Forest, USDA Forest Service;
SUMMONS for Michael Bailey, U.S. Attorney;
SUMMONS for Sonny Perdue, Secretary, U.S. Department of Agriculture;
SUMMONS for Neil Bosworth, Supervisor, Tonto National Forest, USDA Forest Service;
SUMMONS for Vicki Christensen, Chief, USDA Forest Service;
SUMMONS for Jeffery Rosen, Acting U.S. Attorney General, U.S. Department of Justice;
COMPLAINT; MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; Declaration of Clifford Levenson; Declaration of Wendsler Nosie; Declaration of Naelyn Pike; Declaration of John R. Welch; Declaration of Cranston Hoffman.

Additional Description:
Documents accepted by Augustine on behalf of the US attorney's office.

Hispanic or Latino Male, est. age 45, glasses: Y, Black hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=33.4494329989,-112.0743256343

Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Maricopa County  ,  AZ   on   1/15/2021  .

*Mark Hepp*
Signature
Mark Hepp
(602) 418-5439

# Exhibit 1

Exhibit 1a)

