Michael V. Nixon (OR Bar # 893240) (*pro hac vice* application pending)
101 SW Madison Street # 9325
Portland, OR 97207
Telephone: 503.522.4257
Email: michaelvnixon@yahoo.com

Clifford Levenson (AZ Bar # 014523)
5119 North 19th Avenue
Suite K
Phoenix, AZ 85015
Telephone: 602.258.8989
Fax: 602.544.1900
Email: cliff449@hotmail.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
Phoenix Division

| | | |
|---|---|---|
| Apache Stronghold,<br>   a 501(c)(3) nonprofit organization, | ) )<br>) | No. 2:21-cv-00050-CDB |
|                Plaintiff, | )<br>) | **NOTICE OF ERRATUM** |
| v. | )<br>) | |
| United States of America, | )<br>) | |
| Sonny Perdue, Secretary, U.S.<br>   Department of Agriculture (USDA), | )<br>)<br>) | |
| Vicki Christensen, Chief, Forest Service,<br>    USDA, | )<br>)<br>) | |
| Neil Bosworth, Supervisor, Tonto<br>   National Forest, USDA, | )<br>)<br>) | |
|       And | )<br>) | |
| Tom Torres, Acting Supervisor, Tonto<br>   National Forest, USDA, | )<br>)<br>) | |
|                Defendants. | ) | |

Plaintiff, through counsel undersigned, hereby gives notice to the Court and counsel that counsel undersigned inadvertently filed an earlier draft of the Declaration of John Welch, Ph.D., as an attachment to Plaintiff's MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION. The correct Declaration of John R. Welch, Ph.D. has been provided to counsel for the Defendants via email, and is filed with this Notice.

Dated: January 19, 2021				Respectfully submitted,


				/s/ Michael Nixon
				Michael V. Nixon (OR Bar # 893240)
				(*pro hac vice* )
				101 SW Madison Street #9325
				Portland OR 97207
				Telephone: 503.522.4257
				Email: michaelvnixon@yahoo.com


				/s/ Clifford Levenson
				Clifford Levenson (AZ Bar # 014523)
				5119 North 19th Avenue, Suite K
				Phoenix, AZ 85015
				Telephone: 602.258.8989
				Fax: 602.544.1900
				Email: cliff449@hotmail.com

				*Attorneys for Apache Stronghold*