Michael V. Nixon (OR Bar # 893240) (*pro hac vice* application pending)
101 SW Madison Street # 9325
Portland, OR 97207
Telephone: 503.522.4257
Email: michaelvnixon@yahoo.com

Clifford Levenson (AZ Bar # 014523)
5119 North 19th Avenue, Suite K
Phoenix, AZ 85015
Telephone: 602.258.8989
Fax: 602.544.1900
Email: cliff449@hotmail.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Apache Stronghold,<br>    a 501(c)(3) nonprofit organization,<br><br>                    Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>Sonny Perdue, Secretary, U.S. Department<br>    of Agriculture (USDA),<br><br>Vicki Christensen, Chief, Forest Service,<br>    USDA,<br><br>Neil Bosworth, Supervisor, Tonto National<br>    National Forest, USDA,<br><br>    And<br><br>Tom Torres, Acting Supervisor, Tonto<br>    National Forest, USDA,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CV-21-_____<br><br><br>**DECLARATION OF<br>JOHN R. WELCH, Ph.D.** |

DECLARATION OF JOHN R. WELCH, Ph.D.                                          1

Under the penalties of perjury in accordance with the laws of the United States of America, I hereby declare:

1. I, John R. Welch, am a tenured full professor, jointly appointed in the Department of Archaeology and in the School of Resource and Environmental Management, at Simon Fraser University, British Columbia, Canada. I also direct research and outreach activities in my capacities and the director of the nonprofit Archaeology Southwest's Landscape and Site Preservation Program.

2. I have a lifelong interest in the natural and human history, geography, and management of the American Southwest and earned my graduate degrees in anthropology (MA, 1985; PhD, 1996) from the University of Arizona, Tucson.

3. I am a registered professional archaeologist (RPA 10027) and, over the last 36 years, have been employed by private consulting firms, by the University of Arizona, by the U.S. Department of the Interior, by the White Mountain Apache and San Carlos Apache Tribes, by Archaeology Southwest, and by Simon Fraser University.

4. I began working with Western Apache (Ndee) lands and leaders in 1984, while a graduate student, and from 1992 to 2005 served as the archaeologist and historic preservation officer for the White Mountain Apache Tribe. My work during this period included documenting, assessing the significance of, and protecting archaeological and cultural resource sites, training crews of Apache foresters and resource technicians to do the same, and assisting in the planning and implementation of land alteration and forest treatment projects. I also advised Apache elected and cultural leaders regarding their participation in the implementation of the Native American Graves Protection and Repatriation Act (NAGPRA). I also advised Apache leaders in their consultations with federal agencies, including the U.S. Forest Service and the Tonto National Forest, as those agencies attempted to comply with the National Historic Preservation Act and the National Environmental Policy Act.

5. My work on Western Apache archaeology and land use has involved close collaborations with recognized Western Apache experts in history and culture. Those collaborations have allowed me to acquire knowledge of changes in the use, occupation, and management of Western Apache ancestral

lands, including the area containing Chí'chil Biłdagoteel ("Emory Oak Extends on a Level," widely known as "Oak Flat"). I have endeavored to translate the privileges flowing from my collaborations with Western Apache people and their lands into useful and informative publications about regional history, archaeology, and persistent Apache interests in their lands and places within and beyond reservation boundaries. A full chronicle of these publications and my employment and research funding histories are presented in my curriculum vitae, which is attached hereto and incorporated herein by this reference.

6. In February 2018, relying on the same expertise I outlined above, I gave sworn expert testimony on behalf of the San Carlos Apache Tribe before the Arizona Department of Environmental Quality in Administrative Hearing No. 17-001-WQAB.

7. Reviewing all of the information presented herein, including the history of the 1852 Treaty between the Apache Nation and the United States, the proceedings of the Indian Claims Commission, and all relevant federal executive orders and agency decisions, I have reached an opinion regarding tenure of the land now known as Oak Flat. That opinion is that Oak Flat is Western Apache ancestral land contained within the Western Apaches' Treaty Territory and cannot be owned by the United States of America or any other entity or person. The information that I have relied on is the kind of information that an archaeologist and historian would rely on to determine the opinions that I have formed here

8. I have, over the decades, heard stories from many Western Apache leaders and colleagues to the effect that U.S. Army forces attacked the camps of their forebears, killing their families, evicting them from most of their ancestral lands, and concentrating the survivors at San Carlos and Fort Apache. The results of my 2017 peer-reviewed study on this deeply disturbing facet of Arizona history are freely available as "Earth, Wind, and Fire: Pinal Apaches, Miners, and Genocide in Central Arizona, 1859-1874" (Sage Open [October-December]:1-19).[1]

9. That research into the Pinal Apache Genocide and related aspects of Western Apache-U.S. relations prompted further inquiry into the use and tenure of Western Apache ancestral lands not included

---

[1] Available online at: https://journals.sagepub.com/doi/full/10.1177/2158244017747016

within the U.S. Government-designated boundaries of Western Apache tribal trust lands (i.e., the Camp Verde, San Carlos, Tonto, and White Mountain Apache reservations).

10.  In later 2018 and continuing through 2020, I took a particular interest in the 1852 Treaty between the U.S. and the Apache Nation of Indians (sometimes referenced as the Treaty of Santa Fe), (herein "1852 Treaty"). That 1852 Treaty was signed by representatives of Apache peoples living both to the east of the Rio Grande (that is, Eastern Apaches—the Plains and Mescalero Apache) and west of the Rio Grande (that is, the Western Apaches—the Chiricahua and Western Apache).[2] The 1852 Treaty was duly ratified by the U.S. Senate and proclaimed by President Pierce on March 25, 1853. I did not find evidence that the 1852 Treaty was ever amended or rescinded. This research has resulted in a draft manuscript being prepared by me for professional, peer-reviewed publication.

11.  My research investigated the articles of that 1852 Treaty, the boundaries of the Apache lands covered by that agreement, which I refer to as the Western Apaches' Treaty Territory, and the Treaty's signatories, application, and enforcement. My review of the 11 articles of the 1852 Treaty identified found several articles that recognize Apache territory through direct and indirect references. Article 7 of the 1852 Treaty affirms that the "people of the United States of America shall have free and safe passage through the territory of aforesaid Indians." In Article 8, the parties agree that, "to preserve tranquility and to afford protection to all the people and interests of the contracting parties, the government of the United States will establish such military posts and agencies, and authorize such trading houses at such times and places as the said government may designate." Article 9 affirms "that the government of the United States shall at its earliest convenience designate, settle, and adjust their territorial boundaries, and pass and execute in their territory such laws as may be deemed conducive to the prosperity and happiness of said Indians." In Article 11, the parties agree the "Treaty shall be binding [and] … the government of the United States shall so legislate and act as to secure the permanent prosperity and happiness of said Indians."

---

[2] Kappler, Charles J., Compiler and Editor (1904). *Indian Affairs: Laws and Treaties*, Vol. II (Treaties). Washington DC: Government Printing Office, pages 598-600.

12.  My investigation of the 1852 Treaty found that the U.S. Smithsonian Institution, Bureau of American Ethnology, mapped and published what I refer to as the Western Apaches' Treaty Territory to encompass most of the southern half of New Mexico Territory (present day New Mexico and Arizona) west of the Rio Grande (Figure 1, Map Area 689).[3] Map 1, below shows cropped portions of two maps, "Arizona 1" and "New Mexico 1" conjoined to depict the 1852 Western Apaches' Treaty Territory (central greenish area "689"). The red arrow points to the approximate location, within the Western Apaches' Treaty Territory, of the Apache place known as Chí'chil Biłdagoteel (Oak Flat).



**MAP 1**

13. My research has also included a review of U.S. Federal Government actions—including those of the Legislative, Executive, and Judicial branches—purporting to alter or transfer ownership or control

---

[3] Royce Charles C. (1899). *Indian land cessions in the United States* (Arizona and New Mexico map No. 1, pp. 922-923) (Eighteenth annual report of the Bureau of American Ethnology). Washington, DC: Smithsonian Institution. From https://lccn.loc.gov/13023487, accessed October 20, 2020.

of the Western Apaches' Treaty Territory. I found dozens of such actions affecting millions of acres within the Western Apaches' Treaty Territory. I have yet to discover a single instance in which the legal authority for the action by the United States—whether act of Congress, executive order, or court decision—explicitly recognizes either the 1852 Treaty or the effect and apparent impingement of those Federal actions on the Treaty and the Western Apaches' Treaty Territory and associated Treaty rights.

14. I investigated the proceedings of the Indian Claims Commission for Docket 22, addressing claims to compensation for lands taken by the United States from tribes representing Apache, Yavapai, and Navajo plaintiffs. The Docket 22 records are scattered, and the Indian Claims Commission ultimately partitioned Docket 22 into multiple proceedings, but I examined Docket 22 materials in libraries and the U.S. National Archives Record Group 279. I gave particular attention to the following: testimonies provided by tribal elders, reports of subject matter experts regarding claimant tribes' histories and land uses, and Findings of Fact and legal decisions of the Indian Claims Commissioners. I followed these related lines of inquiry to learn where and under what circumstances the Federal Government, through the Indian Claims Commission, may have attempted to "quiet" Apaches' reserved treaty rights or aboriginal land title, principally through providing compensation for or refusing to provide compensation for aboriginal lands, defined by the Indian Claims Commission as lands subjected to "exclusive tribal use and occupation from "time immemorial.""[4]

15. I found no evidence, in the proceedings of the Indian Claims Commission or elsewhere, of any change or diminishment in the Apaches' reserved treaty rights to the Western Apaches' Treaty Territory. I found no evidence that the United States compensated the Apache treaty rights holders for Chí'chil Biłdagoteel (Oak Flat). Oak Flat is Apache land, as it has been for centuries and is not owned by the United States of America or any other entity or person.

---

[4] United States Indian Claims Commission (1979). *Final Report, August 13, 1946-September 30, 1978*. U.S. Government Printing Office: 1979-271-733 (the quotation appears on page 10). The map of aboriginal land areas adjudicated by the Indian Claims Commission is available at https://pubs.er.usgs.gov/publication/70114965, accessed April 1, 2020. For an account of aspects of the adjudication of Docket 22, see Lieder, Michael, and Jake Page (1997). *Wild Justice: The People of Geronimo Vs. the United States*. New York, Random House.

16.  With specific reference to the proposed Resolution Copper mine and the land area slated for mechanical, hydrological, and atmospheric impacts (see Map 2, below), I learned that Western Apache and Yavapai people living in the period prior to sustained contact with Americans (that is, during the Pinal Apache Genocide, 1859–1874) agreed on at least two fundamental aspects of land tenure history.

17.  First, they agreed that the crest of the Mazatzal Mountains and Pinal Mountains constituted a general dividing line between the Western Apache and Yavapai ancestral territories.

18.  Second, they agreed that line of division was permeable. The generally peaceful relations between the two peoples allowed family groups to cross that boundary whenever it was convenient or useful for them to do so, even without permission from those on the other side of the divide. These crossings typically occurred as Apache and Yavapai family groups pursued seasonally and spatially distributed concentrations of wild plant foods, including cactus fruits and nut masts. Apache and Yavapai groups, especially those groups located close to the Mazatzal-Pinal boundary, shared information and land use, also occasionally intermarrying, camping nearby, and cooperating in defense of their territories.

19.  These agreed-upon facts from the Indian Claims Commission Docket 22 proceedings are further affirmed in results from investigations and tribal consultations undertaken by the U.S. Forest Service concerning the proposed Resolution Copper Mine, as required by federal environmental and historic preservation laws and by Section 3003 of the National Defense Authorization Act of 2015.[5]

20. The two maps, included below, show that the impact area for the proposed Resolution Copper mine extends across westerly portions of the Western Apache (Docket 22-D) aboriginal lands, as judicially established by the Indian Claims Commission (ICC map areas 140 and 141, see Map 2), and across easterly portions of Yavapai (Docket 22-E, ICC area 146) and Pima-Maricopa (Docket 228, ICC area 147) aboriginal lands. Map 2 provides a regional view; Map 3 provides a more detailed view of the Resolution Mine potential impact area, with Chí'chil Biłdagoteel (Oak Flat) at the center of the impacts.[6]

---

[5] In particular, see Maren P. Hopkins, Chip Colwell, T.J. Ferguson, and Saul L. Hedquist (2015) Ethnographic and Ethnohistoric study of the Superior area, Arizona, prepared for Resolution Copper Mining by Anthropological Research, L.L.C.
[6] Professional cartographers prepared Map 1 and Map 2 under the direction of John R. Welch using information



**MAP 2**

from the U.S. Forest Service and spatial data publicly available through national cartographic data bases.

21.  Map 2 depicts the original "White Mountain Reservation," the San Carlos Reservation and Fort Apache Reservation divisions (1897) of that original reservation, and the various tracts excluded from those reservations by unilateral U.S. Federal Government actions, none of which reference or comport with the articles of the 1852 Treaty. Map 2 and Map 3 both show the conjoined turquoise blue and red lines depicting most of the boundary between the Western Apache and Yavapai lands along the crest of the Mazatzal and Pinal Mountains and the area of concern, Chí'chil Biłdagoteel (Oak Flat), on the west side of that boundary, near the southern edge of Yavapai aboriginal lands (Docket 22-E, ICC map area 146, delineated in turquoise blue). These two maps also show that the impact area for the proposed Resolution Copper mine affects Western Apache, Yavapai, and Pima-Maricopa aboriginal lands and a tract south and southeast of Yavapai and Western Apache aboriginal lands. Because the rules adopted by the Indian Claims Commission prohibited the recognition of tracts used by multiple Indian peoples as the aboriginal lands of any single claimant group, the Commission did not identify this tract aboriginal lands. No Tribe received compensation for the "every man's lands" south of Yavapai aboriginal lands.[7]

22. The Indian Claims Commission proceedings in Docket 22-D resulted in compensation to the San Carlos and White Mountain Apache Tribes for the taking by the U.S. of millions of acres of Apache lands. The lands for which the Western Apache tribes received compensation did not include Chí'chil Biłdagoteel (Oak Flat) or other lands for which the Yavapai tribes apparently received compensation pursuant to Docket 22-E.

---

[7] U.S. Indian Claims Commission (1965). Findings of Fact in Docket 22-E (15 Ind. Cl. Comm., March 3, 1965), Records Group 279, Entry 11UD. Washington, DC: National Archives. U.S. Indian Claims Commission (1969). Findings of Fact in Docket 22-D (21 Ind. Cl. Comm., June 27, 1969), Records Group 279, Entry 11UD. Washington, DC: National Archives.



**MAP 3**

23.  The cartographic, documentary, and archaeological materials that I have investigated are part of the information that form the basis of my expert opinions that (a) Western Apaches retain reserved treaty rights to Chí'chil Biłdagoteel (Oak Flat); (b) Indian Claims Commission decisions in Docket 22-D (San Carlos and White Mountain [Western Apache] Tribes) and Docket 22-E (Yavapai Tribes) never affected or otherwise diminished Western Apaches' reserved treaty rights, including those of the San Carlos Apache Tribe and its members created by the 1852 Treaty, and (c) because of the evidence presented in Indian Claims Commission Docket 22 proceedings and in the nomination of Chí'chil Biłdagoteel to the U.S. National Register of Historic Places (see below), the Indian Claims Commission should not have recognized Chí'chil Biłdagoteel (Oak Flat) as land exclusively used and occupied by

Yavapai. Yavapai and Apache customary practice includes the sharing of food gathering areas. Yavapai and Apache oral traditions include specific references to sharing acorn gathering areas and Oak Flat. The Chíʼchil Biłdagoteel National Register District includes abundant archaeological evidence of Apache use and occupation of the Chíʼchil Biłdagoteel District.

24.   Chíʼchil Biłdagoteel is a place of extraordinary and axiomatically unique importance in Western Apache culture, spirituality, and history, with special reference to the Pinal Apache Genocide.

25.   While my academic training, research interests, and expertise do not extend to or include Apache religion or spiritual practice, many breakthroughs in my understanding of Apache archaeology and land use have come from intently listening to Western Apache cultural practitioners explain the importance of places and their roles in Western Apache history, spirituality, and metaphysics.

26.   Four lessons from my listening to Western Apache knowledge keepers are pertinent to this declaration: (a) Western Apache conceptions of time, space, power, history, and human interrelations with these are distinct from Western conceptions (including those I was brought up with); (b) Western Apache people perceive, learn from, and act with profound respect in relation to places, including the big places often referenced as landscapes, in ways that are both culturally shared and intensely personal; (c) Non-Apaches, myself included, should generally leave it to knowledgeable Western Apache people to interpret or comment upon Western Apache religious places in general, and upon specific places, like and including Chíʼchil Biłdagoteel, that are known to be holy places; and (d) Notwithstanding these concerns, there are occasional appropriate roles for non-Apaches to offer technical support (for example, archaeological or cartographical) and external comments as means to bridge the vast chasms between Western Apache and non-Apache regard for and treatment of place and places.[8]

27.   Specifically, the lovely, 40-acre grove of old-growth Emory oaks most widely known as Oak Flat, is a primary activity area for a much larger cultural landscape. Apache cultural experts, knowledge holders representing other regional tribes, and professional archaeologists from diverse backgrounds have

---

[8] The essential book corroborating these points is Basso, Keith H. (1996). *Wisdom Sits in Places: Landscape and Language Among the Western Apache*. Albuquerque: University of New Mexico Press.

recognized as Oak Flat a local hub for at least 10 centuries of residence, food gathering, and ceremonial activity.[9] Pottery fragments, engravings on boulders and cliff faces, roasting areas, and remnants of diverse house structures and other activity areas surround the grove and contribute to Chí'chil Biłdagoteel historical significance, sense of place, and what I refer to here as potency.

28. Converging lines of evidence from multiple tribes' oral histories, historical documents, and archaeological studies obliged the U.S. Forest Service to nominate, and the Keeper of the U.S. National Register to list, Chí'chil Biłdagoteel in the National Register of Historic Places. Chí'chil Biłdagoteel's landforms, springs, woodlands, canyons, and religious sites collectively embody and define a 4,309-acre cultural landscape of past and ongoing use by and high significance to Western Apache people.[10]

29. The 4,309-acre National Register District encompasses the entirety of the 2,422-acre parcel of the Western Apaches' Treaty Territory and Western Apache ancestral land proposed for the land exchange.  The Chí'chil Biłdagoteel in the National Register District is essential both in the practice of Western Apache religion and in the implementation current proposal for the Resolution Copper mine.

30.  As to the question of cultural and religious significance of Chí'chil Biłdagoteel, only Western Apache people with Western Apache religious beliefs and who conduct Western Apache religious practices are fully qualified to answer. I will say, nonetheless and with utmost deference, that many Western Apache people view the desecration, or even disrespect, of holy places, most especially in pursuit of profit or other individual gain at others' cost, as an affront to all that is right and good. Many Western Apache people also view such reckless behavior as extremely dangerous intrusions of secular concerns into highly sensitive and sacred domains of limitless natural and supernatural forces.

---

[9] Hopkins, Maren P., Colwell, Chip, Ferguson, T. J., & Hedquist, Saul L. (2015). Ethnographic and Ethnohistoric study of the Superior area, Arizona. Prepared for Resolution Copper Mining. Tucson, AZ: Anthropological Research, L.L.C.

[10] U.S. Department of Agriculture Tonto National Forest (2015) National register nomination for the Chi'chil Biłdagoteel national register historic district, Pinal County, Arizona (U.S. National Park Service, National Register of Historic Places, approved March 4, 2016). Retrieved from http://bloximages.chicago2.vip.townnews.com/tucson/content/tncms/assets/v3/editorial/8/b1/8b 10c3b0-77ed-560b-bd5f-bc0552df7e7c/56e363c6b87ba.pdf.pdf

31. The late Nick Thompson, a Western Apache resident of Cibecue, White Mountain Apache Tribe lands, and a knowledgeable authority on Western Apache places, culture, and religion, made this point in an interview many years ago with Keith H. Basso using terms I would never attempt to improve upon: "If you hurt one of these holy places, it's very, very bad. You will hurt yourself and all your people if you do that. You must always show respect and take care of those holy places. Each one helps us in some way. We depend on them to help us live right, to live the way we should. So we leave them alone except when we really need them. We pray to them to help us. If we hurt them they would stop helping us – and we would only know trouble."[11]

Respectfully submitted,

*John R. Welch*

Dated: January 11, 2021

John R. Welch, Ph.D.

---

[11] Hon. Terry Rambler (2019). Comment on behalf of San Carlos Apache Tribe on the Draft Environmental Impact Statement for the Resolution Copper Project and Land Exchange, submitted to U.S. Department of Agriculture Tonto National Forest, December 23, 2019, pp. 12-13.

# John R. Welch, PhD, Registered Professional Archaeologist 10227
Professor & Director of the Professional Master's Program in Heritage Resource Management
Department of Archaeology & School of Resource and Environmental Management
Simon Fraser University   welch@sfu.ca  –  http://www.sfu.ca/rem/people/profiles/welch.html

## EDUCATION
1996 Ph.D.   Anthropology, University of Arizona, Tucson, U.S.
1985 M.A.   Anthropology, University of Arizona, Tucson, U.S.
1983 A.B.   Anthropology (Honors), Spanish, Hamilton College, Clinton, New York, U.S.

## INTERESTS

*Sovereignty-driven cultural and biophysical heritage stewardship and research*
Keywords: Sovereignty-driven research; Community-based conservation; Customary law and practice; Cultural resources management; Historic preservation; Indigenous archaeology; Activist archaeology; Resistance; American Southwest and British Columbia

*Western Apache archaeology, history, and human ecology in the Arizona uplands*
Keywords: Apache archaeology; Trail archaeology; Sacred sites protection; Land claims; Heritage tourism and culturally appropriate economic development; Indigenous management models

## COURSE PORTFOLIO

*Archaeological Resource Management*       *Co-Management with Indigenous Peoples*
*Cultural Heritage Crime*                  *Heritage Resource Management Law & Policy*

## EMPLOYMENT
| | |
|---|---|
| April 2005–Current | **Professor & Director of the Professional Graduate Program in Heritage Resource Management**, jointly appointed in the Department of Archaeology and School of Resource and Environmental Management, Simon Fraser University |
| February 2018–Current | **Director, Landscape and Site Preservation Program**, Archaeology Southwest, Tucson. Lead collaborative, preservation-focused, management, advocacy, and tribal and public engagement initiatives. |
| January 2005–Current | **Advisor, Consulting Historian, and Expert Witness**, White Mountain Apache Tribe, Whiteriver, Arizona & San Carlos Apache Tribe, San Carlos, Arizona. Assist in redeveloping the Fort Apache Historic District, reclaiming lands erroneously excluded from the reservation, repatriating cultural items, and protecting sacred sites |
| September 2008–Current | **Associate Faculty**, Archaeology, Arizona State Museum, University of Arizona, Tucson |
| April 2010–July 2013 | **Faculty Mentor**, White Mountain Apache – University of Arizona Western Apache Ethnography and GIS Field School |
| September 1998–June 2005 | **Visiting Scholar**, Department of Anthropology, University of Arizona, Tucson |

*Curriculum Vitae*                                               **John R. Welch, RPA**

| | |
|---|---|
| September 1992–June 2005 | **Archaeologist**, U.S. Bureau of Indian Affairs (BIA), Fort Apache Agency, Whiteriver, Arizona<br>Provided cultural heritage protection, planning, and compliance services for the federal agency administering White Mountain Apache Tribe trust lands |
| November 1996–Jan 2005 | **Tribal Historic Preservation Officer**, White Mountain Apache Tribe, Whiteriver, Arizona<br>Established the Fort Apache Heritage Foundation 501(c)3; Managed research, intergovernmental consultation, environmental protection, and repatriation initiatives in support of White Mountain Apache heritage conservation and economic and community development |
| May 1996–September 2002 | **Archaeologist**, U.S. Dept of Interior, Emergency Rehabilitation Team. Cultural resource lead on interdisciplinary team that created treatment plans for wildfire-impacted federal and Indian lands |
| January 1998–May 2001 | **Associate Faculty** and chair of the Heritage Preservation Curriculum Committee, Northland Pioneer College, Holbrook, Arizona |
| September 1990–May 1991 | **Associate Faculty**, Human Sciences, Pima Comm. College, Tucson |
| August 1990–Dec 1993 | **Assistant Project Director**, Statistical Research Inc, Tucson<br>Directed study of Tonto Basin and Verde River agricultural ecology and ethnohistory under contract to the U.S. Bureau of Reclamation |
| April 1992–October 1992 | **Gila Resource Area Archaeologist**, Safford District, U.S. Bureau of Land Management, Arizona<br>Provided heritage preservation, research, and interpretation services |
| May 1990–August 1990 | **Archaeologist**, International Archaeological Research Institute Inc. Assisted with excavation and survey on island of Moloka'i, Hawaii |
| August 1983–Dec 1989 | **Teaching Assistant** and **Assistant Director**, Archaeological Field School, Anthropology, University of Arizona, Tucson |
| August 1988–June 1989 | **Archaeologist in Residence**, Fenster School, Tucson |

## FUNDING FOR RESEARCH AND RELATED SCHOLARLY PURSUITS

1. **Grant:** Mitacs Accelerate Internship Cluster Grant **Period:** 2019–2021 **Project Title:** Expanding Cultural Heritage Stewardship Knowledge and Capacity with Nlaka'pamux Nation Tribal Council and Teck Highland Valley Copper Operations **Funding:** Mitacs **Total:** $105,000 **Involvement:** Project Director **Collaboration:** I am recruiting HRM Professional Program students and matcing them with SFU faculty supervisors and one of the seven funded research internships to optimize Nlaka'pamux capacity building and research impacts from the Teck HVC operations.

2. **Grant:** Community Listening Foundations for District-Scale Interpretation of the Fort Apache and Theodore Roosevelt School National Historic Landmark **Period:** 2020–2021 **Funding:** Arizona Humanities Council **Total:** $10,000 **Involvement:** Project Director **Collaboration:** I will work with Cline Griggs, fellow Fort Apache Heritage Foundation Board, to plan and facilitate about 20 focus group sessions to learn what Apache community members regard as the desired future for Fort Apache and what stories they want to be told, and how, during the next phase of property interpretation and presentation.

*Curriculum Vitae*                                                          **John R. Welch, RPA**

3.  **Grant:** Conservation Assessment Program for Fort Apache and Theodore Roosevelt School National Historic Landmark **Period:** 2019–2020   **Funding:** American Institute for Conservation **Total:** $20,000   **Involvement:** Project Director   **Collaboration:** I planned and facilitated an interdisciplinary review by five established professionals of the 26 historic buildings and associated collections that constitute the Fort Apache Historic Park, resulting in a detailed assessment of conservation issues to serve as the plan for the next phase of property preservation and presentation.

4.  **Grant:** Interdisciplinary Workshop Grant **Period:** 2018–2019   **Project Title:** Cultural Heritage Crime and Forensic Sedimentology: Global Theoretical and Local Tactical Responses to Thwart and Prosecute Heritage Destruction and Theft **Funding:** Wenner-Gren Foundation for Anthropological Research **Total:** $20,000   **Involvement:** Project Director   **Collaboration:** I planned and facilitated a workshop at Fort Apache to focus theoretical perspectives and practical tools on the prevention, investigation, and prosecution of heritage Resource Crime.

5.  **Grant:** SSHRC Research Connections Grant **Period:** 2018–2020   **Project Title:** A Knowledge Creation Plan for Advancing Stó:lō Collaborative Resource Stewardship and Shared Land-Use Decision-Making in Southwest British Columbia **Total:** $45,676   **Involvement:** Co-Principal Investigator   **Collaboration:** I support David M. Schaepe (Sto:lo Research and Resource Management Centre) and Natasha Lyons (Ursus Consulting & SFU Archaeology) in convening a workshop and preparing a white paper to guide the first-ever Sto:lo Nation research plan.

6.  **Contract:** Research and Consulting Contract   **Period:** 2018–2022   **Project Title:** Technical Assistance in Heritage Site Restoration and Preservation **Funding**: U.S. Bureau of Indian Affairs **Total:** $875,000   **Involvement:** Principal Investigator   **Collaboration:** I am a principal in Archaeology Southwest's assistance to BIA in preventing and investigating archaeological resource crime, in repairing damages to affected sites, and in creating training and outreach materials.

7.  **Grant:** Graduate Research Fellowship Grant **Period:** 2017–2018   **Project Title:** Climate Change Adaptation Planning in Two Indigenous Conservation Organizations.  **Funding:** Pacific Institute for Climate Studies **Total:** $5000   **Involvement:** Project Director   **Collaboration:** I direct and support master's research by Vivian Gauer with the Fort Apache Heritage Foundation and the Stolo Research and Resource Management Centre.

8.  **Grant:** Open Educational Resource Development Grant (SFU)   **Period:** 2016–2017 **Project Title:** OER Assessment and Development for a New Breadth-Humanities Course, Heritage Stewardship in Global Context (ARCH 286)   **Funding:** SFU Library OER Fund   **Total:** $3000 **Involvement:** Project Director   **Collaboration:** Facilitate collaborations among Erin Hogg, Hope Power, and other SFU colleagues in identifying and refining OERs for ARCH 286.

9.  **Grant:** Publication Grant   **Awarded:** 2016     **Period:** 2016–2017 **Project Title:** Digital Publication of the SFU Archaeology Press Catalogue   **Funding:** SFU Scholarly Digitization Fund   **Total:** $4960   **Involvement:** Principal Investigator   **Collaboration:** Facilitate creation of a comprehensive online compendium of the 31 books published by SFU Archaeology Press.

10. **Grant:** Research Grant   **Period:** 2016   **Project Title:** 'Ground Truthing' of Ancestral Pueblo Settlement of the Southern and Western Flanks of Arizona's White Mountains, White Mountain Apache Tribe Lands, Arizona.  **Funding:** Arizona Archaeological and Historical Society   **Total:** $500   **Involvement:** Project Director   **Collaboration:** I led seven colleagues on a mobile symposium to visit and boost documentation for 16 Ancestral Pueblo villages.

*Curriculum Vitae*                                                      **John R. Welch, RPA**

11. **Contract:** Professional Consulting Services          **Period:** 2016
    **Project Title:** San Carlos Apache Strike Team  **Funding:** San Carlos Apache Tribe, Arizona
    **Total:** $19,650   **Involvement:** Cultural heritage consultant   **Collaboration:** I supported the
    Apache Strike Team's opposition to the Proposed Resolution Copper Mine by conducting historical
    research and preparing strategic assessments of documents and plans prepared by the mining
    company, U.S. Forest Service, and their consultants.

12. **Contract/Grant:** Research and Exhibition / Outreach     **Period:** 2015–2016
    **Project Title:** Scowlitz Virtual Museum Companion Project  **Funding:** SFU Community
    Engagement Fund **Total:** $10,000   **Involvement:** Co-Principal Investigator   **Collaboration:** I
    support Kate Hennessey (SFU SIAT) and David Schaepe in developing and installing twin
    exhibits—in the SFU Museum of Archaeology and Ethnology and the Sto:lo Research and
    Resource Management Centre—to expand the reach of the Virtual Museum of Canada website
    dedicated to the Scowlitz ancestral village site.

13. **Contract/Grant:** Professional Consulting Services        **Period:** 2015–2016
    **Project Title:** A Cultural Heritage Program for the San Carlos Apache  **Funding:** Resolution
    Copper Mining Corporation, Arizona   **Total:** $10,578   **Involvement:** Cultural heritage consultant
    **Collaboration:**  I supported Statistical Research Inc. Foundation and Apache colleagues in creating
    a values-based program to protect and perpetuate Apache cultural heritage in the face of changing
    social, economic and biophysical environments.

14. **Grant:** Curriculum Development Research        **Period:** 2015–2016
    **Project Title:** Assessment of a Required Graduate Course, *Social Science of Resource
    Management: Theories of Cooperation* (REM 601) **Funding:** SFU Teaching and Learning Center
    **Total:** $5000   **Involvement:** Project Director   **Collaboration:** I worked with Soudeh Jamshidian
    and other SFU colleagues to survey students and refine REM 601, the social science core course in
    the Master's of Resource Management (MRM) program.

15. **Grant:** Curriculum and Credential Development        **Period:** 2015–2016
    **Project Title:** A Professional Online MA Program in Heritage Resource Management
    (HRM) **Funding:**  SFU Professional Online Scholarship and Training (POST) grant        **Total:**
    $100,000   **Involvement:** Program Director   **Collaboration:**  I facilitate and direct SFU and
    HRM industry colleagues in creating and delivering a new Master's program, starting fall 2016.

16. **Grant:** Research Grant   **Period:** 2014–2017
    **Project Title:** Trails of the Apache  **Funding:** SSHRC Small Institutional  **Total:** $6950
    **Involvement:** Principal Investigator   **Collaboration:** I direct landscape-scale efforts to document
    ancient Apache activity hubs using least-cost path GIS analyses to identify trails and the residential,
    agricultural, and foraging localities they connect.

17. **Grant:** Research and Internet Publication Grant    **Period:** 2013–2015
    **Project Title:** People of the River: Sq'éwwets  **Funding:** Virtual Museums of Canada
    **Total:** $193,000    **Involvement:** Collaborator   **Collaboration:** I support the team led by  David
    Schaepe and  Natasha Lyons in facilitating virtual repatriation to the Scowlitz community of all
    information and other materials relating to their most important ancestral village site.

*Curriculum Vitae*                                                    **John R. Welch, RPA**

18. **Grant:** Publication Grant  **Awarded:** 2013      **Period:** 2013–2014
    **Project Title:** Digital Publication of Documents on the History and Management of White Mountain Apache Lands, Arizona  **Funding:** SFU Scholarly Digitization Fund  **Total:** $5000  **Involvement:** Principal Investigator  **Collaboration:** I helped Ian Song (SFU Library) and students develop a text-searchable archive of documents relating to (mis)management of Apache lands.

19. **Contract:** Contract  **Awarded:** 2012      **Period:** 2012–2013
    **Project Title:** History of the Northern Boundary Dispute, White Mountain Apache Reservation  **Funding:** U.S. Bureau of Indian Affairs  **Total:** $17,380      **Involvement:** Principal Investigator  **Collaboration:** I supported Robert D. Brauchli (White Mountain Apache Legal Department) in prosecuting a White Mountain Apache claim to lands erroneously excluded from their reservation.

20. **Grant:** Management grant  **Awarded:** 2012      **Period:** 2012–2013
    **Project Title:** Digitizing FAIRsite, the Fort Apache Indian Reservation heritage site inventory  **Funding:** The Digital Archaeological Record (tDAR)  **Total:** $2680  **Involvement:** Principal Investigator  **Collaboration:** I supported  Frank McManamon (Arizona State U and Digital Antiquity),  Matt Peeples (Archaeology Southwest), and Mr. Mark Altaha (White Mountain Apache Tribe) in designing and trialing a system to incorporate existing site files into a permanent records repository, complete with a digital index to enable heritage site research and conservation.

21. **Grant:** Research Grant   **Awarded:** 2011     **Period:** 2011–2014
    **Project Title:** CNH: Long-term vulnerability and resilience of coupled human-natural ecosystems to fire regime and climate changes at an ancient Wildland Urban Interface  **Funding:** National Science Foundation Grant 1114898  **Total:** $1,498,027  **Involvement:** Co-Investigator  **Collaboration:** I supported  Tom Swetnam (U Arizona),  Chris Roos (Southern Methodist U),  T.J. Ferguson (U Arizona) in integrating dendrochronology, archaeology, and ethnography in pursuit of recommendations for forest, fuels and fire management in the upland Southwest U.S.

22. **Grant:** Research and Curriculum Development Grant   **Awarded:** 2011   **Period:** 2012–2014
    **Project Title:** Tribal Historic Preservation Officer Toolkit: Essential Guide for Tribal Programs  **Funding:** U.S. National Park Service  **Total:** $39, 634   **Involvement:** Project Consultant  **Collaboration:** I supported John Brown (Narragansett Tribe), D. Bambi Kraus (National Association of Tribal Historic Preservation Officers), and an advisory team by conducting surveys, compiling comparable toolkits, and facilitating consultations to build a curriculum to train tribal officials in the functions of tribal historic and cultural preservationists.

23. **Grant:** Research Grant   **Awarded:** 2010     **Period:** 2010–2013
    **Project Title:** Western Apache Ethnography and GIS Research Experience for Undergraduates  **Funding:** National Science Foundation Grant 1004556  **Total:** $254,694  **Involvement:** Joint Investigator   **Collaboration:** I supported Karl Hoerig (White Mountain Apache Cultural Center) and T.J. Ferguson (U Arizona) in running a community-based field school that maps traditional use sites across Western Apache homelands.

24. **Grant:** Internship Grant   **Awarded:** 2010     **Period:** 2011–2013
    **Project Title:** Community land-use planning on First Nations reserves and the influence of land tenure: A case study with the Penticton Indian Band     **Funding:** MITACS Accelerate  **Total:** $30,000  **Involvement:** Co-Preceptor   **Collaboration:** Murray Rutherford (SFU School of Resource and Environmental Management), the Penticton Indian Band Development Corporation, and I supervised intern Marena Brinkhurst's study of how different forms of land tenure influence the process and results of land use planning on Penticton Indian Band lands.

*Curriculum Vitae*                                                                 **John R. Welch, RPA**

25. **Contract:** Contract  **Awarded:** 2010    **Period:** 2010–2012
    **Project Title:** History of the Northern Boundary Dispute, White Mountain Apache Reservation
    **Funding:** U.S. Bureau of Indian Affairs   **Total:** $9950        **Involvement:** Principal Investigator
    **Collaboration:** I supported Robert D. Brauchli (White Mountain Apache Legal Department) in prosecuting a White Mountain Apache claim to lands illegally excluded from their reservation.

26. **Grant:** Publication Grant   **Awarded:** 2010    **Period:** 2010–2011
    **Project Title:** Documenting the Management History of White Mountain Apache Tribe Lands, Arizona  **Funding:** SFU Scholarly Digitization Fund  **Total:** $5000  **Involvement:** Principal Investigator   **Collaboration:** Ian Song (SFU Library) and I engaged students to build a digital archive of documents relating to federal (mis)management of White Mountain Apache lands.

27. **Contract:** Contract  **Awarded:** 2010   **Period:** 2010–2011
    **Project Title:** Intergovernmental protocol for Heritage Site Protection, Tla'amin Territory
    **Funding:** City of Powell River  **Total:** $3770        **Involvement:** Principal Investigator
    **Collaboration:** I facilitated efforts by First Nation, City, and Provincial officials to improve consultation and protection for heritage sites threatened by proposed land use changes.

28. **Grant:** Internship Grant   **Awarded:** 2010   **Period:** 2010–2011
    **Project Title:** An Evaluation of Cultural Heritage as a Basis for First Nations Land Use Planning
    **Funding:** MITACS Accelerate  **Total:** $30,000  **Involvement:** Preceptor   **Collaboration:** David Schaepe (Stó:lo Research and Resource Management Centre), Ch-ihl-kway-ukh Forest Limited officials, and I supervised an intern Karen Brady's development of land use planning tools grounded in Stó:lo cultural precepts and site-specific knowledge.

29. **Contract:** Contract  **Awarded:** 2010   **Period:** 2010
    **Project Title:** Archaeological Site Inspection, Savary Island Dock Enhancement, Tla'amin First Nation Territory, British Columbia   **Funding:** Powell River Regional District  **Total:** $6970
    **Involvement:** Principal Investigator **Collaboration:** Megan Caldwell (U Alberta), Chris Springer (SFU) and I conducted pre-project heritage site identification surveys and project monitoring to avoid dock expansion impacts to heritage sites.

30. **Grant:** Management grant   **Awarded:** 2009   **Period:** 2010–2011
    **Project Title:** Pilot Assessment of the Archaeological Sensitivity of the Surface of the Fort Apache and Theodore Roosevelt School Historic District, Arizona
    **Funding:** Fort Apache Heritage Foundation   **Total:** $7100   **Involvement:** Principal Investigator
    **Collaboration:** I guided student crews led by Jenifer Lewis in gathering detailed data to identify significant areas within the 300-acre fort and residential school site.

31. **Grant:** Research Grant   **Awarded:** 2008   **Period:** 2008–2011
    **Project Title:** Community forests as a new model for forest management in British Columbia
    **Funding:** Social Sciences and Humanities Research Council  **Total:** $136,820
    **Involvement:** Joint Investigator   **Collaboration:** I supported Evelyn Pinkerton's (SFU) interdisciplinary assessments of ecological, economic, cultural, and policy issues to promote community forests as alternatives to industrial timber management models.

*Curriculum Vitae*                                                    **John R. Welch, RPA**

32. **Grant:** Major Collaborative Research Initiative    **Awarded:** 2007    **Period:** 2008–2016    **Project Title:** Intellectual Property in Cultural Heritage    **Funding:** Social Sciences and Humanities Research Council   **Annual:** $400,000 **Total:** $2,500,000    **Involvement:** Joint Investigator   **Collaboration:** I support and am a Steering Committee member and working group co-chair for George Nicholas' (SFU) major collaborative research initiative (MCRI) examining relationships among past legacies and contemporary assertions of cultural and intellectual property rights and interests.

33. **Contract:** Consultant contract    **Awarded:** 2008    **Period:** 2008–2009
    **Project Title:** Tribal Engagement in Fort Lowell Master Plan    **Funding:** Pima County and City of Tucson, Arizona   **Total:** $8900    **Involvement:** Principal Investigator    **Collaboration:** I served as tribal liaison in the planning efforts and contributed to draft and final reports.

34. **Grant:** Research Grant    **Awarded:** 2008    **Period:** 2008–2010
    **Project Title:** Ancestral Knowledge, Ethnohistory, and Archaeology of Two Tahltan Village Sites
    **Funding:** Copper Fox Metals, Inc.   **Total:** $15,000    **Involvement:** Principal Investigator
    **Collaboration:** I supported Tahltan community engagement in Vera Asp's Ph.D research.

35. **Grant:** Research Grant    **Awarded:** 2008    **Period:** 2008–2009
    **Project Title:** Tourism Development By and For the White Mountain Apache Tribe
    **Funding:** Coastal Rainforest Alliance and Harvard University Project on American Indian Economic Development   **Total:** $800    **Involvement:** Principal Investigator

36. **Grant:** Strategic Research Grant    **Awarded:** 2007    **Period:** 2008–2011
    **Project Title:** Sovereignty and stewardship: Expanding First Nations conservation and collaborative capacities    **Funding:** Aboriginal Research Program, Social Science and Humanities Research Council    **Total:** $219,000    **Involvement:** Principal Investigator    **Collaboration:** I coordinated participant-driven research with Tla'amin, Tahltan, Scowlitz and Katzie First Nations to create and implement plans to advance stewardship-based sovereignty.

37. **Grant:** Research Grant    **Awarded:** 2007    **Period:** 2007–2008
    **Project Title:** Ancestral knowledge, Ethnohistory, and Archaeology of Two Tahltan Village Sites.
    **Funding:** Fortune Minerals, Inc.        **Total:** $500    **Involvement:** Principal Investigator
    **Collaboration:** I supported Tahltan community engagement in Vera Asp's Ph.D research.

38. **Grant:** Research Grant    **Awarded:** 2007    **Period:** 2007–2008
    **Project Title:** Ancestral knowledge, Ethnohistory, and Archaeology of Two Tahltan Village Sites
    **Funding:** Copper Fox Metals, Inc.        **Total:** $10,000    **Involvement:** Principal Investigator
    **Collaboration:** I supported Tahltan community engagement in Vera Asp's Ph.D research.

39. **Grant:** Research Grant    **Awarded:** 2007    **Period:** 2007–2009
    **Project Title:** Evaluating ecological, economic, and social trade-offs of managing for valued species    **Funding:** BC Forest Science Program   **Total:** $80,000    **Involvement:** Joint Investigator   **Collaboration:** I supported Evelyn Pinkerton's (SFU) interdisciplinary assessment of the value spectra linked to non-timber forest flora. Other team members included K. Lertzman and M. Rutherford (SFU), U Toronto (S. Kant), and Kamloops First Nation (J. McGrath).

*Curriculum Vitae*                                                                    **John R. Welch, RPA**

40. **Grant:** Research Grant   **Awarded:** 2007   **Period:** 2007–2008
    **Project Title:** Community Resistance as a Window into Customary Conservation Policy and
    Practice   **Funding:** Social Sciences and Humanities Research Council   **Total:** $4950
    **Involvement:** Principal Investigator   **Collaboration:** I compiled oral and documentary histories in
    support of R. Ewing's MA thesis and repatriation studies. Non-SFU partners:  Arizona State
    Museum (U Arizona); Peabody Museum, Harvard; Glenbow Museum, White Mountain Apache
    Tribe, Tohono O'odham Nation, Hopi Tribe.

41. **Grant:** Equipment Grant   **Awarded:** 2004   **Period:** 2005–2008
    **Project Title:** First Nations Cultural and Environmental Resource Management Equipment
    Infrastructural Development   **Funding:** Canada Foundation for Innovation, BC Knowledge Fund,
    SFU Matching Funds   **Total:** $312,000   **Involvement:** Principal Investigator

42. **Grant:** Research Grant   **Awarded:** 2005   **Period:** 2005–2007
    **Project Title:** A Survey of First Nations Heritage Stewardship   **Funding:** SFU President's
    Research Grant   **Total:** $10,000 **Involvement:** Principal Investigator

43. **Grant:** Research Grant   **Awarded:** 2005   **Period:** 2005–2007
    **Project Title:** Seals of Fate   **Funding:** SFU Discovery Parks   **Total:** $5000
    **Involvement:** Principal Investigator

44. **Grant:** Operating Grant   **Awarded:** 2002   **Period:** 2003–2006
    **Project Title:** Preservation Plan Implementation, Kinishba Ruins National Historic Landmark
    **Funding:** Save America's Treasures Program, White House Millennium Council, Washington, DC
    **Total:** $383,000   **Involvement:** Principal Investigator   **Collaboration:** Arizona State grant
    ($100,000) provided matching funds to provide stabilization treatments for the entire site.

45. **Grant:** Research Grant   **Awarded:** 2003   **Period:** 2003–2005
    **Project Title:** Cultural Affiliation Assessment, White Mountain Apache Tribal Lands
    **Funding:** National NAGPRA Office, U.S. National Park Service   **Total:** $75,000
    **Involvement:** Principal Investigator   **Collaboration:** I facilitated intertribal collaboration
    resulting in the repatriation of collections and a guide to the groups affiliated with tribal lands.

46. **Grant:** Research Grant   **Awarded:** 2002   **Period:** 2003–2005
    **Project Title:** The Battle of Cibecue: Investigation and Preservation Planning for the Fight that
    Changed the Apache World   **Funding:** American Battlefield Protection Program, U.S. National
    Park Service   **Total:** $24,000   **Involvement:** Principal Investigator   **Collaboration:** Chip Colwell-
    Chanthaphonh (Center for Desert Archaeology, Tucson) and I developed and published a study.

47. **Grant:** Operating Grant   **Awarded:** 1998   **Period:** 1998–2005
    **Project Title:** White Mountain Apache Tribe Historic Preservation Office
    **Funding:** U.S. National Park Service   **Total:** $480,000 **Involvement:** Principal Investigator

48. **Grant:** Operating and Training Grant   **Awarded:** 2001   **Period:** 2002–2004
    **Project Title:** Undergraduate Research Experience in Native American Archaeology and Heritage
    Preservation: A Cooperative Project of the University of Arizona and the White Mountain Apache
    Tribe (co-PI with Barbara J. Mills)   **Funding:** U.S. National Science Foundation Research
    Experiences for Undergraduates   **Total:** $221,999   **Collaboration:** Mills directed the U Arizona
    field school and research agendas Welch directed the White Mountain Apache stewardship agenda.

*Curriculum Vitae*                                                      **John R. Welch, RPA**

49. **Grant:** Strategic Grant   **Awarded:** 2002   **Period:** 2002–2003
    **Project Title:** Organization Development for the Fort Apache Heritage Foundation
    **Funding:** National Trust for Historic Preservation Locals Initiative   **Total:** $2500
    **Involvement:** Principal Investigator

50. **Grant:** Operating Grant   **Awarded:** 2001   **Period:** 2001–2003
    **Project Title:** Exterior Restoration, Fort Apache Officers Quarters no. 205   **Funding:** Heritage
    Fund, Arizona State Parks   **Total:** $91,100      **Involvement:** Principal Investigator

51. **Grant:** Operating Grant   **Awarded:** 2001   **Period:** 2001–2003   **Project Title:** Nohwiki'i
    Nohwanane' (Bringing Home the Ancestors): The Western Apache Repatriation Working Group
    **Funding:** NAGPRA Program, U.S. National Park Service   **Total:** $71,381   **Involvement:**
    Principal Investigator   **Collaboration:** I supported Western Apache Repatriation Working Group
    consultations with and visits to major U.S. museums.

52. **Grant:** Operating Grant   **Awarded:** 1999   **Period:** 1999–2002
    **Project Title:** Preservation Treatments to the Fort Apache Historic District
    **Funding:** Save America's Treasures Program, White House Millennium Council, Washington, DC
    **Total:** $313,000   **Involvement:** Principal Investigator

53. **Grant:** Operating Grant   **Awarded:** 1998   **Period:** 1998–2000
    **Project Title:** Rehabilitation of Fort Apache Officers Quarters no. 203.   **Funding:** Heritage Fund,
    Arizona State Parks   **Total:** $82,572   **Involvement:** Principal Investigator

54. **Grant:** Operating Grant   **Awarded:** 1997   **Period:** 1997–2000
    **Project Title:** Stabilization and Rehabilitation of Grasshopper Ruins   **Funding:** University of
    Arizona Research Fund   **Total:** $33,420   **Involvement:** Principal Investigator

55. **Grant:** Research Grant   **Awarded:** 1997   **Period:** 1997–1999
    **Project Title:** Western Apache Placenames Survey   **Funding:** Historic Preservation Fund Grants to
    Indian Tribes, U.S. National Park Service   **Total:** $49,900   **Involvement:** Principal Investigator
    **Collaboration:** I facilitated participation by representatives from Arizona's five Apache tribes in
    the documentation of toponyms.

56. **Grant:** Operating Grant   **Awarded:** 1997   **Period:** 1997–1999
    **Project Title:** Rehabilitation of Fort Apache Officers Quarters no. 207   **Funding:** Heritage Fund,
    Arizona State Parks   **Total:** $101,190   **Involvement:** Principal Investigator

57. **Grant:** Research Grant   **Awarded:** 1997   **Period:** 1997–1998
    **Project Title:** Fort Apache Rehabilitation Planning   **Funding:** U.S. Department of the Interior
    **Total:** $145,000   **Involvement:** Principal Investigator

58. **Grant:** Operating Grant   **Awarded:** 1997   **Period:** 1997–1998
    **Project Title:** Fort Apache Restoration Cost Assessment   **Funding:** World Monuments
    Fund/American Express Foundation   **Total:** $80,000   **Involvement:** Principal Investigator

59. **Grant:** Operating Grant   **Awarded:** 1996   **Period:** 1996–1998
    **Project Title:** Rehabilitation of Cibecue's Oldest Church   **Funding:** Heritage Fund, Arizona State
    Parks   **Total:** $34,775   **Involvement:** Principal Investigator

60. **Grant:** Operating Grant   **Awarded:** 1994   **Period:** 1994–1998
    **Project Title:** Nohwiki'i Nohwanane': Establishment of the Western Apache Repatriation Working
    Group   **Funding:** NAGPRA Program, U.S. National Park Service   **Total:** $55,000   **Involvement:**
    Principal Investigator

*Curriculum Vitae*                                               **John R. Welch, RPA**

61. **Grant:** Operating Grant   **Awarded:** 1994   **Period:** 1995–1997
    **Project Title:** White Mountain Apache Tribe Museum Director Salary
    **Funding:** AZ Commission on Arts **Total:** $15,000 **Involvement:** Principal Investigator

62. **Grant:** Research Grant   **Awarded:** 1995   **Period:** 1995–1996
    **Project Title:** Needs Assessment for the White Mountain Apache Historic Preservation Office
    **Funding:** Historic Preservation Fund Grants to Indian Tribes, U.S. National Park Service   **Total:**
    $30,000   **Involvement:** Principal Investigator

63. **Grant:** Research Grant   **Awarded:** 1994   **Period:** 1994–1996
    **Project Title:** Architectural Preservation and Visitor Use Planning for Kinishba Ruins National
    Historic Landmark   **Funding:** Heritage Fund, Arizona State Parks           **Total:** 22,532
    **Involvement:** Principal Investigator

64. **Grant:** Operating Grant   **Awarded:** 1994   **Period:** 1994–1994
    **Project Title:** Emergency Stabilization, Sole Surviving Cavalry Stables at Fort Apache National
    Register District   **Funding:** Heritage Fund, Arizona State Historic Preservation Office   **Total:**
    $5000   **Involvement:** Principal Investigator

65. **Contract:** Contract   **Awarded:** 1991   **Period:** 1991–1992
    **Project Title:** Factors Affecting Agricultural Sustainability in Tadla, Morocco
    **Funding:** U.S. Agency for International Development   **Total:** $16,000
    **Involvement:** Principal Investigator

## FUNDING PROPOSALS UNDER ADJUDICATION

1. **Grant:** Research Grant   **Period:** 2021–2022
   **Project Title:** Intersectional analysis of the experiences of Canadian archaeologists   **Funding:**
   Social Sciences and Humanities Research Council (Small SSHRC)   **Total:** $7,000   **Involvement:**
   Principal Investigator, in collaboration with the Canadian Archaeological Association's Working
   Group on Equity and Diversity

2. **Grant:** Archives Management Grant   **Period:** 2020–2022
   **Project Title:** Inventory, Conservation, and Management Planning for the White Mountain Apache
   Tribe National Archives   **Funding:** Mellon Foundation   **Total:** $100,000   **Involvement:**
   Principal Investigator

3. **Grant:** Designer-Led Place-Making   **Period:** 2021–2023
   **Project Title:** Engaging Apache Cultural Preferences and Community Creativity in Site
   Presentation and Visitor Experience Planning for the Fort Apache and Theodore Roosevelt School
   National Historic Landmark, Arizona   **Funding:** National Endowment for the Arts   **Total:**
   $100,000   **Involvement:** Principal Investigator

## CONTRIBUTIONS

### Peer-Reviewed Journal Articles, Books, and Book Chapters

1. Hogg, Erin A., and J.R. Welch (2020) Aboriginal Rights and Title for Archaeologists: A History of
   Archaeological Evidence in Canadian Litigation. *Journal of Social Archaeology* 20 (1):1-28.

2. Welch, John R. (2020) I ♥ Archaeology. In *Archaeologies of Heart and Emotion*, edited by Kisha
   Supernant, Jane Eva Baxter, Natasha Lyons, and Sonya Atalay, pp. 23-37. Springer Nature.

3.  Welch, John R., Kanthi Jayasundera, Christopher D. Dore, Michael Klassen, David Maxwell, George Nicholas and Joanne Hammond (2020) Where New Meets Old: Online Graduate Training for Professional Archaeologists and Heritage Practitioners. In *6th e-Learning Excellence Awards 2020: An Anthology of Case Studies*, edited by Dan Remenyi, pp. 223-236. Academic Conferences International Limited, Reading, United Kingdom.

4.  Hodgetts, Lisa, Kisha Supernant, Natasha Lyons, John R. Welch (2020) Broadening #MeToo: Tracking Dynamics in Canadian Archaeology through a Survey on Equity and Diversity. *Canadian Journal of Archaeology* 44(1):20-47.

5.  Welch, J.R. and Michael Corbishley (2020) Grand Challenge No. 4: Curriculum Design; Curriculum Matters: Case Studies from Canada and the UK. *Journal of Archaeology and Education* 4 (3/5):1-25.

6.  Welch, John R. (2019) Conserving Contested Ground: Sovereignty-Driven Stewardship by the White Mountain Apache Tribe and the Fort Apache Heritage Foundation. In *Environmentalism on the Ground: Processes and Possibilities of Small Green Organizing*, pp. 73–97, edited by Jonathan Clapperton and Liza Piper. Athabasca University Press.

7.  Welch, John R., Mark Altaha, Garry J. Cantley, William H. Doelle, Sarah A. Herr, Morag M. Kersel, Brandi L. MacDonald, Francis P. McManamon, Barbara Mills, Fred Nials, Mary Ownby, Michael Richards, Ramon Riley, Stacy L. Ryan, Duston Whiting, Donna Yates (2019) Hope in Dirt: Report of the Fort Apache Workshop on Forensic Sedimentology Applications to Cultural Property Crime, 15–19 October 2018. *International Journal of Cultural Property* (2019) 26: 197–210. doi:10.1017/S0940739119000092

8.  Tosa, Paul, Matthew J. Liebmann, T. J. Ferguson, and John R. Welch (2019) Movement Encased in Tradition and Stone: Hemish Migration, Land Use, and Identity. In *The Continuous Path: Pueblo Movement and the Archaeology of Becoming*, edited by Sam Duwe and Robert Preucel, pp. 60-77. Amerind Foundation and University of Arizona Press, Tucson.

9.  Welch, John R.; Burley, David V.; Driver, Jonathan C.; Hogg, Erin A.; Jayasundera, Kanthi; Klassen, Michael; Maxwell, David; Nicholas, George P.; Pivnick, Janet; and Dore, Christopher D. (2018) Digital Bridges Across Disciplinary, Practical and Pedagogical Divides: An Online Professional Master's Program in Heritage Resource Management. *Journal of Archaeology and Education* 2. https://digitalcommons.library.umaine.edu/jae/vol2/iss2/1

10. Welch, John R. (2018) Sovereignty-Driven Research. In *Giving Back: Research and Reciprocity in Indigenous Settings*, pp. 307–329, edited by R. Douglas K. Herman. Oregon State University Press.

11. Ferris, Neal, Aubrey Cannon, and John R. Welch (2018) Objects as Stepping Stones: Sustainable Archaeology. *Canadian Journal of Archaeology* 42(1): 4-12.

12. Schaepe, David, Bill Angelbeck, David Snook, and John R. Welch (2017) Archaeology as Therapy: Connecting Belongings, Knowledge, Time, Place, and Well-Being. *Current Anthropology* 58(4):502-533. doi: 10.1086/692985.

13. Welch, J.R. (2017) Earth, Wind, and Fire: Pinal Apaches, Miners, and Genocide in Central Arizona, 1859-1874. *Sage Open* (October-December):1-19. http://journals.sagepub.com/doi/full/10.1177/2158244017747016

14. Saul L. Hedquist, Alyson M. Thibodeau, John R. Welch, and David J. Killick (2017) Canyon Creek Revisited: New Investigations of a Late Prehispanic Turquoise Mine, Arizona, USA. *Journal of Archaeological Science* 87: 44-58. doi: 10.1016/j.jas.2017.09.0040305-4403.

15. Welch, John R., Sarah A. Herr, and Nicholas C. Laluk (2017) Ndee (Apache) Archaeology. In *Oxford Handbook of Southwest Archaeology*, edited by Barbara J. Mills and Severin Fowles, pp. 495-512. Oxford University Press, New York. DOI: 10.1093/oxfordhb/9780199978427.013.26

16. Hogg, Erin A., Welch, J.R. & Ferris, Neal (2017) Full Spectrum Archaeology. *Archaeologies* 13:1-26. doi:10.1007/s11759-017-9315-9

17. Welch, John R. and Joseph A. Ezzo (2017) Agricultural Commitment in the Grasshopper Region. In *The Strong Case Approach in Behavioral Archaeology*, pp. 35-50, edited by Michael B. Schiffer, Charles R. Riggs, and J. Jefferson Reid. University of Utah Press, Salt Lake City.

18. Welch, J.R., Editor (2016) *Dispatches from the Fort Apache Scout: White Mountain and Cibecue Apache History Through 1881,* By Lori Davisson, with Edgar Perry and the Original Staff of the White Mountain Apache Cultural Center. University of Arizona Press, Tucson.

19. Natasha Lyons, David M. Schaepe, Kate Hennessy, Michael Blake, Clarence Pennier, Kyle McIntosh, Andy Phillips, J.R. Welch, Betty Charlie, Clifford Hall, Lucille Hall, Alicia Point, Vi Pennier, Reginald Phillips, Johnny Williams Jr., John Williams Sr., Joseph Chapman and Colin Pennier (2016) Sharing Deep History as Digital Knowledge: An Ontology of the Sq'éwlets First Nation Website Project. *Journal of Social Archaeology* 16(3):359–384. DOI:10.1177/1469605316668451.

20. Welch, J.R, and Evelyn Pinkerton (2015) 'Ain't Gonna Study War No More': Teaching and Learning Cooperation in a Graduate Course in Resource and Environmental Management. *Groupwork* 25(2):6-30.

21. Hoerig, Karl A., J.R. Welch, T. J. Ferguson, and Gabriella Soto (2015)  Expanding Toolkits for Heritage Perpetuation: The Western Apache Ethnography and Geographic Information Science Research Experience for Undergraduates. *International Journal of Applied Geospatial Research* 6(1):60-77.

22. Welch, J.R. (2015) The Last Archaeologist to (Almost) Abandon Grasshopper. *Arizona Anthropologist* (Centennial Edition):107-119. https://webcache.googleusercontent.com/search?q=cache:XkNrK4Tk2I0J:https://journals.uair.arizona.edu/index.php/arizanthro/article/download/18856/18499+&cd=1&hl=en&ct=clnk&gl=ca

23. Ferris, Neal, and J.R. Welch (2015) New Worlds: Ethics in Contemporary North American Archaeological Practice, in *Ethics and Archaeological Praxis*, edited by Cristobal Gnecco and Dorothy Lippert, pp. 69–92. Springer, New York.

24. Atalay, Sonya, Lee Rains Clauss, Randall H. McGuire, and John R. Welch, Editors (2014) *Transforming Archaeology: Activist Practices and Prospects*, Left Coast Press, Walnut Creek, Ca.

25. Atalay, Sonya, Lee Rains Clauss, Randall H. McGuire, and John R. Welch (2014) Transforming Archaeology. *In Transforming Archaeology: Activist Practices and Prospects*, edited by Sonya Atalay, Lee Rains Clauss, Randall H. McGuire, and John R. Welch, pp. 7–28. Left Coast Press, Walnut Creek, Ca.

26. Ferris, Neal, and J.R. Welch (2014)   Beyond Archaeological Agendas: In the Service of a Sustainable Archaeology, *Transforming Archaeology: Activist Practices and Prospects*, edited by Sonya Atalay, Lee Rains Clauss, Randall H. McGuire, and John R. Welch, pp. 215–237. Left Coast Press, Walnut Creek, Ca.

*Curriculum Vitae*                                                                                    **John R. Welch, RPA**

27. J.R. Welch and Neal Ferris (2014)  'We have Met the Enemy and It is Us': Improving Archaeology through Application of Sustainable Design Principles. In *Transforming Archaeology: Activist Practices and Prospects*, edited by Sonya Atalay, Lee Rains Clauss, Randall H. McGuire, and John R. Welch pp. 91–113. Left Coast Press, Walnut Creek, Ca.

28. Ferris, Neal, J.R. Welch, and Aubrey Cannon (2013) Towards a Sustainable Archaeology. In *Archaeology and Sustainability*, edited by S. Chiu and C.H. Tsang, pp. 387–410. Center for Archaeological Studies, Research Center of Humanities and Social Science, Taipei, Taiwan.

29. Welch, J.R. and Ian Lilley (editors and authors of introduction with the same title) (2013)  Beyond the Equator (Principles): Community Benefit Sharing in Relation to Major Land Alteration Projects and Associated Intellectual Property Issues in Cultural Heritage. Report on a Forum at the Annual Meeting of the Society for American Archaeology, 5 April 2013, Honolulu, Hawai'i. *International Journal of Cultural Property* 20(4): (entire submission) 467–493; (introduction) 467–469.

30. Welch, J.R. (2013) Globalizing CRM / CHM. In Beyond the Equator (Principles): Community Benefit Sharing in Relation to Major Land Alteration Projects and Associated Intellectual Property Issues in Cultural Heritage. Report on a Forum at the Annual Meeting of the Society for American Archaeology, 5 April 2013, Honolulu, Hawai'i. *International Journal of Cultural Property* 20(4):469–474.

31. Welch, J.R., Editor (2013)  *Kinishba Lost and Found: Mid-Century Excavations and Contemporary Perspectives*. Arizona State Museum Archaeological Series 206, University of Arizona, Tucson.

32. Welch, J.R. (2013)  Un-Silencing Kinishba. In *Kinishba Lost and Found: Mid-Century Excavations and Contemporary Perspectives*, edited by J.R. Welch, pp. 1–11. Arizona State Museum Archaeological Series 206, University of Arizona, Tucson.

33. Welch, J.R. (2013)  Episodes in Kinishba's Cultural and Management Histories. In *Kinishba Lost and Found: Mid-Century Excavations and Contemporary Perspectives*, edited by J.R. Welch, pp. 13–30. Arizona State Museum Archaeological Series 206, University of Arizona, Tucson.

34. Welch, J.R., Mark T. Altaha, and Nicholas C. Laluk (2013)  The Kinishba Boundary Survey. In *Kinishba Lost and Found: Mid-Century Excavations and Contemporary Perspectives*, edited by J.R. Welch, pp. 243–260. Arizona State Museum Archaeological Series 206, University of Arizona, Tucson.

35. Welch, J.R. and T. J. Ferguson (2013)  Apache, Hopi, and Zuni Perspectives on Kinishba History and Stewardship. In *Kinishba Lost and Found: Mid-Century Excavations and Contemporary Perspectives*, edited by J.R. Welch, pp. 261–287. Arizona State Museum Archaeological Series 206, University of Arizona, Tucson.

36. Welch, J.R. (2012)  Effects of Fire on Intangible Cultural Resources: Moving Toward a Landscape Approach. In *Wildland Fire in Ecosystems: Effects of Fire on Cultural Resources and Archaeology*, edited by K.C. Ryan, A.T. Jones, and C.H. Koerner, pp. 157–170. RMRS-GTR-42-vol. 3. Ft. Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station.

37. Caldwell, Megan E., Dana Lepofsky, Georgia Combes, Michelle Washington, John R. Welch, and John R. Harper (2012)  A Bird's Eye View of Northern Coast Salish Intertidal Resource Management Features, Southern British Columbia, Canada, *Journal of Island and Coastal Archaeology* 7:1–15.

38. Welch, J.R., Dana Lepofsky, Megan Caldwell, Georgia Combes, and Craig Rust (2011)  Treasure Bearers: Personal Foundations For Effective Leadership In Northern Coast Salish Heritage Stewardship, *Heritage and Society* 4(1):83–114.

*Curriculum Vitae*                                                    **John R. Welch, RPA**

39. Welch, J.R., Dana Lepofsky, and Michelle Washington (2011)  Assessing Collaboration with the Sliammon First Nation in a Community-Based Heritage Research and Stewardship Program, *Archaeological Review from Cambridge* 26(2):171–190.

40. Welch, J.R. (2011 [2008])  National Historic Landmark Nomination for Fort Apache and Theodore Roosevelt School.  National Park Service, Washington, DC. (book-length, peer- and agency-reviewed significance assessment that was unanimously endorsed by the NHL Committee of the U.S. Park System Advisory Board. http://www.nps.gov/nhl/news/LC/spring2011/FortApache.pdf).

41. Welch, J.R., and Robert C. Brauchli (2010)  "Subject to the Right of the Secretary of the Interior": The White Mountain Apache Reclamation of the Fort Apache and Theodore Roosevelt School Historic District, *Wicazo Sa Review* 25(1):47–73.

42. Nicholas, George, Catherine Bell, Rosemary Coombe, John R. Welch, Brian Noble, Jane Anderson, Kelly Bannister,  and Joe Watkins (2010)  Intellectual Property Issues in Heritage Management, Part 2: Legal Dimensions, Ethical Considerations, and Collaborative Research Practices, *Heritage Management* 3(1):117–147.

43. Welch, J.R., Ramon Riley and Michael V. Nixon (2009)  Discretionary Desecration: American Indian Sacred Sites, Dzil Nchaa Si An (Mount Graham, Arizona), and Federal Agency Decision Making, *American Indian Culture and Research Journal* 33(4):29–68.

44. Welch, J.R., Mark K. Altaha, Karl A. Hoerig and Ramon Riley (2009)  Best Cultural Heritage Stewardship Practices by and for the White Mountain Apache Tribe, *Conservation and Management of Archaeological Sites* 11(2):148–160.

45. Welch, J.R. (2009)  Reconstructing the Ndee Sense of Place. In *The Archaeology of Meaningful Places*, edited by Brenda Bowser and M. Nieves Zedeño, pp. 149–162. University of Utah Press, Salt Lake City.

46. Welch, J.R. (2008)  Places, Displacements, Histories and Memories at a Frontier Icon in Indian Country. In *Monuments, Landscapes, and Cultural Memory*, edited by Patricia E. Rubertone, pp. 101–134.  World Archaeological Congress and Left Coast Press, Walnut Creek, California.

47. Mills, Barbara J., Mark Altaha, J.R. Welch, and T. J. Ferguson (2008)  Field Schools Without Trowels: Teaching Archaeological Ethics and Heritage Preservation in a Collaborative Context. In *Collaborating at the Trowel's Edge:  Teaching and Learning in Indigenous Archaeology*, edited by Stephen W. Silliman, pp. 25–49. University of Arizona Press, Tucson.

48. Nicholas, George P., J.R. Welch, and Eldon C. Yellowhorn (2008)  Collaborative Encounters. In *Archaeological Practice: Engaging Descendant Communities*, edited by Chip Colwell-Chanthaphonh and T. J. Ferguson, pp. 273–298.  AltaMira Press, Walnut Creek, California.

49. Welch, J.R., and T. J. Ferguson (2007)  Putting Patria into Repatriation: Cultural Affiliations of White Mountain Apache Tribe Lands.  *Journal of Social Archaeology* 7:171–198.

50. Welch, J.R. (2007)  'A Monument to Native Civilization': Byron Cummings' Still-Unfolding Vision for Kinishba Ruins. *Journal of the Southwest* 49 (1):1–94.

51. Welch, J.R. (2007)  The White Mountain Apache Photographs of Chuck Abbott and Esther Henderson. *Journal of the Southwest* 49 (1):95–116.

52. Welch, J.R. (2007)  Kinishba Bibliography. *Journal of the Southwest* 49(1):117–127.

53. Welch, J.R., Chip Colwell-Chanthaphonh and Mark Altaha (2005)  Retracing the Battle of Cibecue: Western Apache, Documentary, and Archaeological Interpretations. *Kiva* 71(2):133–163.

54. Welch, J.R., Alex Jay Kimmelman, and Stan Schuman (2002)  National Register Nomination for Lower Cibecue Lutheran Mission, White Mountain Apache Tribe lands.  Keeper of the National Register of Historic Places, National Park Service, Washington, DC.

55. Mahaney, Nancy, and J.R. Welch (2002)  The Legacy of Fort Apache: Interpretive Challenges at a Community Historic Site. *Journal of the Southwest* 44(1):35–47.

56. Welch, J.R., and Ramon Riley (2001)  Reclaiming Land and Spirit in the Western Apache Homeland.  *American Indian Quarterly* 25(1):5–12.

57. Welch, J.R., and Todd Bostwick (editors) (2001)  *The Archaeology of Ancient Tactical Sites*. The Arizona Archaeologist No. 32, Arizona Archaeological Society, Phoenix.

58. Welch, J.R. (2001)  Ancient Masonry Fortresses of the Upper Salt River.  In *The Archaeology of Ancient Tactical Sites*, edited by John R. Welch and Todd Bostwick, pp. 77–96. The Arizona Archaeologist No. 32, Arizona Archaeological Society, Phoenix.

59. Welch, J.R. (2000)  The White Mountain Apache Tribe Heritage Program: Origins, Operations, and Challenges.  In *Working Together: Native Americans and Archaeologists*, edited by Kurt E. Dongoske, Mark Aldenderfer, and Karen Doehner, pp. 67–83.  Society for American Archaeology, Washington, DC. http://www.saa.org/Portals/0/SAA/publications/SAAbulletin/16-1/SAA9.html.

60. Anyon, Roger, T.J. Ferguson, and J.R. Welch (2000)  Heritage Management by American Indian Tribes in the Southwestern United States. In *Cultural Resource Management in Contemporary Society*, edited by Francis P. McManamon and Alf Hutton, pp. 120–141.  Routledge, New York.

61. Van West, Carla, Richard S. Ciolek-Torrello, John R. Welch, Jeffrey H. Altschul, Karen R. Adams, Steven D. Shelley, and Jeffrey A. Homburg (2000)  Subsistence and Environmental Interactions.  In *Salado*, edited by Jeffrey S. Dean, pp. 29–56.  Amerind Foundation, Dragoon, Arizona and University of New Mexico Press, Albuquerque.

62. Whittlesey, Stephanie, Teresita Majewski, John R. Welch, Matthew Bischoff, and Richard S. Ciolek-Torrello (1997)  Euroamerican History, 1540 to the Present.  In *Vanishing River: Landscapes and Lives of the Lower Verde Valley: The Lower Verde Archaeological Project: Overview, Synthesis, and Conclusions*, edited by Stephanie Whittlesey, Richard S. Ciolek-Torrello, and Jeffrey H. Altschul, pp. 281–336.  Statistical Research Inc. Press, Tucson, Arizona.

63. Adams, Karen R., and John R. Welch (1997)  Land form Associations, Seasonal Availability, and Ethnobotany of Plants in the Lower Verde. In *Vanishing River, Landscapes and Lives of the Lower Verde Valley: The Lower Verde Archaeological Project*, Volume 2: Agricultural, Subsistence, and Environmental Studies, edited by Jeffrey A. Homburg and Richard S. Ciolek-Torrello, pp. 33–55. Statistical Research Inc. Press, Tucson, Arizona.

64. Welch, J.R. (1997)  White Eyes' Lies and the Battle for Dzil Nchaa Si An. *American Indian Quarterly* 27(1):75–109.

65. Homburg, Jeffrey A., John R. Welch, Stephanie M. Whittlesey, and Richard S. Ciolek-Torrello (1997)  The Environmental Setting of the Lower Verde Archaeological Project.  In *Vanishing River, Landscapes and Lives of the Lower Verde Valley: The Lower Verde Archaeological Project*, Volume 2: Agricultural, Subsistence, and Environmental Studies, edited by Jeffrey A. Homburg and Richard S. Ciolek-Torrello, pp. 1–15.  Statistical Research Inc. Press, Tucson, Arizona.

66. Welch, J.R. (1996)  The Dry and the Drier: Conflict and Cooperation in Moroccan Irrigation Systems.  In *Canals and Communities: Small-Scale Irrigation Systems*, edited by Jonathan B. Mabry, pp. 69–87.  University of Arizona Press, Tucson.

*Curriculum Vitae*                                                    **John R. Welch, RPA**

67. Welch, J.R., Jonathan B. Mabry, and Hsain Ilahiane (1996)  Rapid Rural Appraisal of Arid Land Irrigation.  In *Canals and Communities: Small-Scale Irrigation Systems*, edited by Jonathan B. Mabry, pp. 119–138.  University of Arizona Press, Tucson.

68. Reid, J. Jefferson, J.R. Welch, Barbara K. Montgomery, and Maria Nieves Zedeno (1996)  A Demographic Overview of the Late Pueblo III Period in the Mountains of East-Central Arizona.  In *The Prehistoric Pueblo World, A.D. 1150–1350*, edited By Michael A. Adler, pp. 73–85. University of Arizona Press, Tucson.

69. Welch, J.R. (1995)  Preservation, Research, and Public Interpretation at Pueblo Devol, an Arizona Cliff Dwelling.  *Kiva* 61(2):121–143.

70. Welch, J.R. and Richard S. Ciolek-Torrello (1994)  Nineteenth- and Twentieth-Century Land Use in the Tonto Basin.  In *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin, edited by Richard S. Ciolek-Torrello and John R. Welch, pp. 57–78.  Statistical Research Inc., Tucson, Arizona.

71. Ciolek-Torrello, Richard S. and J.R. Welch (editors) (1994)  *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin. Statistical Research Inc., Tucson, Arizona

72. Ciolek-Torrello, Richard S. and John R. Welch (1994)  Introduction. In *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin, edited by Richard S. Ciolek-Torrello and John R. Welch, pp. 1–18.  Statistical Research Inc., Tucson, Arizona.

73. Welch, J.R., and Richard S. Ciolek-Torrello (1994)  Analytic Approaches to Ancient Agroecology: Goals and Methods of the Agricultural Field Study.  In *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin. edited by Richard S. Ciolek-Torrello and John R. Welch, pp. 41–56. Statistical Research Inc., Tucson, Arizona.

74. Welch, J.R. (1994)  Environmental Influences on Tonto Basin Agricultural Productivity and Sustainability.  In *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin, edited by Richard S. Ciolek-Torrello and John R. Welch, pp. 19–39.  Statistical Research Inc., Tucson, Arizona.

75. Ciolek-Torrello, Richard S., Stephanie M. Whittlesey, and John R. Welch (1994)  A Synthetic Model of Prehistoric Land Use.  In *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin, edited by Richard S. Ciolek-Torrello and John R. Welch, pp. 437–472. Statistical Research Inc., Tucson, Arizona.

76. Welch, J.R. (1994)  Archaeological Studies of Agricultural Contexts.  In *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin, edited by Richard S. Ciolek-Torrello and John R. Welch, pp. 223–251.  Statistical Research Inc., Tucson, Arizona.

77. Adams, Karen R., and J.R. Welch (1994)  Tonto Basin Plant Geography and Ecology.  In *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin, edited by Richard S. Ciolek-Torrello and John R. Welch, pp. 121–133.  Statistical Research Inc., Tucson, Arizona.

78. Welch, J.R. (1994)  Ethnographic Models for Tonto Basin Land Use.  In *The Roosevelt Rural Sites Study*, Volume 3: Changing Land Use in the Tonto Basin, edited by Richard S. Ciolek-Torrello and John R. Welch, pp. 79–120.  Statistical Research Inc., Tucson, Arizona.

79. Ciolek-Torrello, Richard S., and J.R. Welch (1993)  Reconstructing Prehistoric Land Use in the Tonto Basin, Arizona.  *Proceedings of the 24th Chacmool Conference*, edited by Ross W. Jamieson, Sylvia Abonyi, and Neil Mirau, pp. 273–282.  The Archaeological Association of the University of Calgary, Alberta.

*Curriculum Vitae*                                                                 **John R. Welch, RPA**

80. Welch, J.R. (1992)  Irrigation Agriculture in the Tonto Basin.  *Proceedings of the 1992 Salado Conference*, edited by Richard Lange, pp. 93–111.  Arizona Archaeological Society, Tucson.

81. Welch, J.R., and Daniela Triadan (1991)  The Canyon Creek Turquoise Mine, East-Central Arizona. *Kiva* 56(2):145–164.

82. Welch, J.R. (1991)  From Horticulture to Agriculture in the late Prehistory of the Grasshopper Region, Arizona.  In *Mogollon V*, edited by Patrick H. Beckett, pp. 75–92.  COAS, Las Cruces, New Mexico.

83. Donaldson, Bruce R., and J.R. Welch (1991)  Western Apache Dwellings and their Archaeological Correlates.  In *Mogollon V*, edited by Patrick H. Beckett, pp. 93–105.  COAS, Las Cruces, New Mexico.

84. Ciolek-Torrello, Richard S., S. D. Shelley, Jeffrey H. Altschul, and John R. Welch (1990)  *The Roosevelt Rural Sites Study Research Design*.  Technical Series 28 (1).  Statistical Research Inc., Tucson.

## Articles, Reports, Reviews, and Other Works Not Formally Peer-Reviewed

1. Hanacek, Ksenija, and J. R. Welch (2020) Proposed copper mine on land sacred to the indigenous Apache of Arizona, USA. Environmental Justice Atlas. https://ejatlas.org/conflict/a-proposed-copper-mine-on-a-land-that-is-sacred-to-the-apache-indigenous-of-arizona-usa

2. J.R. Welch, compiler and lead author (2020) A Guide to Field Investigation and Documentation of Archaeological Resources Protection Act (ARPA) Violations. Department of Justice Services, U.S. Bureau of Indian Affairs, Albuquerque.

3. J.R. Welch (2019) Congressman O'Halleran Pledges Support for Work to Promote Stewardship and to Prevent Grave Robbing, Looting. *Fort Apache Scout* August 30, 2019.

4. J.R. Welch (2019) "Congressman O'Halleran Supports Site Stewardship and Work to Prevent Grave Robbing, Looting." ACRAsphere, August 22, 2019, https://acra-crm.org/acrasphere/7844079

5. Natasha Lyons, Kisha Supernant, and John R. Welch (2019) What Are the Prospects for an Archaeology of Heart? *SAA Archaeological Record* 19(2):6–9.

6. J.R. Welch (2019) (Yet) Another Southwest: Incipient Preservation Archaeology in Southwest Ethiopia. Preservation Archaeology Blog. Archaeology Southwest https://www.archaeologysouthwest.org/2019/02/14/yet-another-southwest-incipient-preservationarchaeology-in-southwest-ethiopia/

7. J.R. Welch, Mark Altaha, Ramon Riley (2019) THPO, BIA, Fort Apache Heritage Foundation, and Archaeology Southwest Team up to Curb Grave Robbing, Looting. *Fort Apache Scout*, February 15, 2019.

8. J.R. Welch, Mark Altaha, Stacy Ryan, and Garry Cantley (2019) White Mountain Apache THPO, BIA, and Archaeology Southwest Team up to Boost Training to Curb Grave Robbing, Looting, *Site Steward Newsletter*, Arizona State Parks.

9. Helen Erickson, Karl A. Hoerig and John R. Welch (2018) Fort Apache and Theodore Roosevelt School National Historic Landmark [Fort Apache, Arizona], *SAH Archipedia,* eds. Gabrielle Esperdy and Karen Kingsley, Charlottesville: UVaP, 2012—, http://sah-archipedia.org/buildings/AZ-01-017-0034.

*Curriculum Vitae*                                                            **John R. Welch, RPA**

10. Welch, J.R. (2017) Cycles of Resistance, *SAA Archaeological Record* 17(1):17-21. http://onlinedigeditions.com/publication/?i=378203&article_id=2700507&view=articleBrowser&ver=html5#{%22issue_id%22:378203,%22view%22:%22articleBrowser%22,%22article_id%22:%222700507%22}

11. Welch, J.R. (2017) How Can the Cultural / Heritage Management (CRM) Industry Reduce Key Obstacles to Upward Mobility for Junior Staff? Linked In, https://www.linkedin.com/pulse/how-can-cultural-heritage-management-crm-industry-reduce-welch

12. Benrita "Mae" Burnette, Ronnie Cachini, T. J. Ferguson, Sharlot Hart, Stewart B. Koyiyumptewa, Octavius Seowtewa, Paul Tosa, and J.R. Welch (2017) Fire Adds Richness to the Land: Ethnographic Knowledge about Forests and Fire. *Archaeology Southwest* 30(4):5-6.

13. Vigil, Francis, and J.R. Welch (2017) Beyond Community Consent: Toward Sovereignty-Driven Academic Research. *Archaeology Southwest* 30(4):26-27.

14. Welch, J.R., and Erin Hogg (2017) Heritage Resource Management. Open access bibliography containing over 1,000 complete citations to books, articles and other resources. https://www.zotero.org/groups/635575/heritage_resource_management

15. Welch, J.R., Mark Altaha, and the BFRR Collective (2016) 'Ground-Truthing' Ancestral Pueblo Settlement of the Southern and Western Flanks of Arizona's White Mountains, White Mountain Apache Tribe Lands, Arizona. *Glyphs* 67(3):12-15.   http://www.az-arch-and-hist.org/publications/glyphs/

16. The Black Trowel Collective (2016) Foundations of an Anarchist Archaeology: A Community Manifesto. http://savageminds.org/2016/10/31/foundations-of-an-anarchist-archaeology-a-community-manifesto/

17. Ferris, Neal, and J.R. Welch (2016) Notes from the Next Century: Sustainable Archaeology, *Kiva* 82(3):330.

18. Welch, J.R. (2016) Toward Full-Spectrum Cultural Heritage Management (or, My Big, Fat Cultural Future!). *IPinCH Newsletter* 7(Spring 2016):13. http://www.sfu.ca/ipinch/sites/default/files/news/newsletters/ipinch_newsletter_7_final_singles_web.pdf

19. Welch, J.R. (2016) Preservation, Decolonization and Sovereignty Reclamation at the Fort Apache and Theodore Roosevelt National Historic Landmark, Arizona. IHOPE featured case study http://ihopenet.org/preservation-decolonization-and-sovereignty-reclamation-at-the-fort-apache-and-theodore-roosevelt-national-historic-landmark-arizona/

20. Welch, J.R., Editor (2016) *The Site that Nobody Really Knows: Kinishba Reawakened*. *Archaeology Southwest* 30(1): 1-28. https://www.archaeologysouthwest.org/what-we-do/information/asw30-1/

21. Welch, J.R., (2016) The Site that Nobody Really Knows: Kinishba Reawakened. *Archaeology Southwest* 30(1): 3-5.

22. Welch, J.R., (2016) Episodes in Kinishba History. *Archaeology Southwest* 30(1): 6-7.

23. Welch, J.R., (2016) A Dream Deferred: Cummings and the Shaeffers at Kinishba. *Archaeology Southwest* 30(1): 8-10.

24. Welch, J.R., (2016) The Fateful Box: Excavations at Kinishba after 1939. *Archaeology Southwest* 30(1): 11-13.

*Curriculum Vitae*                                                    **John R. Welch, RPA**

25. Welch, J.R., Nicholas C. Laluk, and Mark T. Altaha (2016) The Kinishba Boundary Survey. *Archaeology Southwest* 30(1): 23-25.

26. Welch, J.R., and T.J. Ferguson (2016) Preservation Spotlight: Apache, Hopi, and Zuni Perspectives on Kinishba History and Stewardship—This Place is Protected. *Archaeology Southwest* 30(1): 26-27.

27. Hart, Sharlot, T. J. Ferguson, John Welch, and Paul Tosa (2016) Fire Adds Richness to the Land. Pueblo of Jemez *Red Rocks Reporter* (January): 7. http://www.jemezpueblo.org/uploads/FileLinks/46a94f403cfa4d6e9573eeeb89520879/JANUARY_2016_FINAL.pdf

28. Welch, J.R., Karl Hoerig, and Stephen Grede (2016)  *Visitor Guide to Kinishba*.  White Mountain Apache Tribe Heritage Program, Fort Apache, Arizona (revised edition).

29. Welch, J.R. (2015) From the Garbage Czar, with Love (and apologies to the "real" Uncle Willy). *Arizona Anthropologist* (Centennial Edition):120-121.

30. Welch, J.R. (2014) Cultural Heritage: What is it? Why is it important? Fact Sheet Presented by the Intellectual Property Issues in Cultural Heritage Project (IPinCH). http://www.sfu.ca/ipinch/sites/default/files/resources/fact_sheets/ipinch_chfactsheet_final.pdf.

31. Welch, J.R., and the SAA Amity Pueblo Task Force (2014)   The Amity Pueblo Remediation. Analysis presented in the Society for American Archaeology Government Affairs Newsletter, December 2014. http://www.saa.org/AbouttheSociety/GovernmentAffairs/tabid/115/Default.aspx

32. Welch, J.R., editor (2014)   Community-Based Cultural Heritage Research. Wiki for the IPinCH project's Community-Based Cultural Heritage Research (CBCHR) Working Group. https://wiki.sfu.ca/research/ipinch/index.php/Main_Page.

33. Welch, J.R. (2014)   Untitled blog for the Simon Fraser University Indigenous Research Institute. http://www.sfu.ca/olc/blog/indigenous-sfu-community-stories/indigenous-research-institute-sfu-john-r-welch.

34. Welch, J.R. (2014)   White Mountain Apache Collection. Text-searchable compendium of over 500 archival documents relating to the history and resource management of the Fort Apache Indian Reservation, Arizona.  http://content.lib.sfu.ca/cdm/search/collection/faca/page/1.

35. Welch, J.R. (2013)   IPinCH and Golder Associates Host Lively Forum on IP and Benefits-Sharing Issues in International Cultural Resources Management. IPinCH Digest: 2013, Volume 4 (April 2013):1.  http://www.sfu.ca/ipinch/news/ipinch-news/ipinch-and-golder-associates-host-lively-forum-ip-and-benefits-sharing-issues-inter.

36. Welch, J.R., Rudy Ethelbah, and Larry Ethelbah (2013)  Freda Ethelbah: Apache Living Treasure, Mickey Free Granddaughter. *White Mountain Independent*, July 17, 2013. http://www.wmicentral.com/news/latest_news/freda-ethelbah-apache-living-treasure-mickey-free-granddaughter/article_8effce98-ed97-11e2-a8fc-0019bb2963f4.html.

37. Welch, J.R., Rudy Ethelbah, and Larry Ethelbah (2013)  Freda Ethelbah: Apache Living Treasure, Mickey Free Granddaughter. *Fort Apache Scout*, July 12, 2013, pages 1, 3.

38. Welch, J.R. (2012)  Review of *Indigenous Peoples and the Collaborative Stewardship of Nature: Knowledge Binds and Institutional Conflicts*, by Ross, Anne, Kathleen Pickering Sherman, Jeffrey G. Snodgrass, Henry D. Delcore, and Richard Sherman (Left Coast Press, Walnut Creek, California, 2011), *Journal of Anthropological Research* 68:129–130.

*Curriculum Vitae*                                                                                   **John R. Welch, RPA**

39. Welch, J.R. (2011)  Heritage Site Protection Protocol for Tla'amin Territory, British Columbia. Multi-party Agreement sent to respective councils in November 2011.

40. Welch, J.R., and Lindsay Tripp (2011)  Cooperation in Land and Resource Management – Guide to research materials. http://www.lib.sfu.ca/help/subject-guides/rem/cooperation-in-rem.

41. Welch, J.R., Erica Kowsz, and Lindsay Tripp (2011)  Applied Archaeology and Cultural Resource Management (CRM) – Guide to research materials. http://www.lib.sfu.ca/help/subject-guides/archaeology/applied-archaeology-and-cultural-resource-management.

42. Lyons, Natasha, Andy Philipps, Dave Schaepe, Betty Charlie, Clifford Hall, Kate Hennessey, and John R. Welch (2011)  The Scowlitz Site Online: Launch of the Scowlitz Artifact Assemblage Project *The Midden* 43(2):11–14.

43. Lewis, Jennifer, and J.R. Welch (2011)  Historic Property Identification and Documentation Survey of Portions of the Fort Grant Prison, Arizona. Submitted to Arizona Department of Corrections.

44. Welch, J.R. (2011)  Review of *From Cochise to Geronimo: The Chiricahua Apaches, 1874–1886*, by Sweeney, Edwin R. (University of Oklahoma Press, 2010) *Journal of Arizona History* 52:393–395.

45. Welch, J.R. (2011)  Review of *The Museum of Anthropology at the University of British Columbia*, edited by Carol E. Mayer and Anthony Shelton (Douglas & McIntyre and University of Washington Press, Vancouver and Seattle, 2009), *Museum Anthropology* 34(2):175–176.

46. Welch, J.R., Eric McLay, Michael Klassen, Fred Foster, and Robert Muir (2011)  A Database of Unauthorized Heritage Site Alterations. *The Midden* 43(1):2–3.

47. Caldwell, Megan, Dana Lepofsky, John R. Welch, Chris Springer, and Nyra Chalmer (2011). Tla'amin-SFU Field School in Archaeology & Heritage Stewardship 2010 Field Report and 2011 Prospectus. Submitted to the Sliammon First Nation.

48. Welch, J.R., F. Foster, R. Gillies, M. Klassen, E. McLay, R. Muir (2010)  The Heritage Conservation Act Contravention Data Base. *BC Association of Professional Archaeologists Fall/Winter Bulletin* 2010(2):2–3.

49. Nicholas, George, J.R. Welch, Alan Goodman, and Randall McGuire (2010)  Beyond the Tangible: Repatriation of Cultural Heritage, Bioarchaeological Data, and Intellectual Property. Anthropology News (March):10–11.

50. Welch, J.R. (2010) Review of *Opening Archaeology: Repatriation's Impact on Research and Practice*, edited by Thomas W. Killion (School for Advanced Research Press, 2008) *American Antiquity* 75:201-202.

51. Lewis, Jennifer, and J.R. Welch (2010)  Fort Apache-Theodore Roosevelt School (FA-TRS) Survey 2010, Fort Apache Historic Park, Arizona. Submitted to the Fort Apache Heritage Foundation.

52. Ewing, Robyn, T.J. Ferguson, and J.R. Welch (2009)  Repatriation and Reburial Bibliography, http://tinyurl.com/cput3r, RefShare, Simon Fraser University, Burnaby, BC.

53. Jackley, Julia, Dana Lepofsky, John R. Welch, Megan Caldwell, Chris Springer, Morgan Ritchie, Craig Rust and Michelle Washington (2008)  Tla'amin-SFU Archaeology and Heritage Program 2009. *The Midden* 41(4):5–7.

54. Welch, J.R. (2009)  Review of *Shadows at Dawn: A Borderlands Massacre and the Violence of History,* by Karl Jacoby (The Penguin Press, New York, 2008). *Journal of Arizona History* 50(4):403–404.

*Curriculum Vitae*                                         **John R. Welch, RPA**

55. Lepofsky, Dana, and John R. Welch (2009)  Herring Archaeology in Tla'amin Territory. *Midden* 41(3):3.

56. Tla'amin First Nation – Simon Fraser University Archaeology and Heritage Stewardship Program. Website and electronic documents, http://www.sliammonfirstnation.com/archaeology.

57. Johnson, Sarah, Dana Lepofsky, John R. Welch, Craig Rust and Michelle Washington (2008) Field School Update: Tla'amin-SFU Field School in Archaeology & Heritage Stewardship, *The Midden* 40(3):8–9.

58. Welch, J.R., Mark Altaha, Doreen Gatewood, Karl Hoerig, and Ramon Riley (2008)  Past is Present: Fort Apache and Theodore Roosevelt School.  In *American Indian Places*, edited by Frances Kennedy, p. 230.  Houghton Mifflin Press, New York.

59. Welch, J.R., Mark Altaha, and Nicholas Laluk (2008)  Decolonizing Kinishba Ruins National Historic Landmark.  In *American Indian Places*, edited by Frances Kennedy, pp. 208–209. Houghton Mifflin Press, New York.

60. Welch, John R., and Karl A. Hoerig (2008)  The White Mountain Apache Tribe. In "Nature-Based Tourism and Tenuring Strategy," prepared by Peter W. Williams, Aaron Heidt, Jen Reilly, and Sydney Johnsen. Coastal First Nations Rainforest Solutions Project.

61. Welch, J.R. (2008)  Review of *Zuni Origins: Toward a New Synthesis of Southwestern Archaeology*, edited by David A. Gregory and David R. Wilcox (University of Arizona Press, 2007) *Canadian Journal of Archaeology* 32:289–292.

62. Welch, J.R. (2008)  Review of *Chiricahua Apache Enduring Power*, by Trudy Griffin-Pierce (University of Alabama Press, 2006) *American Anthropologist* 110(1):108–109.

63. Lepofsky, Dana, John R. Welch, Sarah Johnson, Craig Rust, and Lisa Wilson (with Michelle Washington, Georgia Combes, Hugh Prichard, and the 2008 students) (2008)  Tla'amin-SFU Field School in Archaeology & Heritage Stewardship: 2008 Season Report and 2009 Prospectus. Department of Archaeology, Simon Fraser University.

64. Asp, Vera J., Knut Fladmark, John R. Welch, Robert Muir, and George Kauffman (2007)  Tahltan and Tanzilla Villages. Ancestral Knowledge, Ethnohistory, and Archaeology of Two Tahltan Villages: Report on 2007 Fieldwork. Department of Archaeology, Simon Fraser University.

65. Welch, J.R., David V. Burley, Michael Klassen, and George P. Nicholas (2007)  New Options for a Professional Preparation Curriculum at Simon Fraser University. *The Midden* 39(4):16–19.

66. Welch, J.R. (2007)  Peer Review of Ndee: The Apache Experience, exhibit planning grant submitted by the Heard Museum, Phoenix, Arizona to the National Endowment of the Humanities.

67. Welch, J.R. (2007)  Review of Apache Playing Cards, by Wayland, Virginia, and Alan Ferg (Waveland Press, 2006) *Journal of Arizona History* 49(1):77–79.

68. Welch, J.R. (2007)  Review of *History is in the Land: Multivocal Tribal Traditions in Arizona's San Pedro Valley*, by T.J. Ferguson and Chip Colwell-Chanthaphonh (University of Arizona Press, 2006). *Journal of Arizona History* 48(2):202–204.

69. Welch, J.R., Mark Altaha, Doreen Gatewood, Karl Hoerig, and Ramon Riley (2006)  Archaeology, Stewardship, and Sovereignty.  *The SAA Archaeological Record* 6(4):17–20, 57.

70. Welch, J.R., Karl A. Hoerig, and Raymond Endfield, Jr. (2005)   Enhancing Cultural Heritage Management and Research through Tourism on White Mountain Apache Tribe Trust Lands. *The SAA Archaeological Record* 5(3):15–19.

*Curriculum Vitae*                                                      **John R. Welch, RPA**

71. Welch, J.R., Chip Colwell-Chanthaphonh and Mark Altaha (2005)  Triangulating Perspectives on the Battle of Cibecue. *Glyphs* 56(6):7–8.

72. Welch, J.R., and T.J. Ferguson (2005)  Cultural Affiliation Assessment of White Mountain Apache Tribal Lands (Fort Apache Indian Reservation).  Final Report, prepared in fulfillment of a National NAGPRA Documentation and Planning Grant, National Park Service. Historic Preservation Office, White Mountain Apache Tribe, Arizona.

73. Hoerig, Karl A., and J.R. Welch (2005)  *Fort Apache Walking Tour Guide*. White Mountain Apache Tribe Heritage Program, Fort Apache, Arizona.

74. Welch, J.R., Karl Hoerig, and Stephen Grede (2005)  *Visitor Guide to Kinishba Ruins*.  White Mountain Apache Tribe Heritage Program, Fort Apache, Arizona.

75. Welch, J.R. (2004)  Final Report: Kinishba National Historic Landmark Boundary Study.  Report prepared under Contract for the National Park Service, Southwestern Regional Office, Santa Fe.

76. Welch, J.R. (2002)  The Rodeo-Chediski Fire and Cultural Resources.  *Arizona Archaeological Council Newsletter* 26(3):1–3.

77. Welch, J.R. (2001)  The End of Prehistory. *Anthropology News*, May 2001, pp. 9–10.

78. Welch, J.R. (2000)  Old Fort Apache: A Tribe's Struggle to Take the Best Parts of the Past into the Future.  *Heritage Matters*, October 2000, pg. 6.

79. Welch, J.R. (2000)  The New Battle for Old Fort Apache. *White Mountain Magazine* 46:22–23, 116–117 (Summer).

80. Welch, J.R., with George Pinter, Nancy Mahaney, Ngozi Robinson, and Bambi Kraus (2000) *Ndee La'ade: Gathering of the People*.  White Mountain Apache Tribe, Whiteriver, Arizona.

81. Welch, J.R., Nancy Mahaney, and Ramon Riley (2000)  The Reconquest of Fort Apache: The White Mountain Apache Tribe Reclaims its History and Culture. *CRM* 23(9):16–19.

82. Welch, J.R., and Ramon Riley (1998) The Reconquest of Apachería: Apaches Reclaim their History and Culture. *Ciencia Hoi*.

83. Welch, J.R. (1998) White Mountain Apache Heritage Program Operations and Challenges. *Bulletin, Society for American Archaeology* 16(1):8–11.

84. Welch, J.R. (1998)  *Arch-Bark*: Smokescreen or Shortcut? *Glyphs* 49(2):14

85. Welch, J.R. (1997)  Did Archaeoastronomy Begin at the Sabino Canyon Ruin? *Old Pueblo Archaeology* 10:1–5.

86. Welch, J.R. (1997)  Origins of the White Mountain Apache Heritage Program. *Bulletin, Society for American Archaeology* 15(5):26–28.

87. Welch, J.R. (1996)  Archaeological Measures and Social Implications of Agricultural Commitment. Doctoral dissertation, Department of Anthropology, University of Arizona.  University Microforms, Ann Arbor, Michigan.

88. Welch, J.R. (1992)  Book Note: The Fite Ranch Project, by Yvonne R. Oakes, *Kiva* 57(1):281.

89. Welch, J.R. (1989)  Early Investigations at the Sabino Canyon Ruin. Archaeology in Tucson, *Institute for American Research Newsletter*, Summer 1989, pp. 4–6.

90. Welch, J.R. and Aamir Rashid Mufti (1983) Structuralism and Systems of Folk Classification. *Northeastern Anthropological Association Newsletter*, Fall, pp. 1–4.

*Curriculum Vitae*                                                    **John R. Welch, RPA**

## Selected Conference Presentations and Invited Lectures, Colloquia, Seminars

1. Welch, J.R, and the Archaeology Southwest-BIA ARPA Initiative Team (2020) 2020 Perspectives and Tools for Addressing Archaeological Resource Crime in Indian Country: Prevention, Detection, Investigation, Remediation. Webinar invited by the Arizona State Site Stewards, November 12, 2020.

2. Welch, J.R. (2020) A Tale of Two Cities: Casa Malpais, Kinishba, and the Elusive Promise of Archaeological Tourism. Archaeology Southwest Café, May 5, 2020, https://www.archaeologysouthwest.org/event/why-you-should-experience-casa-malpais-and-kinishba/

3. Welch, J.R. (2019) The White Mountain Experiment in Community-Based Site Protection. Archaeology Southwest Tea Series, May 6, 2019, https://www.youtube.com/watch?v=lmTIrcN5PYo

4. Welch, J.R. (2018) Landscapes, Consultations, Archaeologies, and the Promise of Full-Spectrum Heritage Resource Management. Invited keynote. Annual meeting of the Federal Columbia River Power System Cultural Resource Program, Kalispell, Montana, November 8, 2018

5. Welch, J.R. (2018) Fort Apache: Conflict, Conservation, and (Re)Conciliation(?) in Indian Country. Haffenreffer Museum 2018 Shepard Krech III Lecture, Brown University, April 5, 2018. https://www.youtube.com/watch?v=qCj_xKgVUNc&index=1&list=PL031FD246CE1CDC15&t=0s

6. Lyons, Natasha, Lisa Hodgetts, Kisha Supernant, John R. Welch (2018) What Does #MeToo Mean for Archaeology? Paper presented in "Unsettling Archaeology" symposium at the 51st Annual Meeting of the Canadian Archaeological Association, Winnipeg, Manitoba May 3, 2018

7. Welch, J.R., David Burley, Erin Hogg, Kanthi Jayasundera, David Maxwell, George Nicholas, Janet Pivnick, Christopher D. Dore, and Michael Klassen (2017) Digital bridges across disciplinary, practical and pedagogical divides: An Online Professional Master's Program in Heritage Resource Management. Paper presented in "The 'Other Grand Challenge': Archaeological Education & Pedagogy in the Next 50 Years," Chacmool Conference, Calgary, Alberta, November 9, 2017.

8. Welch, J.R. (2017) Fort Apache: Pasts, Presents, Futures. Summer Public Lecture Series, Fort Vancouver, Washington, July 20. http://www.friendsfortvancouver.org/archeology-lecture-series-july-2017/

9. Welch, J.R. (2017) Open Eyes, Open Minds, Open Arms, and Open Hearts Open Archaeology. Paper presented at the Society for American Archaeology Annual Meeting, Vancouver, April 1.

10. Welch, J.R., Francis Vigil, and Rachel A. Loehman (2015) Toward a Sovereignty-Driven Paradigm for Transdisciplinary Research on Social-Ecological Systems. Paper presented at the Society for American Archaeology Annual Meeting, San Francisco, California, April 17.

11. Welch. J.R. (2015) Tribal Historic Preservation Officer Toolkit Training Workshop: Quick Start Guide—Essential Guide for Tribal Programs. Full-day workshop presented to 20 tribal government officials at the National Tribal Preservation Conference, Laguna Pueblo lands near Albuquerque, New Mexico, August 17.

12. Schaepe, David M., Bill Angelbeck, John R. Welch, and David Snook (2015) Archaeology as Therapy: Linking Community Archaeology to Community Health. Paper presented at the meeting of the Society for Applied Anthropology, Pittsburgh, Pennsylvania, March 28.

13. Welch, John R. (presenter and discussant) (2015) Sovereignty-Driven Research Ethics: Beyond Baseline Compliance, Consent and Limitation of Liability. Panel discussion, Indigenous Research Ethics conference, Vancouver, February 19. https://indigenousresearchethics2015.wordpress.com/

14. Welch. J.R. (2015) Tribal Historic Preservation Officer Toolkit Training Workshop: Essential Guide for Tribal Programs. Full-day workshop presented to 22 tribal government officials at the National Tribal Preservation Conference, Milwaukee, Wisconsin, September 11.

*Curriculum Vitae*                                                             **John R. Welch, RPA**

15. Welch, John R. (presenter) (2014) Fire and Humans in Resilient Ecosystems. Curriculum development workshop for teachers, Laboratory for Tree-Ring Research and College of Education, University of Arizona, Tucson, June 23.

16. Welch, John R. (organizer and moderator) (2014) CRM-ology: Toward a Research Design for Improving the Dominant Form of Archaeological Practice. Forum, Society for American Archaeology Annual Meeting, Austin, Texas, April 25.

17. Hogg, Erin A., and John R Welch (2014) What does Collaborative Archaeology Mean to You? Community-Engagement in Field Schools, Research Projects, and Consulting. Poster presented at the meeting of the Society for American Archaeology, Austin, Texas, April 25.

18. Ruth Aloua and John R. Welch (2014) Closing the Gap Between Management Practice and Policy at a National Historical Park in Hawaiʻi. Paper presented in the invited symposium, Society for Applied Anthropology, Albuquerque, New Mexico.

19. Hogg, Erin, and John R. Welch (2013) Do you Collaborate? Community Engagement in Field Schools, Research, and Consulting Projects. Poster presented at the meeting of the Canadian Archaeological Association, Whistler, B.C, May 17, 2013.

20. Welch, John R., and Ian Lilley (organizers and moderators) (2013) Beyond the Equator (Principles): Community Benefit Sharing in Relation to Major Land Alteration Projects and Associated Intellectual Property Issues in Cultural Heritage. Forum, Society for American Archaeology Annual Meeting, Honolulu, Hawaii. April 5.

21. Welch, John R., and Karl A. Hoerig (2013) Fort Apache Heritage Foundation. Presentation in symposium, Bellwhether Nonprofits of the Southwest. Society for American Archaeology Annual Meeting, Honolulu, Hawaii. April 4.

22. Atalay, Sonya, Lee Rains Clauss, Randall H. McGuire, and John R. Welch (organizers) (2013) Archaeology, Relevance, and Activism. Seminar, Amerind Foundation, Arizona. February 27-March 3.

23. Welch, John R. (2013) Placemaking and Displacement at Fort Apache and the Theodore Roosevelt School. Archaeology Café public lecture, sponsored by Archaeology Southwest, available at http://www.archaeologysouthwest.org/event/archaeology-cafe-tucson-placemaking-and-displacement-at-fort-apache-and-theodore-roosevelt-school/.

24. Welch, John R. (2012) Home, Home at the Fort: A Millennium of Place Making and Displacement at Fort Apache and TR School National Historic Landmark, Arizona. Environmental Science Program Seminar, Thompson Rivers University, Kamloops, British Columbia.

25. Welch, John R., and Neal Ferris (2011) Making a Sustainable Archaeology. Society for American Archaeology Annual Meeting, Sacramento, California.

26. Ferris, Neal, John R. Welch, and Aubrey Cannon (2011) Capacities for a Sustainable Archaeology. Sustainable Archaeology Workshop, Taipei, Taiwan.

27. Lepofsky, Dana, John R. Welch, and Michelle Washington (Siemthlut) (2011) The Tla'amin-SFU Field School in Archaeology and Heritage Stewardship. People of the River Conference, May 2011.

28. Welch, J.R., Dana Lepofsky, and Michelle Washington (Siemthlut) (2010) Assessing Collaboration with the Sliammon First Nation in a Community-Based Heritage Research and Stewardship Project, in "Perspectives on the Ethical Engagement of Indigenous Peoples In Archaeological Practice" symposium organized by Kerry Thompson, annual meeting of the Society for American Archaeology, St. Louis, Missouri.

*Curriculum Vitae*                                                    **John R. Welch, RPA**

29. Speller, C., D. Lepofsky, A. Benson, M. Washington, M. Caldwell, J.R. Welch, D. Yang. (2010) Reconstructing Past Abundance, Diversity, and Use of Herring in the Pacific Northwest of North America, International Council for Archaeozoology, 11th Annual Conference, Paris, France, August 23–28.

30. Welch, J.R., Siemthlut (Michelle Washington) and Dana Lepofsky (2009) *Getting to 100*: Harmonizing Community, Research, and Societal Interests Through the Tla'amin First Nation-Simon Fraser University Field School in Archaeology and Heritage Stewardship, in "Practicing Public Archaeology: Contemporary Issues of Engagement and Action" symposium organized by Paul Thacker, annual meeting of the Society for Applied Anthropology, Santa Fe, New Mexico.

31. Laluk, Nicholas C. and J.R. Welch (2008) Interpretation and Indigenation of Place: Fort Apache, Arizona, in "Archaeology of the Recent Indigenous Past" symposium organized by Nina Swidler, annual meeting of the Society for Historical Archaeology, Albuquerque, New Mexico.

32. Welch, J.R., Vera J. Asp and George Kaufmann (2008) Linking Documentary and Material Histories Through Community-Based Archaeology in Tahltan Territory, British Columbia, in "Ways of Becoming Athapaskan" symposium organized by H. Kory Cooper, B. Sunday Eiselt, and J.R. Welch, annual meeting of the Society for American Archaeology, Vancouver.

33. Ewing, Robyn and J.R Welch (2008) Seeking Middle Ground: Repatriation's Roles in the Negotiation of New Relationships among Indigenous Communities, Museums and Archaeologists, annual meeting of the Society for American Archaeology, Vancouver.

34. Washington, Michelle, J.R. Welch and Dana Lepofsky (2008) Digging Common Ground: The Tla'amin-Simon Fraser University Field School in Archaeology and Heritage Stewardship, September meeting of the Archaeological Society of British Columbia, Vancouver.

35. Welch, J.R., Dana Lepofsky and Siemthlut (Michelle Washington) (2008) Getting to 100: Harmonizing Community, Research, and Societal Interests through Archaeology and Heritage Stewardship, seminar, Vancouver Island University, Powell River, British Columbia.

36. Asp, Vera J., J.R. Welch and George Kaufmann (2008) A Cultural Landscape Approach to the Integration of Documentary and Material Histories in Tahltan Territory, British Columbia, Northwest Archaeological Conference, Victoria, British Columbia.

37. Welch, J.R. and Karl Hoerig (2007) Archaeology, Ndee Identity, and Tribal Sovereignty, in "Archaeologists as Gatekeepers of American Indian Identity" symposium organized by Sonya Atalay and Randy McGuire, annual meeting of the Society for American Archaeology, Austin, Texas.

38. Welch, J.R. (2006) Of, By, and For the Ndee: Archaeology, Heritage Stewardship, and White Mountain Apache Sovereignty, in "Decolonizing Archaeology" symposium, Chacmool Conference, Calgary, Alberta.

39. Welch, J.R. (2005) Ancient Masonry Fortresses of the Upper Salt River, Arizona, September meeting of the Archaeological Society of British Columbia, Vancouver.

40. Welch, J.R. (2005) Panellist, "Anthropologist as Expert Witness," organized by Sylvia Rodriguez.

41. Welch, J.R., Mark Altaha and Nicholas Laluk (2004) Apache? "The Protohistoric Period in the Southern Southwest" symposium, Arizona Archaeological Council, Tucson.

## Works in Press

1. Roos, Christopher, J.R. Welch (2021) Native American Fire Management at an Ancient Wildland-Urban Interface in the Southwest US. *PNAS* 2020-18733R In press.

*Curriculum Vitae*                                                              **John R. Welch, RPA**

2.  Hogg, Erin A., Chelsea H. Meloche, George P. Nicholas, and John R. Welch (2021) Whose Rights? Whose Heritage?: Policy Changes in Canada. In press

3.  Welch, J.R., (2020) Archaeology Law and Policy in the United States. In *Open Archaeology: An Introduction to the Field*, edited by Katie Kirakosian (accepted).

4.  Hogg, Erin A., and John R. Welch (2020) Archaeological Evidence in the Tsilhqot'in Decision. *Canadian Journal of Archaeology* (in press)

## Works in Preparation and Under Review

1.  Welch, J.R. (2019) 'The only prompt, economical, and humane process': The Pinal Apache Genocide and other Legacies of Industrial Mining in Central Arizona. (in preparation)

2.  Hogg, Erin A., and John R. Welch (2020) Expert Witnesses' and Lawyers' Perspectives on the Use of Archaeological Data as Evidence in Aboriginal Rights and Title Litigation. *BC Studies: The British Columbian Quarterly*.

3.  Welch, J.R. (2019) *Fort Apache: Places and Displacements at a Frontier Icon in Indian Country*, University of Arizona Press (in preparation, with approved book proposal)

# TRAINING AND SUPERVISION

## Graduate Student Supervision & Completion at SFU

| | Name | Degree | Project / Thesis | Start–Finish |
|---|---|---|---|---|
| 1 | McKillop, Vanessa | M.A. (HRM) | Weji-sqalia'tiek, they 'sprouted up from the earth': Archaeology and Management of Shubenacadie River Valley Paleoshorelines, Nova Scotia | 2017– 2019 |
| 2 | Owens, Camille | M.A. (HRM) | Engaging Public Archaeology Protocols in the Interpretation of Museum Collections | 2017– |
| 3 | Pitul, Michael | M.A. (HRM) | A Policy Framework for Underwater Archaeology in Ontario | 2017– 2019 |
| 4 | Campbell, Michael | M.A. (HRM) | CRM Archaeology and Native Land Claims in British Columbia | 2017– |
| 5 | Johnson, Meaghan | M.A. (HRM) | Building Representation: The Development of Barkerville Historic Town & Park's Chinese Narrative | 2017–2019 |
| 6 | O'Neil, Casey | M.A. (HRM) | Evaluation of Sample Size Protocols for Large Data Recovery Projects | 2016 –2019 |
| 7 | Gauer, Viviane | M.R.M. | Climate Change Adaptation Planning if Two Native-Owned Conservation Organizations | 2016 –2019 |
| 8 | Jaclyn McLeod | M.A. | Building Representation: The Development of Barkerville Historic Town & Park's Chinese Narrative | 2016–2018 |
| 9 | Huck, Michael | M.R.M. | Co-constructing Rural Climate Adaptation: Insights from the State of Climate Adaptation and Resilience in the Basin Pilot Project | 2015–2019 |
| 10 | Hogg, Erin | Ph.D. | Archaeological Data as Evidence in Aboriginal Rights and Title Litigation in Canada | 2014–2019 |

*Curriculum Vitae*                                                                    **John R. Welch, RPA**

| | **Name** | **Degree** | **Project / Thesis** | **Start–Finish** |
|---|---|---|---|---|
| 11 | Hogg, Erin | M.A. | Community Engagement in British Columbia Archaeology | 2012–2014 |
| 12 | Aloua, Ruth | M.A. | Closing the Policy-Practice Gap in Heritage Management at Kaloko-Honokohau NHP, Hawaii | 2011–2015 |
| 13 | Nelly Bouevitch | M.R.M. | Co-Management at Gulf Islands National Park | 2011–2016 |
| 14 | Knighton, Mykol | M.R.M. | Cultural Heritage Tourism Planning for the Tla'amin First Nation | 2010–2016 |
| 15 | Lewis, Jennifer | Ph.D. | Revaluing "looted" archaeological materials at Fort Apache and Theodore Roosevelt School National Historic Landmark, Arizona | 2010–2017 |
| 16 | Morrison, Jessica | M.R.M. | Stó:lo Connect: A Case Study in Collaborative First Nation Referral Management | 2010–2013 |
| 17 | Brady, Karen | M.R.M. | Cultural Heritage as Foundation for Regional Planning | 2009–2014 |
| 18 | Hoffmann, Tanja | Ph.D. | An Indigenous Model for Environmental Impact Assessment | 2008–2017 |
| 19 | Jamshidian, Soudeh | Ph.D. | Effects of Top-Down Environmental Management in Post-Conflict Settings | 2007–2020 |
| 20 | Kasstan, Steven | Ph.D. | Caribou is Life:  An Ethnoarchaeology of Ethen-eldèli Denesųłiné Respect for Caribou | 2007–2016 |
| 22 | Ewing, Robyn | M.A. | Negotiated Repatriation as Middle Ground | 2006–2010 |

**Graduate Student Committees at SFU**

| **Name** | **Degree** | **Thesis / Project** | **Start–Finish** |
|---|---|---|---|
| Meloche, Chelsey | Ph.D. | TBA | 2015– |
| Stefanyshen, Earl | M.A. (HRM) | Microstratigraphic protocol to assess the impact of wildland fires on subsurface archaeological sites | 2017–2019 |
| Settle, Kathleen | M.A. (HRM) | Vacuum Truck Excavation as a New and Effective Technique in Urban Archaeology | 2016–2019 |
| Brinkhurst, Marena | M.R.M | Community Land Use Planning on First Nations Reserves and the Influence of Land Tenure: A Case Study with the Penticton Indian Band | 2010–2013 |
| Matthews, Beth | M.A. | A Spatial Analysis of Pleistocene-Holocene Transition Sites in the Southern Columbia Plateau and Northern Great Basin of North America | 2008–2016 |
| Duke, Guy | M.A. | Past Irrigation Practices in the Memories of the Indigenous Peoples of Chimborazo, Ecuador | 2008–2010 |
| Johnson, Sarah | M.A. | A Tla'amin Cultural Landscape | 2007–2010 |
| Kaufmann, George | M.A. | Missionary Classrooms in a Northern Indian Agency | 2007–2009 |

*Curriculum Vitae*                                                    **John R. Welch, RPA**

| Name | Degree | Thesis / Project | Start–Finish |
|------|--------|------------------|--------------|
| Peters, Alana | M.A. | Archaeology and Memories of the Casa Grande | 2007–2011 |
| Hammond, Joanne | M.A. | First Nations Heritage Policies as a Window into Community Stewardship | 2006–2009 |
| Klassen, Michael | Ph.D. | Indigenous Heritage Stewardship and the Transformation of Archaeological Practice | 2005–2013 |
| Lennentine, Miku | M.R.M | Brave New World of Community Forestry | 2006–2009 |
| Astofooroff, Nikki | M.R.M. | Achieving Environmental Sustainability in British Columbia Coastal Communities: A Case Study of Haida Gwaii | 2006–2008 |
| Speller, Camilla | Ph.D. | Investigating Turkey Domestication in the Southwest Through Ancient DNA Analysis | 2005–2009 |
| Badenhorst, Shaw | Ph.D. | The Zooarchaeology of Great House Sites in the San Juan Basin of the American Southwest | 2005–2008 |
| Fothergill, Brooklynne | M.A. | Investigations of the Bluff Great House Fauna | 2005–2008 |
| Sanderson, Darlene | Ph.D. | Nipiy Wasekimew / Clear Water: The Meaning of Water, From the Words of the Elders | 2002–2007 |
| Dunn, Catharine | M.R.M | Aboriginal Partnership for Sustainable 2010 Olympic and Paralympic Winter Games | 2004–2007 |
| Woodward, Robyn | Ph.D. | Medieval Legacies: The Industrial Archaeology of an Early Sixteenth Century Sugar Mill at Sevilla La Nueva, Jamaica | 2004–2006 |
| Rawlings, Tiffany | Ph.D. | Faunal Analysis and Meat Procurement: Reconstructing the Sexual Division of Labor at Shields Pueblo, Colorado | 2001–2006 |

**Graduate Student Committee Membership Outside SFU**

| Name | Degree | Institution / Thesis Topic | Start–Fin. |
|------|--------|----------------------------|------------|
| Rich Hutchings | Ph.D. | University of British Columbia / *Rising Affluence, Rising Seas*—Archaeology and Resource Management Responses to The Maritime Heritage Crisis | 2009–2014 |
| Joshua Dent | Ph.D. | University of Western Ontario / Accounts of Engagement: Conditions and Capitals of Indigenous Participation in Canadian Commercial Archaeology | 2010–2016 |
| Aaron Naumann | Ph.D. | University of Washington / Indigenous Archaeology Revisited | 2016– |
| Jonathan Clapperton | Ph.D. | University of Saskatchewan / *Stewards of the Earth?* Aboriginal Peoples, Environmentalists and Historical Representation | 2008–2012 |
| Nicholas Laluk | Ph.D. | University of Arizona / Historical Archaeology at the Chiricahua – Western Apache Interface | 2008–2014 |

*Curriculum Vitae*                                                    **John R. Welch, RPA**

| Name | Degree | Institution / Thesis Topic | Start–Fin. |
|---|---|---|---|
| Mary Ann Wade | Ph.D. | University of Northern Arizona / Theodore Roosevelt School and White Mountain Apache Education | 2007–2010 |
| Karen Capuder | Ph.D. | University of Washington / Skokomish Cultural Landscapes | 2006–2012 |
| Bill Angelbeck | Ph.D. | University of British Columbia / Archaeology of Coast Salish Conflict (External Examiner) | 2004–2009 |
| Nicholas Laluk | M.A. | University of Arizona / Apache Scout Camp Archaeology at Fort Apache | 2003–2006 |
| Lauren Jelinek | M.A. | University of Arizona / Apache Archaeology of the Forestdale Valley | 2003–2005 |

### Supervision of Research Personnel

| | |
|---|---|
| 2011–2012 | Erica Kowsz, A.B., Fulbright Canada Scholar  **Funded by:** Fulbright Program |
| 2009–2011 | Fred Foster, B.S., Research Assistant  **Funded by:** Social Sciences and Humanities Research Council Aboriginal Program Grant |
| 2007–2010 | Natasha Lyons, PhD, Post-Doctoral Fellow  **Funded by:** Social Sciences and Humanities Research Council |
| 2006–2007 | Robyn Ewing, B.A, Research Assistant  **Funded by:** SFU President's Grant |

## SERVICE

### Academic (External)

| | |
|---|---|
| 2020 | External Reviewer for Tenure and Promotion Case: University of British Columbia |
| 2017–2019 | Registrar, Register of Professional Archaeologists |
| 2017 | External Reviewer for Tenure and Promotion Case: Harvard University |
| 2015–2020 | Member, Editorial Board, *Advances in Archaeological Practice* |
| 2014–2020 | Co-Chair, Amity Pueblo Task Force, Society for American Archaeology |
| 2013–2016 | Member, Government Affairs Committee, Society for American Archaeology |
| 2013 | External Reviewer for Tenure and Promotion Cases: Southern Methodist University, Ft. Lewis College |
| 2011–2013 | Chair, Continuing Professional Education Committee, Register of Professional Archaeologists |
| 2003–Life | Trustee, Josephine H. Miles Testamentary Trust, benefiting the Colorado Historical Society and three American Indian schools in Wyoming and Montana |
| 2003–2010 | Member, Government Archaeology Committee, Society for American Archaeology |
| 2006–2009 | Co-Chair, Continuing Professional Education Committee, Register of Professional Archaeologists |

*Curriculum Vitae*                                                    **John R. Welch, RPA**

| | |
|---|---|
| 2003–2007 | Institutional Grant Administrator, *Doo Aniina' Agot'eehi Baa Nohwii Nagoshd'* (I'll Tell You About How it Was): Programming Endowment Challenge Grant, U.S. National Endowment for the Humanities |
| 2003–2006 | Humanities Scholar, The San Pedro Ethnohistory Internet Project, U.S. National Endowment for the Humanities and Southwest Foundation grant to Center for Desert Archaeology, Tucson |
| 2003–2005 | Member, Board of Directors, Ocotillo Literary Endeavors, Tucson |
| 2002–2005 | Project Advisor, Ndee Bike' (Footprints of the Apache) and The Fort Apache Legacy, U.S. National Endowment for the Humanities Interpretation Program Implementation grant to Nohwike' Bagowa White Mountain Apache Tribe Cultural Center and Museum |
| 1998–2005 | Founding Member of Board of Directors, U.S. National Association of Tribal Historic Preservation Officers, Washington, DC |
| 2003–2004 | Project Advisor, Guide to Historic Sites of American Indians and the U.S. Military, U.S. Department of Defense |
| 2002–2004 | Member of Project Review Panel, American Indian Treaty Rights and Historic Preservation, U.S. Department of Defense |
| 2002–2003 | Project Humanities Scholar, Our Apache Books, Arizona Humanities Council |
| 1997–1999 | Member of Board of Directors, Arizona Archaeological Council |

## SFU (Senate, University-Wide, Faculty, and Departmental)

| | |
|---|---|
| 2017–2018 | Member, Tenure & Promotion / School of Resource and Environmental Mgmt. |
| 2015–2019 | Director, Professional Graduate Programs in Heritage Resource Management |
| 2012–2016 | Member, Tenure & Promotion / Department of Archaeology |
| 2015–2017 | Member, Pacific Water Research Center Steering Committee |
| 2013–2014 | Chair, Graduate Studies Com./ School of Resource and Environmental Mgmt. |
| 2013–2014 | Member, Graduate Studies Committee / Department of Archaeology |
| 2013 | Member, Design Committee Environmental Resource Mgmt. Major (BENV) |
| 2012–2013 | Member, Tenure & Promotion / School of Resource and Environmental Mgmt. |
| 2011–2013 | Member, Senate Committee on International Activities |
| 2011–2012 | Chair, Undergraduate Studies Committee/ Department of Archaeology |
| 2011–2014 | Member, two President's Super Colloquia Steering Groups: *Toward a Theory of Global Justice* (Spring 2013) and *Protecting Indigenous Heritage* (Fall 2014) |
| 2011 | Member, Community Teaching Fellows Proposal Adjudication Committee |
| 2010–2011 | Chair, Student Awards / School of Resource and Environmental Management |
| 2007–Current | Member, Museum of Archaeology and Ethnology Collections Committee |
| 2007–2010 | Member, Grad. Studies / School of Resource and Environmental Management |
| 2006–2011 | Member, First Nations Studies Advisory Committee |
| 2005–2007 | Member, First Nations University-Wide Coordinating Committee |
| 2006–2008 | Member, Tenure & Promotion / School of Resource and Environmental Mgmt. |
| 2005–08, 2010–14 | Member, Tenure & Promotion / Department of Archaeology |
| 2005–2006 | Member, Harassment, Equity and Ethics Com. / Resource and Environ. Mgmt. |
| 2005–2006 | Member, Student Awards / Department of Archaeology |

*Curriculum Vitae*                                                    **John R. Welch, RPA**

## Community

| | |
|---|---|
| 2007–2019 | Member and Board Secretary, Fort Apache Heritage Foundation Board of Directors |
| 2015–2016 | Advisory Committee member, *Tribal Preservation Planning Needs in Case of Emergency*, project developed by the National Association of Tribal Historic Preservation Officers (NATHPO) with support from the U.S. Federal Emergency Management Agency. |
| 2005–2012 | Archaeology Department liaison, SFU United Way Campaign |
| 2005–2011 | Archaeology and REM School liaison, SFU United Way Campaign |
| 2007–2010 | Member, Public Education Committee, Archaeological Society of British Columbia |
| 2007–2009 | Member, Fort Apache Master Plan Revision Team, White Mountain Apache Tribe |
| 1998–2007 | Founding Board Member (ex officio), Secretary, Executive Director (pro tempore), Fort Apache Heritage Foundation, Fort Apache, Arizona |
| 2003–2005 | Member, Board of Directors, Arizona Wilderness Coalition |
| 2002 | Judge, Miss White Mountain Apache Queen Committee, White Mountain Apache Tribe |

## AWARDS AND HONORS

| | |
|---|---|
| 2005–15 | **Title:** Canada Research Chair (Tier 2)  **Type:** Research  **Organization:** Social Sciences and Humanities Research Council   **Details:** Academic appointment to address indigenous heritage stewardship |
| 2007 | **Title:** Fellow   **Type:** Service   **Organization:** Society for Applied Anthropology  **Details:** Endorsement by SfAA Board of the nomination by  Shelby Tisdale |
| 1999 | **Title:** Governors Award   **Type:** Service  **Organization:** State of Arizona  **Details:** For individual achievement in historic preservation |
| 1992 | **Title:** Appreciation Award   **Type:** Service  **Organization:** Arizona Archaeological and Historical Society  **Details:** For contributions to preservation and public education |
| 1991 | **Title:** Comins Fellowship   **Type:** Fellowship  **Organization:** University of Arizona  **Details:** Support for dissertation preparation |
| 1983 | **Title:** Undergraduate Essay Prize   **Type:** Research  **Organization:** Northeastern Anthropological Association  **Details:** Annual prize for the best student essay submittal |
| 1983 | **Title:** Harold C. Bohn Anthropology Prize   **Type:** Scholarship  **Organization:** Hamilton College  **Details:** Award to the best graduate anthropology major |

*Curriculum Vitae*                                                                 **John R. Welch, RPA**

## OTHER

**Manuscript and Proposal Refereeing (Last Five Years)**

| | |
|---|---|
| *American Antiquity* | *Canadian Journal of Archaeology* |
| *Journal of Social Archaeology* | *Journal of Archaeological Science* |
| Roman & Littlefield | *Environment and History* |
| University of Hawaii Press | University of Arizona Press |
| University of Utah Press | Research Council of Norway |
| *Journal of Environmental Education Research* | Left Coast Press |
| Social Science and Humanities Research Council of Canada | |

**Memberships**

| | |
|---|---|
| Az Archaeological and Historical Society (1983–life) | World Archaeological Congress (2006–current) |
| BC Assn Professional Archaeologists (2010–current) | Archaeological Society of BC (2005–current) |
| Society for Applied Anthropology (2003–2013) | Canadian Archaeological Assn (2005–current) |
| Register of Professional Archaeologists (1998–current) | Amer. Anthropological Assn (1986–2016) |
| Society for American Archaeology (1984–current) | |