# Exhibit A

1  PAUL E. SALAMANCA
   Deputy Assistant Attorney General
2  United States Department of Justice
   Environment and Natural Resources Division
3
4  TYLER M. ALEXANDER (CA Bar No. 313188)
   Trial Attorney
5  Natural Resources Section
6  150 M St. NE, Third Floor
   Washington, D.C. 20002
7  (202) 598-3314
8  tyler.alexander@usdoj.gov
9
   *Attorneys for Defendants*
10
             THE UNITED STATES DISTRICT COURT
11                 DISTRICT OF ARIZONA
                    PHOENIX DIVISION
12

| | |
|---|---|
| 13 Apache Stronghold, | CIVIL NO. 2:21-cv-00050-CDB |
| 14 | |
| 15         Plaintiff, | **DECLARATION OF** |
| 16 v. | **TRACY PARKER** |
| 17 United States of America, *et al.,* | |
| 18         Defendants. | |

19
20
21
22
23
24
25
26
27
28

I, Tracy V.L. Parker, state as follows:

1.    I am the Southwest Regional Director for Lands and Minerals for the United States Department of Agriculture, Forest Service ("Forest Service"). I have held this position since 2014. I have 30 years of experience with the Forest Service. I have held positions at all levels of the organization, with increasing levels of responsibility with the Lands and Minerals Program, including working at the National Headquarters in Washington, D.C.

2.    In my role as Regional Lands and Minerals Director, I oversee the delivery of the Forest Service's Southwest Region's Lands program, which includes implementation of the Southeast Arizona Land Exchange and Conservation Act, set forth in Section 3003 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015, signed into law on December 19, 2014, as Public Law (P.L.) 113-291; and codified at 16 U.S.C. § 539p ("Act").

3.    I make this declaration based on my personal knowledge, my experience working for the Forest Service, and information made available to me in my official capacity.

4.    I am familiar with the above-captioned lawsuit and the Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiff. I am also familiar with the Resolution Copper Project and Land Exchange ("Project"), including the land exchange mandated by Congress pursuant to the Act.

5.    On January 15, 2021, the Forest Service published the Final Environmental Impact Statement ("FEIS") for the Project.

6.    After publication of the FEIS for the Project, the Secretary of Agriculture, acting by and through the Forest Service, is directed by the Act to convey all right, title, and interest of the United States in and to the Federal land, as defined in the Act, to Resolution Copper.

7.    Due to the several steps left to close on the land exchange, including but not limited to, executing a land exchange agreement, receiving the appraisal for the Federal

1

1   land, reviewing the Federal land appraisal, and drafting detailed escrow instructions,

2   Resolution Copper and the Forest Service will not exchange deeds to the Federal and

3   non-Federal lands, as defined in the Act, any sooner than 55 days after the publication of

4   the FEIS.

5   8.      Additionally, with respect to subsidence effects to the surface of the exchange

6   parcel caused by underground mining activities, the FEIS at ES-3.2 states that "[t]he

7   subsidence zone at the Oak Flat Federal Parcel would break through the surface at mine

8   year 6…" (*i.e.*, the FEIS effects analysis projects that a surface crater will start to appear

9   six years after active mining commences).

10

11          I declare under penalty of perjury that the foregoing is true and correct.

12

13  Executed on this 21st day of January, 2021.

14

15

16  Tracy Parker

17

18

19

20

21

22

23

24

25

26

27

28