# Exhibit C

# HEINONLINE



DATE DOWNLOADED: Fri Jan 15 16:11:35 2021
SOURCE: Content Downloaded from *HeinOnline*


Citations:

Bluebook 21st ed.
Treaty with the Apaches, . 10 Stat. 979 (1852).

ALWD 6th ed.
Treaty with the Apaches, . 10 Stat. 979 (1852).

APA 7th ed.
Treaty with the Apaches, 10 Stat. 979 (1852).

Chicago 7th ed.
"Apaches: Treaty with the Apaches," U.S. Statutes at Large 10, no. Main Section (1852): 979-982

McGill Guide 9th ed.
Treaty with the Apaches, . 10 Stat. 979 (1852).


AGLC 4th ed.
Treaty with the Apaches, . 10 Stat. 979 (1852).

MLA 8th ed.
Treaty with the Apaches, . 10 Stat. 979 (1852). HeinOnline.

OSCOLA 4th ed.
Treaty with the Apaches, . 10 Stat. 979 (1852).

Provided by:
DOJ Libraries

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
-- To obtain permission to use this article beyond the scope of your  license, please use:
  *Copyright Information*

# FRANKLIN PIERCE,

PRESIDENT OF THE UNITED STATES OF AMERICA:                    July 1, 1852.

TO ALL AND SINGULAR TO WHOM THESE PRESENTS SHALL COME, GREETING:

WHEREAS a Treaty was made and concluded at Santa Fé, New Mexi- *Preamble.*
co, on the first day of July, in the year of our Lord one thousand eight
hundred and fifty-two, by and between Col. E. V. Sumner, U. S. A.,
commanding the 9th Department, and in charge of the Executive Office
of New Mexico, and John Greiner, Indian Agent in and for the Terri-
tory of New Mexico, and acting Superintendent of Indian Affairs of said
Territory, representing the United States, and Cuentas Azules, Blancito,
Negrito, Captain Simon, Captain Vuelta, and Mangus Colorado, chiefs,
acting on the part of the Apache nation of Indians, situate and living
within the limits of the United States, which treaty is in the words fol-
lowing, to wit:

Articles of a Treaty made and entered into at Santa Fé, New Mexico,
on the first day of July in the year of our Lord one thousand eight
hundred and fifty-two, by and between Col. E. V. Sumner, U. S. A.,
commanding the 9 Department and in charge of the Executive Office of
New Mexico, and John Greiner, Indian Agent in and for the Territory
of New Mexico, and acting Superintendent of Indian Affairs of said
Territory, representing the United States, and Cuentas, Azules, Blancito,
Negrito, Capitan Simon, Capitan Vuelta, and Mangus Colorado, chiefs,
acting on the part of the Apache Nation of Indians, situate and living
within the limits of the United States.

ARTICLE 1. Said nation or tribe of Indians through their authorized   *Authority of*
Chiefs aforesaid do hereby acknowledge and declare that they are law- *United States*
fully and exclusively under the laws, jurisdiction, and government of the *acknowledged.*
United States of America, and to its power and authority they do hereby
submit.

ARTICLE 2. From and after the signing of this Treaty hostilities   *Peace to exist.*
between the contracting parties shall forever cease, and perpetual peace
and amity shall forever exist between said Indians and the government
and people of the United States; the said nation, or tribe of Indians,   *The Apaches*
hereby binding themselves most solemnly never to associate with or give *not to assist*
countenance or aid to any tribe or band of Indians, or other persons or *other tribes in*
powers, who may be at any time at war or enmity with the government *hostilities.*
or people of said United States.

ARTICLE 3. Said nation, or tribe of Indians, do hereby bind them-  *Good treat-*
selves for all future time to treat honestly and humanely all citizens of *ment of citizens*
the United States, with whom they may have intercourse, as well as all *of the United*
persons and powers, at peace with the said United States, who may be *tions at peace*
lawfully among them, or with whom they may have any lawful intercourse. *with them.*

ARTICLE 4. All said nation, or tribe of Indians, hereby bind them- *Cases of ag-*
selves to refer all cases of aggression against themselves or their property *gression on them*
and territory, to the government of the United States for adjustment, and *to be referred to*
to conform in all things to the laws, rules, and regulations of said govern- *government.*
ment in regard to the Indian tribes.                                        *Laws to be*
                                                                            *conformed to.*

ARTICLE 5. Said nation, or tribe of Indians, do hereby bind them-  *Provisions*
selves for all future time to desist and refrain from making any "incur- *against incur-*
sions within the Territory of Mexico" of a hostile or predatory character; *sions into Mexi-*
and that they will for the future refrain from taking and conveying into *co.*

|   |   |
|---|---|
|  | captivity any of the people or citizens of Mexico, or the animals or property of the people or government of Mexico; and that they will, as soon as possible after the signing of this treaty, surrender to their agent all captives now in their possession. |
| Persons injuring the Apaches to be tried and punished. | ARTICLE 6. Should any citizen of the United States, or other person or persons subject to the laws of the United States, murder, rob, or otherwise maltreat any Apache Indian or Indians, he or they shall be arrested and tried, and upon conviction, shall be subject to all the penalties provided by law for the protection of the persons and property of the people of the said States. |
| Free passage over the Apache territory. | ARTICLE 7. The people of the United States of America shall have free and safe passage through the territory of the aforesaid Indians, under such rules and regulations as may be adopted by authority of the said States. |
| Military posts, agencies, and trading houses to be established. | ARTICLE 8. In order to preserve tranquillity and to afford protection to all the people and interests of the contracting parties, the government of the United States of America will establish such military posts and agencies, and authorize such trading houses at such times and places as the said government may designate. |
| Territorial boundaries to be adjusted. | ARTICLE 9. Relying confidently upon the justice and the liberality of the aforesaid government, and anxious to remove every possible cause that might disturb their peace and quiet, it is agreed by the aforesaid Apache's that the government of the United States shall at its earliest convenience designate, settle, and adjust their territorial boundaries, and pass and execute in their territory such laws as may be deemed conducive to the prosperity and happiness of said Indians. |
| Presents to the Apaches. | ARTICLE 10. For and in consideration of the faithful performance of all the stipulations herein contained, by the said Apache's Indians, the government of the United States will grant to said Indians such donations, presents, and implements, and adopt such other liberal and humane measures as said government may deem meet and proper. |
| When treaty to be binding. | ARTICLE 11. This Treaty shall be binding upon the contracting parties from and after the signing of the same, subject only to such modifications and amendments as may be adopted by the government of the United States; and, finally, this treaty is to receive a liberal construction, at all times and in all places, to the end that the said Apache Indians shall not be held responsible for the conduct of others, and that the government of the United States shall so legislate and act as to secure the permanent prosperity and happiness of said Indians. |
| How construed. |  |

In faith whereof we the undersigned have signed this Treaty, and affixed thereunto our seals, at the City of Santa Fé, this the first day of July in the year of our Lord one thousand eight hundred and fifty-two.

WITNESSES:

| F. A. CUNNINGHAM, | E. V. SUMNER, [SEAL.] |
|---|---|
| *Paymaster, U. S. A.* | *Bvt. Col. U. S. A. com'g 9th Dept. In charge of Executive Office of New Mexico.* |
| J. C. McFERRAN, | JOHN GREINER, [SEAL.] |
| *1st Lt. 3d Inf. Act. Ast. Adj. Gen.* | *Act. Supt. Indian Affairs, New Mexico.* |
| CALEB SHERMAN. | CAPITAN VUELTA, his x mark [SEAL.] |
| FRED. SAYNTON. | CUENTAS AZULES, his x mark [SEAL.] |
| CHAS. McDOUGALL, | BLANCITO ——, his x mark [SEAL.] |
| *Surgeon, U. S. A.* |  |
| S. M. BAIRD, | NEGRITO ——, his x mark [SEAL.] |
| *Witness to the signing of Mangus Colorado.* |  |
| JOHN POPE, | CAPITAN SIMON, his x mark [SEAL.] |
| *Bvt. Capt. T. E.* | MANGUS COLORADO, his x mark [SEAL.] |

AND WHEREAS the said Treaty having been submitted to the Senate of the United States, for its constitutional action thereon, the Senate did, on the twenty-third day of March, one thousand eight hundred and fifty-

three, advise and consent to the ratification of its articles, by a resolution in the words and figures following, to wit:

IN EXECUTIVE SESSION, SENATE OF THE UNITED STATES,
*March 23d, 1853.*

*Resolved,* (two thirds of the Senators present concurring,) That the Senate advise and consent to the ratification of the Articles of a Treaty made and entered into at Santa Fé, New Mexico, on the first day of July, in the year of our Lord, 1852, by and between Colonel E. V. Sumner, United States Army, commanding the 9th Department, and in charge of the Executive Office of New Mexico, and John Greiner, Indian Agent in and for the Territory of New Mexico, and acting Superintendent of Indian Affairs of said Territory, representing the United States, and Cuentas Azules, Blancito, Negrito, Capitan Simon, Capitan Vuelta, and Mangus Colorado, chiefs, acting on the part of the Apache nation of Indians, situate and living within the limits of the United States.

Attest—                                ASBURY DICKINS, *Secretary.*

Now, therefore, be it known, that I, FRANKLIN PIERCE, President of the United States of America, do, in pursuance of the advice and consent of the Senate, as expressed in their resolution of the twenty-third day of March, one thousand eight hundred and fifty-three, accept, ratify, and confirm the said treaty.

In testimony whereof, I have caused the seal of the United States to be herewith affixed, having signed the same with my hand.

[L. S.]   Done at the city of Washington, this twenty-fifth day of March, in the year of our Lord one thousand eight hundred and fifty-three, and of the Independence of the United States the seventy-seventh.

                                        FRANKLIN PIERCE.
BY THE PRESIDENT:
        W. L. MARCY, *Secretary of State.*

August 26, 1852.

### BY THE PRESIDENT OF THE UNITED STATES OF AMERICA.

### A PROCLAMATION.

WHEREAS a Supplementary Commercial Convention between the United States of America and His Majesty the King of the Netherlands, was concluded and signed by their Plenipotentiaries, in this city, on the twenty-sixth day of August last, which Supplementary Convention is, word for word, as follows:—

Preamble.

Negotiators.

Vol. viii. p. 524.

The United States of America and His Majesty the King of the Netherlands, being desirous of placing the commerce of the two countries on a footing of greater mutual equality, have appointed as their plenipotentiaries for that purpose: that is to say: the President of the United States of America, Daniel Webster, Secretary of State of the United States, and His Majesty the King of the Netherlands, François Mathieu Wenceslas Baron Testa, Commander of the Royal Grand Ducal Order of the Crown of Oak of Luxembourg, Knight of the Royal Order of the Lion of the Netherlands, and of the Grand Ducal Order of the White Falcon, third class; Counsellor of Legation, and His Majesty's Chargé d'Affaires to the Government of the United States of America; who, after having communicated to each other their respective powers, found in good and due form, have agreed that, for and in lieu of the first and second articles of the treaty of commerce and navigation, signed at Washington on the 19th of January, 1839, between the high contracting parties, the following articles shall be substituted:

De Vereenigde Staten van Amerika en Zijne Majesteit de Koning der Nederlanden, den handel, tusschen de beide landen wenschende, te brengen op eenen voet van grootere wederkeerige gelykheid, hebben daartoe tot hunne Gevolmagtigden benoemd, te weten: de President der Vereenigde Staten van Amerika, Daniel Webster, Secretaris van Staat der Vereenigde Staten; en Zijne Majesteit de Koning der Nederlanden, Francois Mathieu Wenceslas Baron Testa, Kommandeur der Orde van de Eikenkroon van Luxemburg, Ridder der Orde van den Nederlandschen Leeuw, Ridder der groot Kertogelyke Orde van den Witten Valk, 3d klasse, Raad van Legatie en Hoogstdeszelfs Zaakgelastigde by de Regering der Vereenigde Staten van Amerika; dewelke, na elkander hunne in goeden en behoorlyken vorm bevondene wederzydsche volmagten te hebben medegedeeld, zyn overeengekomen dat, voor en ter vervanging van het eerste en tweede artikel van het handels-en scheepvaartverdrag, den 19 January, 1839, te Washington, tusschen de hooge contracterende partyen geteekend, de volgende artikelen zullen worden in de plaats gesteld:

### ARTICLE I.

Provisions respecting duties.

Goods and merchandise, whatever their origin may be, imported into or exported from the ports of the United States, from and to any other country, in vessels of the Netherlands, shall pay no higher or other duties than shall be levied on the

### ARTIKEL I.

Goederen en koopwaren, overschillig welke derzelver herkomst zy, met Nederlandsche schepen wordende in of nit gevoerd, in of de havens der Vereenigde Staten, van en naar elk ander land, zullen geene hoogere noch andere regten betalen,