# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold,<br><br>   Plaintiffs,<br><br>v.<br><br>United States of America, *et al.*,<br><br>   Defendants. | CIVIL NO. 2:21-cv-00050-SPL<br><br>**[PROPOSED] ORDER** |

  This matter comes before the Court on Defendants' Unopposed Nunc Pro Tunc Motion for Leave to File an Overlength Brief. The Court having considered the Motion, grants the Motion. Defendants Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction, ECF No. 18, is accepted as filed.