IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Apache Stronghold,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>United States of America, et al.,<br><br>　　　　　Defendants. | No.  CV-21-00050-PHX-SPL<br><br>**ORDER** |

　　　　Before the Court is the parties' Joint Motion for Virtual Hearing & Amendment of Order of January 21, 2021 (Doc. 22). Having considered the Motion, and good cause appearing,

　　　　**IT IS ORDERED** that the parties' Joint Motion (Doc. 22) is **granted**.

　　　　**IT IS FURTHER ORDERED** that Plaintiff shall have until **January 29, 2021** to file an Amended Reply, which shall not exceed twenty-four (24) pages in length.

　　　　**IT IS FURTHER ORDERED vacating** the Preliminary Injunction hearing set for January 27, 2021 and **resetting** it for **February 3, 2021 at 9:00 a.m.**  The hearing shall be held in person in the Sandra Day O'Connor United States Courthouse, located at 401 West Washington Street, Phoenix, Arizona 85003, 5th Floor, Courtroom 505. In-person access shall remain restricted to those participating in the hearing.

　　　　**IT IS FURTHER ORDERED** that Defendants shall be permitted to appear telephonically. Defendants shall email Logan_Chambers@azd.uscourts.gov by **February 1, 2021** to obtain the call-in information.

**IT IS FURTHER ORDERED** that the joint pre-hearing statement,[1] proposed findings of fact and conclusions of law, proposed form of preliminary injunction, and joint notice to court reporter (Doc. 17) shall be due by **January 29, 2021 at 12:00 p.m.** The parties shall further coordinate the delivery of exhibits in the manner prescribed in Attachment A to the Court's January 21, 2021 Order (Doc. 17) no later than **January 29, 2021**.

Dated this 25th day of January, 2021.

Honorable Steven P. Logan
United States District Judge

---

[1] The parties filed a Joint Pre-Hearing Statement on January 25, 2021 (Doc. 24). The Statement, however, does not include all the information required by the Court's January 21, 2021 Order (Doc. 17). For example, the Statement fails to specifically indicate whether all four named witnesses will also be appearing in person, or if any are requesting a video or telephonic appearance. Although the Court recognizes the short response times in filing the required documentation, the information requested is essential to ensuring all parties are able to properly participate. Accordingly, the parties shall ensure that all documents filed shall comply with this Court's Orders.