# TRANSCRIPT ORDER

**AO 435**
AZ Form (Rev. 10/2018)

Administrative Office of the United States Courts

**FOR COURT USE ONLY**
DUE DATE:

| Field | Value |
|---|---|
| 1. NAME | Christopher D. Thomas |
| 2. PHONE NUMBER | 602.351.8000 |
| 3. DATE | 01/26/2021 |
| 4. FIRM NAME | Perkins Coie LLP |
| 5. MAILING ADDRESS | 2901 N. Central Avenue |
| 6. CITY | Phoenix |
| 7. STATE | AZ |
| 8. ZIP CODE | 85012 |
| 9. CASE NUMBER | CV-21-00050-PHX-SPL |
| 10. JUDGE | Steven P. Logan |
| 11. DATES OF PROCEEDINGS | 02/03/2021 |
| 12. | |
| 13. CASE NAME | Apache Stronghold v. United States of America |
| 14. LOCATION OF PROCEEDINGS | Phoenix |
| 15. STATE | AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Preliminary Injunction | 02/03/2021 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS (expedited) | ☐ | ☐ | |
| 3 DAYS | ☐ | ☐ | |
| DAILY | ☒ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

**DELIVERY INSTRUCTIONS** (Check all that apply.)
- [ ] PAPER COPY
- [x] PDF (e-mail)
- [ ] ASCII (e-mail)

ESTIMATED COSTS

E-MAIL ADDRESS: cthomas@perkinscoie.com; jroe@perkinscoie.com

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE: s/ Christopher D. Thomas

20. DATE: 01/26/2021

| TRANSCRIPT TO BE PREPARED BY | | | | ESTIMATE TOTAL | |
|---|---|---|---|---|---|
| ORDER RECEIVED | | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY