JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources
Division

TYLER M. ALEXANDER
(CA Bar No. 313188)
REUBEN S. SCHIFMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
Alexander: (202) 598-3314
Schifman: (202) 305-4224
tyler.alexander@usdoj.gov
reuben.schifman@usdoj.gov

*Attorneys for Defendants*

MICHAEL V. NIXON
Pro Hac Vice (OR Bar # 893240)
101 SW Madison Street #9325
Portland OR 97207
Telephone: 503.522.4257
Email: michaelvnixon@yahoo.com

CLIFFORD LEVENSON
(AZ Bar # 014523)
5119 North 19th Avenue, Suite K
Phoenix, AZ 85015
Telephone: 602.258.8989
Fax: 602.544.1900
Email: cliff449@hotmail.com

*Attorneys for Apache Stronghold*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold,<br><br>      Plaintiffs,<br><br>v.<br><br>United States of America, *et al.,*<br><br>      Defendants. | CIVIL NO. 2:21-cv-00050-SPL<br><br>**JOINT PRE-HEARING STATEMENT** |

1    In accordance with this Court's January 21, 2021 order, ECF No. 17, the Parties

2    submit this Joint Pre-Hearing Statement:

3    **A.  Counsel For Parties**

4    Plaintiff:

5    MICHAEL V. NIXON, *pro hac vice*
     101 SW Madison Street #9325
6    Portland OR 97207
7    Telephone: 503.522.4257
     Email: michaelvnixon@yahoo.com
8

9    CLIFFORD LEVENSON
10   5119 North 19th Avenue, Suite K
     Phoenix, AZ 85015
11   Telephone: 602.258.8989
     Fax: 602.544.1900
12

13   Defendants:

14   TYLER M. ALEXANDER
     REUBEN S. SCHIFMAN
15   Trial Attorneys
16   United States Department of Justice
     Environment and Natural Resources Division
17   Natural Resources Section
18   150 M St. NE, Third Floor
     Washington, D.C. 20002
19   Alexander: (202) 598-3314
20   Schifman: (202) 305-4224
     tyler.alexander@usdoj.gov
21   reuben.schifman@usdoj.gov

22
     **B.  Statement of Jurisdiction**
23

24   Per the Complaint – 28 U.S.C. § 1331 (Federal Question), and 28 U.S.C. § 1361, 28

25   U.S.C. §§ 2201(a) and 2202, and in equity.  Defendants dispute that the Court has

     jurisdiction over several of Plaintiff's claims.  *See* Defs.' Opp'n to Pl.'s Mot. for PI, ECF
26

27   No. 18, 4-8.

28

1

**C.  List of Witnesses**

Plaintiff:

1. John R. Welch, Ph.D. – Expert witness who will appear live in the courtroom.

Professor of Archaeology & Professor of Resource and Environmental Management

Director of the Online Professional Program in Heritage Resource Management

Simon Fraser University, 8888 University Dr, Burnaby, BC V5A 1S6, Canada


2. Naelyn Pike – Fact witness who will appear live in the courtroom.

Apache Stronghold, PO Box 766, San Carlos, AZ 85550.


3. Wendsler Nosie, Sr., Ph.D. – Expert and fact witness who will appear live in the courtroom.

Apache Stronghold, PO Box 766, San Carlos, AZ 85550.


Defendants: Defendants will not call any witnesses.

**D.  List of Exhibits**

1.  The following exhibits are admissible and may be marked into evidence by the Courtroom Deputy

  a.  Plaintiff's Exhibits:

      Exhibit 4, photographs for the declaration of Naelyn Pike.

      Exhibit 5, photographs from the declaration of Wendsler Nosie, Sr. Ph.D.

      Exhibit 6, images of subsidence crater from USFS/Resolution Final EIS Vol. 1.

      Exhibit 6A, Image of the Barrenger Arizona Meteor Crater (for comparative scale reference).

  b.  Defendants' Exhibits:

      Exhibit 7, July 1, 1852 Treaty with the Apaches.

2

Exhibit 8, June 27, 1969 Findings of Fact by the Indian Claims Commission.

Exhibit 9, September 12, 1972 Findings of Fact by the Indian Claims Commission.

2.  As to the following exhibits, the party against whom the exhibit is to be offered objects to the admission of the exhibit and offers the objection stated below:

   a.  Plaintiff's Exhibits:

   Exhibit 1, Map 1 from the declaration of John R. Welch, Ph.D.

   Objections: Defendants object under Rule 401 because this map is not relevant to Plaintiff's claims, under Rule 901 for a lack of foundation because the Declaration does not state how this map was produced, and under Rule 702 because the Declaration does not provide sufficient information to determine whether the methodology employed in the production of this map was reliable.

   Exhibit 2, Map 2 from the declaration of John R. Welch, Ph.D.

   Objections: Defendants object under Rule 401 because this map is not relevant to Plaintiff's claims, under Rule 901 for a lack of foundation because the Declaration does not state how this map was produced, and under Rule 702 because the Declaration does not provide sufficient information to determine whether the methodology employed in the production of this map was reliable.

   Exhibit 3, Detail (enlarged) of Map 2.

   Objections: Defendants object under Rule 401 because this map is not relevant to Plaintiff's claims, under Rule 901 for a lack of foundation because the Declaration does not state how this map was produced, and under Rule 702 because the Declaration does not provide sufficient information to determine whether the methodology employed in the production of this map was reliable.

**E.  List of Depositions to be Offered**

No depositions have yet been taken in this matter.

**F.  Estimated Length of Hearing**

Plaintiff's Case: Three (3) hours total, including oral argument by both sides.

1

2   Defendants' Case: Defendants will not call any witnesses and believe argument of twenty

3   minutes per side would be appropriate to answer the Court's questions, if any.

4

5        Submitted this 29th day of January, 2020,

6                                JEAN E. WILLIAMS
                                 Deputy Assistant Attorney General
7                                U.S. Department of Justice
                                 Environment & Natural Resources Division
8

9                                */s/ Tyler M. Alexander*
                                 TYLER M. ALEXANDER
10                               REUBEN S. SCHIFMAN
11                               Trial Attorneys
                                 Natural Resources Section
12                               150 M St. NE, Third Floor
                                 Washington, D.C. 20002
13                               Alexander: (202) 598-3314
                                 Schifman: (202) 305-4224
14
                                 tyler.alexander@usdoj.gov
15                               reuben.schifman@usdoj.gov
16

17                               */s/ Michael V. Nixon* (permission via email)
18                               Michael V. Nixon, *pro hac vice*
19                               (OR Bar # 893240)
                                 101 SW Madison Street #9325
20                               Portland OR 97207
21                               Telephone: 503.522.4257
                                 Email: michaelvnixon@yahoo.com
22
                                 Clifford Levenson (AZ Bar # 014523)
23                               5119 North 19th Avenue, Suite K
24                               Phoenix, AZ 85015
                                 Telephone: 602.258.8989
25                               Fax: 602.544.1900
                                 Email: cliff449@hotmail.com
26

27
                                 *Attorneys for Apache Stronghold*
28

4