JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources
Division

TYLER M. ALEXANDER
(CA Bar No. 313188)
REUBEN S. SCHIFMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
Alexander: (202) 598-3314
Schifman: (202) 305-4224
tyler.alexander@usdoj.gov
reuben.schifman@usdoj.gov

*Attorneys for Defendants*

MICHAEL V. NIXON
Pro Hac Vice (OR Bar # 893240)
101 SW Madison Street #9325
Portland OR 97207
Telephone: 503.522.4257
Email: michaelvnixon@yahoo.com

CLIFFORD LEVENSON
(AZ Bar # 014523)
5119 North 19th Avenue, Suite K
Phoenix, AZ 85015
Telephone: 602.258.8989
Fax: 602.544.1900
Email: cliff449@hotmail.com

*Attorneys for Apache Stronghold*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold,<br><br>        Plaintiffs,<br><br>v.<br><br>United States of America, *et al.,*<br><br>        Defendants. | CIVIL NO. 2:21-cv-00050-SPL<br><br>**JOINT NOTICE TO COURT REPORTER** |

In accordance with this Court's January 21, 2021 order, ECF No. 17, the Parties submit this Joint Notice to Court Reporter. This notice is submitted late by Plaintiff's counsel with prior notice to Defendants' counsel per conference via email on January 29, 2021. Defendants' counsel had completed defendants' portion of this notice well in advance of the court-ordered deadline on Friday, January 29, 2021.

**A. <u>Hearing Terms and Names</u>**

1. Proper names, including those of witnesses

   Michael V. Nixon, Counsel for Plaintiff

   Clifford Levenson, Counsel for Plaintiff

   Reuben S. Schifman, Counsel for Defendants

   Tyler M. Alexander, Counsel for Defendants

   Naelyn Pike, Witness for Plaintiff

   John R. Welch, Ph.D., Witness for Plaintiff

   Wendsler Nosie, Sr., Ph.D., Witness for Plaintiff

   Stiniye clan of the Bedonkohe band of Apaches (Dr. Nosie's heritage)

   Pinal Apaches

   Cranston Hoffman, Sr., Declarant for Plaintiff in Support of Motion for Injunction

   Mangas Coloradas

   Cochise

   Geronimo

   Chief Nosie

   Chiracahuas

   G'an or Gaahn, and G'an Dancers

   Usen (pronounced "u-sen" – with the 'u' pronounced like the 'u' in 'flute')(aka

   The Creator, or God the Father)

   Mescaleros

   Yavapai

   Maricopa or Piipaash (pronounced "Pee-pawsh")

1

1    Gila River Indian Community

2    Salt River Pima

3    United States Department of Agriculture (USDA), Forest Service

4    2.  Acronyms

5    Final Environmental Impact Statement (FEIS)

6    Draft Environmental Impact Statement (DEIS)

7    Religious Freedom Restoration Act (RFRA)

8    Administrative Procedure Act (APA)

9    National Environmental Policy Act (NEPA)

10   National Defense Authorization Act of 2015 (NDAA)

11   Indian Claims Commission (ICC)

12   Bureau of Indian Affairs (BIA)

13   National Historic Preservation Act (NHPA)

14   United States Department of Agriculture (USDA)

15   3.  Geographic locations

16   Tonto National Forest

17   Oak Flat

18   Chí'chil Biłdagoteel (pronunciation: "Chi-chill-bil-dah-go-tell")

19   Chí'chil Biłdagoteel National Historic District (aka "Oak Flat")

20   Apache Leap

21   Arizona

22   Santa Fe, New Mexico

23   San Carlos Apache Tribe & Reservation

24   White Mountain Apache Tribe & Reservation

25   Fort Apache

26   Whiteriver

27   Pinal Mountains

28   Yavapai Apache Nation & Reservation

Tonto Apache Tribe & Reservation

Ft. McDowell Apache Tribe & Reservation

Superior, Arizona

Globe, Arizona

4. Technical Terms

Traditional Cultural Property (TCP)

Holy Grounds

Sunrise Ceremony or Sunrise Dance

5. Case Names and Citations

Plaintiff's authorities:

*Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127 (9th Cir. 2011)

*Brotherhood of Railroad Trainmen v. Virginia*, 377 U.S. 1 (1964)

*Burwell v. Hobby Lobby Stores, Inc.*. 573 U.S. 682, 134 S. Ct. 2751 (2014)

*California v. U.S. Department of Health & Human Services*, 941 F.3d 410 (9th Cir. 2019), *judgment vacated and remanded sub nom. Little Sisters of the Poor Jeanne Jugan Residence v. Calif., for further consideration in light of Little Sisters of the Poor Saints Peter and Paul Home v. Pennsylvania*, 591 U.S. _____, 140 S.Ct. 2367, 207 L.Ed.2d 819 (2020)

*City of Boerne v. Flores,* 521 U.S. 507 (1997)

*Comanche Nation v. United States*, No. CIV-08-849, 2008 WL 4426621 (W.D. Okla. Sept. 23, 2008)

*Employment Div. Dep't of Human Resources v. Smith*, 494 U.S. 872 (1990).

*Guam v. Guerrero*, 290 F.3d 1210 (9th Cir. 2002)

*Hall v. American Nat. Red Cross*, 86 F.3d 919 (9th Cir. 1996), *cert. denied*, 519 U.S. 1010 (1996)

*Havasupai Tribe v. U.S.*, 752 F.Supp. 1471 (D. Ariz. 1990), *affirmed sub. nom., Havasupai Tribe v. Robertson*, 943 F.3d 32 (9th Cir. 1991)

*International Church of Foursquare Gospel v. City of San Leandro*, 873 F.3d 1059 (9th Cir. 2011)

*Joint Anti-Fascist Refugee Committee v. McGrath*, 341 U.S. 123 (1951)

*Kikumura v. Hurley*, 242 F.3d 950, 963 (2001)

*Lands Council v. McNair*, 494 F.3d 771 (9th Cir. 2007), *vacated on rehearing en banc on other grounds*, 537 F.3d 981 (9th Cir. 2008)

*Little Sisters of the Poor Saints Peter and Paul Home v. Pennsylvania*, ___ U.S. ____, 140 S.Ct. 2367 (2020).

*Lyng v. Northwest Indian Cemetery Protective Ass'n*, 485 U.S. 439 (1988)

*McGirt v. Oklahoma*, ___ U.S. ____, 140 S. Ct. 2452 (2020)

*Mockaitis v. Harcleroad*, 104 F.3d 1522 (9th Cir. 1997)

*Muckleshoot Indian Tribe v. U.S. Forest Service*, 177 F.3d 800, 815 (9th Cir. 1999)

*NAACP v. Alabama ex rel Patterson*, 357 U.S. 449 (1958)

*NAACP v. Button*, 371 U.S. 415 (1963)

*Navajo Nation v. U.S. Forest Serv.*, 479 F.3d 1024 (9th Cir. 2007)

*Navajo Nation v. U.S. Forest Serv.*, 535 F.3d 1058 (9th Cir. 2008)

*Pennsylvania v. President U.S.*, 930 F.3d 543, 572 (3rd Cir. 2019), *reversed on other grounds*, *Little Sisters of the Poor Saints Peter and Paul Home v. Pennsylvania*, ___ U.S. ____, 140 S.Ct. 2367 (2020).

*Pueblo Jemez v. United States*, 790 F.3d 1143 (10th Cir. 2015)

*Shannon v. U.S.*, 512 U.S. 573, 583 (1994)

*Sherbert v. Verner,* 374 U.S. 398 (1963)

*Thomas v. Review Board of the Indiana Empl. Security Div.*, 450 U.S. 707 (1981)

*United Mine Workers v. Illinois State Bar Ass'n*, 389 U.S. 217 (1967)

*United Transportation Union v. State Bar of Michigan*, 401 U.S. 576 (1971).

*United States v. Hoffman*, 436 F.Supp.3d 1272 (D.Ariz. 2020)

*United States v. Santa Fe Pac. R. Co.,* 314 U.S. 339, 345-347 (1941)

*United States v. White Mountain Apache Tribe*, 537 U.S. 465 (2003)

*Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7 (2008)

*Wisconsin v. Yoder,* 406 U.S. 205 (1972)

Defendants' authorities:

*All. for the Wild Rockies v. Cottrell*, 632 F.3d 1127 (9th Cir. 2011)

*Am. Mfrs. Mut. Ins. Co. v. Sullivan*, 526 U.S. 40 (1999)

*Am. Motorcyclist Ass'n v. Watt*, 714 F.2d 962 (9th Cir. 1983)

*Am. Trucking Associations, Inc. v. City of Los Angeles*, 559 F.3d 1046 (9th Cir. 2009)

*Amoco Prod. Co. v. Vill. of Gambell*, 480 U.S. 531 (1987)

*Arbaugh v. Y & H Corp.*, 546 U.S. 500 (2006)

*Bd. of Regents of State Colleges v. Roth*, 408 U.S. 564 (1972)

*Borough of Duryea, Pa. v. Guarnieri*, 564 U.S. 379 (2011)

*Bowen v. Doyle,* 880 F. Supp. 99 (W.D.N.Y. 1995)

*Boyd v. Etchebehere*, No. 17-16750, 2018 WL 3569027 (9th Cir. July 25, 2018)

*Burwell v. Hobby Lobby Stores, Inc.*. 134 S. Ct. 2751 (2014)

*Callahan v. Woods*, 736 F.2d 1269 (9th Cir. 1984)

*Camp v. U.S. BLM,* 183 F.3d 1141 (9th Cir. 1999)

*Canatella v. Stovitz*, 365 F. Supp. 2d 1064 (N.D. Cal. 2005)

*Castro Rivera v. Fagundo*, 310 F. Supp. 2d 428 (D.P.R. 2004)

*Church of Lukumi Babalu Aye, Inc. v. City of Hialeah (Lukumi)*, 508 U.S. 520 (1993)

*City of Boerne v. Flores,* 521 U.S. 507 (1997)

*Clapper v. Amnesty Int'l USA*, 568 U.S. 398 (2013)

*Dusenbery v. United States,* 534 U.S. 161 (2002)

*Emp't Div., Dep't of Human Res. of Or. v. Smith*, 485 U.S. 660 (1988)

*Employment Division v. Smith.*, 494 U.S. 872 (1990)

*Everson v. Bd. of Educ.*, 330 U.S. 1 (1947)

*Fernandez v. Mukasey*, 520 F.3d 965 (9th Cir. 2008)

*Fox Television Stations, Inc. v. BarryDriller Content Sys., PLC*, 915 F. Supp. 2d 1138 (C.D. Cal. 2012)

*Garcia v. Google, Inc.*, 786 F.3d 733 (9th Cir. 2015)

*Givens v. Newsom*, 459 F. Supp. 3d 1302

*Gladstone Realtors v. Vill. of Bellwood*, 441 U.S. 91 (1979)

*Golden Hill Paugussett Tribe of Indians v. Weicker,* 39 F.3d 51 (2d Cir. 1994)

*Gros Ventre Tribe v. United States*, 469 F.3d 801 (9th Cir. 2006)

*Guam v. Guerrero*, 290 F.3d 1210 (9th Cir. 2002)

*Gunn v. Minton*, 568 U.S. 251 (2013)

*Hackford v. Babbitt*, 14 F.3d 1457 (10th Cir. 1994)

*Hall v. United States Dep't of Agric.*, No. 20-16232, 2020 WL 7777888 (9th Cir. Dec. 31, 2020)

*Heald v. D.C.,* 259 U.S. 114 (1922)

*Houchins v. KQED, Inc.*, 438 U.S. 1 (1978)

*Inter Tribal Council of Arizona, Inc. v. Babbitt*, 51 F.3d 199 (9th Cir. 1995)

*James v. Watt*, 716 F.2d 71 (1st Cir. 1983)

*Jones v. Flowers,* 547 U.S. 220 (2006)

*Jones v. Williams*, 791 F.3d 1023 (9th Cir. 2015)

*Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 114 S. Ct. 1673, 128 L.Ed.2d 391 (1994)

*La Cuna de Aztlan Sacred Sites Prot. Circle Advisory Comm. v. U.S. Dep't of the Interior ("La Cuna II"),* No. CV 11-00400 DMG, 2013 WL 4500572 at *10 (C.D. Cal. Aug. 16, 2013)

*La Cuna de Aztlan Sacred Sites Prot. Circle Advisory Comm. v. U.S. Dep't of the Interior ("La Cuna III"),* No. 2:11-cv-00395-ODW, 2012 WL 2884992, *7 (C.D. Cal. July 13, 2012)

*Lands Council v. McNair*, 537 F.3d 981 (9th Cir. 2008)

*Lane v. Peña*, 518 U.S. 187 (1996)

*Lone Wolf v. Hitchcock*, 187 U.S. 553 (1903)

*Lujan v. Defs. of Wildlife*, 504 U.S. 555 (1992)

*Lyng v. Northwest Indian Cemetery Protective Ass'n*, 485 U.S. 439 (1988)

*Marceau v. Blackfeet Hous. Auth.,* 455 F.3d 974 (9th Cir. 2006)

*Masterpiece Cakeshop, Ltd. v. Colo. Civil Rights Comm'n*, 138 S. Ct. 1719 (2018)

*Mathews v. Eldridge*, 424 U.S. 319 (1976)

*McDonald v. Smith*, 472 U.S. 479, (1985)

*McGirt v. Oklahoma*, 140 S. Ct. 2452 (2020)

*Minnesota State Bd. for Cmty. Colleges v. Knight*, 465 U.S. 271 (1984)

*Monsanto Co. v. Geertson Seed Farms*, 561 U.S. 139 (2010)

*Morongo Band of Mission Indians v. FAA*, 161 F.3d 569 (9th Cir. 1998)

*Morton v. Mancari,* 417 U.S. 535 (1974)

*Mullane v.Cent. Hanover Bank & Tr. Co.,* 339 U.S. 306, (1950)

*Munaf v. Geren*, 553 U.S. 674 (2008)

*Navajo Nation v. U.S. Forest Serv.*, 535 F.3d 1058 (9th Cir. 2008)

*Navajo Nation v. United States Dep't of the Interior*, No. CV-03-00507-PCT-
    GMS, 2019 WL 3997370 (D. Ariz. Aug. 23, 2019)

*Nken v. Holder*, 556 U.S. 418 (2009)

*O'Bannon v. Town Court Nursing Ctr.*, 447 U.S. 773 (1980)

*Oakland Tribune, Inc. v. Chronicle Pub. Co.*, 762 F.2d 1374 (9th Cir. 1985)

*Oklevueha Native Am. Church of Haw., Inc. v. Holder*, 676 F.3d 829 (9th Cir.
    2012)

*Powers v. Sec'y, Fla. Dep't of Corr.*, 691 F. App'x 581 (11th Cir. 2017)

*Prairie Band of Potawatomi Indians v. Pierce.*, 253 F.3d 1234 (10th Cir. 2001)

*Raines v. Byrd*, 521 U.S. 811 (1997)

*Robinson v. Salazar*, 838 F. Supp. 2d 1006 (E.D. Cal. 2012)

*Ruiz–Diaz v. United States*, 703 F.3d 483 (9th Cir. 2012)

*San Jose Christian Coll. v. City of Morgan Hill*, 360 F.3d 1024 (9th Cir. 2004)

*Seneca Constitutional Rights Org. v. George*, 348 F. Supp. 51 (W.D. N.Y. 1972)

*Seneca-Cayuga Tribe of Oklahoma v. Oklahoma,* 874 F.2d 709 (10th Cir. 1989)

*Sherbert v. Verner,* 374 U.S. 398 (1963)

*Sierra Forest Legacy v. Rey*, 577 F.3d 1015 (9th Cir. 2009)

7

*Singh v. Carter*, 185 F. Supp. 3d 11 (D.D.C. 2016)

*Singleton v. Wulff,* 428 U.S. 106 (1976)

*Smith v. Ark. State Highway Emps., Local, 1315*, 441 U.S. 463 (1979)

*Snoqualmie Indian Tribe v. FERC*, 545 F.3d 1207 (9th Cir. 2008)

*Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016)

*Stevens Cty. v. U.S. Dep't of Interior*, 507 F. Supp. 2d 1127 (E.D. Wash. 2007)

*Stidhem v. Schwartz*, No. 2:15-CV-00379-TC, 2017 WL 6887139 (D. Or. Oct. 23, 2017)

*Summers v. Earth Island Inst.,* 555 U.S. 488 (2009)

*Tenacre Found. v. I.N.S.*, 892 F. Supp. 289 (D.D.C. 1995)

*Thomas v. Gay*, 169 U.S. 264 (1898)

*Twin Rivers Paper Co. LLC v. SEC*, 934 F.3d 607 (D.C. Cir. 2019)

*U.S. ex rel. Chunie v. Ringrose,* 788 F.2d 638 (9th Cir. 1986)

*Uintah Ute Indians v. United States,* 28 Fed. Cl. 768 (1993)

*United States v. California,* 436 U.S. 32 (1978)

*United States v. Lara*, 541 U.S. 193 (2004)

*United States v. Mitchell*, 463 U.S. 206 (1983)

*United States v. Navajo Nation*, 537 U.S. 488 (2003)

*United States v. Nordic Vill., Inc.,* 503 U.S. 30 (1992)

*United States v. Oakland Cannabis Buyers' Co-op.*, 532 U.S. 483 (2001)

*United States v. Sherwood*, 312 U.S. 584 (1941)

*United States v. White Mountain Apache Tribe*, 537 U.S. 465 (2003)

*Valley Forge Christian Coll. v. Ams. United for Separation of Church & State*, 454 U.S. 464 (1982)

*Warth v. Seldin,* 422 U.S. 490 (1975)

*Washington v. Washington State Commercial Passenger Fishing Vessel Ass'n*, 443 U.S. 658 (1979)

*Wayte v. United States,* 470 U.S. 598 (1985)

*Williams v. Mukasey*, 531 F.3d 1040 (9th Cir. 2008)

1    *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7 (2008)

2    *Wisconsin v. Yoder,* 406 U.S. 205 (1972)

3    *WMX Techs., Inc. v. Miller*, 197 F.3d 367 (9th Cir. 1999)

4    6.   Pronunciation of unusual or difficult words or names

5    Chí'chil Biłdagoteel (pronunciation: "Chi-chill-bil-dah-go-tell")

6    Usen (pronounced "u-sen" – with the 'u' pronounced like the 'u' in 'flute')(aka

7    The Creator, or God the Father)

8    Piipaash (pronounced "Pee-pawsh")

9

10    **B.** **Feed and Transcript:**

11    Plaintiff may order a transcript of the hearing.

12    Defendants may order a transcript of the hearing.

13    **C.** **Depositions:**

14    No depositions have yet been taken in this matter.

15

16    Respectfully submitted,

17

18    February 1, 2021

19    JEAN E. WILLIAMS
      Deputy Assistant Attorney General

20    U.S. Department of Justice

21    Environment & Natural Resources Division

22    */s/ Tyler M. Alexander*

23    TYLER M. ALEXANDER
      REUBEN S. SCHIFMAN

24    Trial Attorneys

25    Natural Resources Section
      150 M St. NE, Third Floor

26    Washington, D.C. 20002

27    Alexander: (202) 598-3314
      Schifman: (202) 305-4224

28    tyler.alexander@usdoj.gov

reuben.schifman@usdoj.gov


    ___/s/ Michael V. Nixon_____
Michael V. Nixon, *pro hac vice*
(OR Bar # 893240)
101 SW Madison Street #9325
Portland OR 97207
Telephone: 503.522.4257
Email: michaelvnixon@yahoo.com


_____
Clifford Levenson (AZ Bar # 014523)
5119 North 19th Avenue, Suite K
Phoenix, AZ 85015
Telephone: 602.258.8989
Fax: 602.544.1900
Email: cliff449@hotmail.com

*Attorneys for Apache Stronghold*