IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Apache Stronghold, <br><br> Plaintiff, <br> vs. <br><br> United States of America, et al., <br><br> Defendants. | No.  CV-21-00050-PHX-SPL <br><br> **ORDER** |

Having reviewed Ramon Riley, The Morningstar Institute, and the MICA Group's Motion for Leave to File Amicus Brief (Doc. 54),

**IT IS ORDERED** that the Motion for Leave to File Amicus Brief (Doc. 54) is **granted**. Ramon Riley, The Morningstar Institute, and the MICA Group shall file their proposed Amicus Brief separately on the record no later than **5:00 p.m. today, February 11, 2021**.

Dated this 11th day of February, 2021.

Honorable Steven P. Logan
United States District Judge