Clifford Levenson (AZ Bar # 014523)
5119 North 19th Avenue, Suite K
Phoenix, AZ 85015
Telephone: 602.258.8989
Fax: 602.544.1900
Email: cliff449@hotmail.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA
Phoenix Division

| | |
|---|---|
| Apache Stronghold,<br>　　a 501(c)(3) nonprofit organization,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>United States of America,<br><br>Sonny Perdue, Secretary, U.S. Department<br>　　of Agriculture (USDA),<br><br>Vicki Christensen, Chief, Forest Service,<br>　　USDA,<br><br>Neil Bosworth, Supervisor, Tonto National<br>　　Forest, USDA,<br><br>　　And<br><br>Tom Torres, Acting Supervisor, Tonto<br>　　National Forest, USDA,<br><br>　　　　　　　Defendants. | No. **CV-21-50-PHX-CDB**<br><br>**NOTICE OF LIS PENDENS** |

Please take notice that a civil action, captioned as above, has been instituted in the above

entitled Court, in which the relief sought affect title or interests in real property.

1. The names of the parties to the action are: Apache Stronghold; the United States of

America; Sonny Perdue, Secretary of the U. S. Department of Agriculture (USDA); Vicki

Christensen, Chief, Forest Service, USDA; Neil Bosworth, Supervisor, Tonto National

Forest, USDA; and Tom Torres, Acting Supervisor, Tonto National Forest, USDA.

2.   The object of the action is to determine property and religious interests in certain real

property located in Pinal County as more fully described below.

3.   The relief demanded in the action is a declaration that the parcel of land containing Chi'chil

Biłdagoteel ("Oak Flat") is Apache land with treaty and property rights reserved by and to the

Apaches in accordance with the terms of the 1852 Treaty of Sante Fe, and that the Defendant

United States of America does not own that land.

4.   The real property affected by the action is described as follows:  Exhibit A 1 is the General

Description of the Property Involved; and Exhibit A 2 is the General Map of the Property

Involved; totaling 2,422 acres.

5.   The real property affected by the action is further described as follows: Exhibit B 1 is the

Legal Description of the Property Involved; Exhibit B 1 is MAP 1408-H of the Property

Involved; Exhibit B 2 is MAP 1439-B of the Property Involved; and Exhibit B 3 is MAP 1446-B

of the Property Involved; totaling 2,422.11 acres.

Dated this 13th day of January 2021.

Clifford Levenson
Attorney for Plaintiff
5119 North 19th Avenue, Suite K
Phoenix, AZ 85015

2

# EXHIBIT A-1

EXHIBIT A -1

GENERAL MAP DESCRIPTION

SOURCE:

The attached map (Exhibit A-2) was secured on January 11, 2021, from the Tonto National Forest website URLs:

https://www.resolutionmineeis.us/

https://www.resolutionmineeis.us/documents/usfs-resolution-land-exchange-parcels-2016

"Maps of Land Exchange Parcels" Download PDF

Southeast Arizona Land Exchange and Conservation Act of 2011, FEDERAL PARCEL – OAK FLAT, TONTO NATIONAL FOREST, PHOENIX, ARIZONA, Page 6 of 12 [.pdf page 1];

Federal Parcel – Oak Flat Approximately 2,422 Acres

# EXHIBIT A-2



Federal Parcel - Oak Flat
Approximately 2,422 Acres

RCML Patented & Fee Land

Other Private Ownership (No Color)

Arizona State Trust Lands

U.S.A. Lands (Tonto National Forest)

ARIZONA

Phoenix ■ Parcel
Tucson ●

Oak Flat
Withdrawal
Area

Sec. 29
Sec. 28

Sec. 7

Scale
.5 Miles
N
W    E
S

Southeast Arizona Land Exchange and
Conservation Act of 2011
FEDERAL PARCEL - OAK FLAT
TONTO NATIONAL FOREST, PHOENIX, ARIZONA

County: PINAL

Location: T1S, R15E, Portion of Secs.
26, 29, 31, 32 & Sec. 33;
T2S, R12E, Portion of Sec. 1;
T2S, R11E, Sec. 6 and Portion of Sec. 7

Date: March 2011
Revised March 30, 2015

USGS 7.5' Quads: SUPERIOR &
PICKETPOST MOUNTAIN

Page 6 of 12

- Map Projection: UTM NAD27, Zone 12 North, Meters
- Surface Management Source: Bureau of Land Management 2012
- Location: U.S.D.A. Forest Service, Southwestern Region, Tonto National Forest, Phoenix, Arizona
- Copies of this map are on file in the office of the Regional Forester, Southwestern Region, Lands, Albuquerque, New Mexico
- Disclaimer: Pending legal description verification

# EXHIBIT B-1

Exhibit B-1

LEGAL DESCRIPTION:


Map 1408-H:

TOWNSHIP I SOUTH, RANGE 13 EAST, OF THE GILA AND SALT RIVER MERIDIAN, ARIZONA SHEET 1 OF 3, TRACT 48 1,631.37 Acres

Map 1439-B:

TOWNSHIP 2 SOUTH, RANGE 12 EAST, OF THE GILA AND SALT RIVER MERIDIAN, ARIZONA SHEET 1 OF 2, TRACT 37 385.90 Acres

Map 1446-B:

TOWNSHIP 2 SOUTH, RANGE 13 EAST, OF THE GILA AND SALT RIVER MERIDIAN, ARIZONA, All of Section 6 404.84 Acres




The source of this description comes from the maps themselves secured on January 11, 2021 from:

https://glorecords.blm.gov/

Surveys Plats and Field Notes

https://glorecords.blm.gov/search/default.aspx?searchTabIndex=0&searchByTypeIndex=1


Map 1408-H is attached to this Notice of Lis Pendens as Exhibit B-2


Map 1439-B is attached to this Notice of Lis Pendens as Exhibit B-3


Map 1446-HBis attached to this Notice of Lis Pendens as Exhibit B-4

# EXHIBIT B-2

Field Notes in Book 6096

Officially Filed
DATE : July 2, 2018

ORIGINAL

1408-H

# PARTIALLY SURVEYED
# TOWNSHIP 1 SOUTH, RANGE 13 EAST, OF THE GILA AND SALT RIVER MERIDIAN, ARIZONA

SHEET 1 OF 3

## DEPENDENT RESURVEY AND METES-AND-BOUNDS SURVEY

*SEE SHEET 2 FOR THE ENLARGEMENT OF SECTIONS 28 & 29*
*SEE SHEET 3 FOR THE ENLARGEMENT OF SECTIONS 31 & 32*

Resurveyed by Theodore VanderMeer in 1924
Surveyed by Alexander B. Titus in 1905
Sec. 30
Sec. 29
Sec. 28
Sec. 31
Sec. 32
Sec. 33
TRACT 48
1,631.37 Acres
Sec. 1 (Tract 37)
Sec. 6 (Tract 37)
Sec. 5
R. 12 E.
R. 13 E.
T. 2 S.
U.S. Highway No. 60
Lat. 33°19'17.069"N.
Long. 111°02'13.123"W.
NAD 83
Lat. 33°17'33.174"N.
Long.111°04'34.909"W.
NAD 83
True Meridian
Mean Magnetic Declination 10° E.
Chains

The history of surveys is contained in the field notes.

This survey represents the dependent resurvey of portions of the south and west boundaries, a portion of the subdivisional lines, and portions of certain patented mineral surveys in sections 29, 31, and 32, designed to restore the corners in their true original locations according to the available evidence, and the survey of a portion of the center line of the right-of-way of U.S. Highway No. 60, and a metes-and-bounds survey in section 31, Township 1 South, Range 13 East, Gila and Salt River Meridian, Arizona.

Except as indicated hereon, the lottings and areas are as shown on the plat approved March 12, 1906, the plat approved January 11, 1927 and accepted February 28, 1927, the supplemental plat approved May 22, 1972, and the plats of Mineral Survey No.s 4231, 4501, 4633, 4674, 4797, and 4898.

This survey was executed by Blas J. Urena, Cadastral Surveyor, beginning April 12, 2017 and completed August 15, 2017, pursuant to Special Instructions dated March 28, 2017, for Group No. 1168.

AREA OF FEDERAL INTEREST LAND RESURVEYED

| SECTION | LOCATION | ACREAGE |
|---|---|---|
| 28 | Unpatented areas S. of U.S. 60 center line | 290.22 |
| 29 | Unpatented areas S. of U.S. 60 center line | 103.06 |
| 31 | Unpatented areas | 104.90 |
| 32 | Unpatented areas | 513.67 |
| 33 | All | 646.08 |

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

Phoenix, Arizona June 28, 2018

This plat is strictly conformable to the approved field notes, and the survey, having been correctly executed in accordance with the requirements of law and the regulations of this Bureau, is hereby accepted.

For the Director

Chief Cadastral Surveyor of Arizona

# EXHIBIT B-3



TOWNSHIP 2 SOUTH, RANGE 12 EAST, OF THE GILA AND SALT RIVER MERIDIAN, ARIZONA

DEPENDENT RESURVEY AND METES-AND-BOUNDS SURVEY

Officially Filed
DATE : July 2, 2008

ORIGINAL

Filed Notes in Book 6098

1439-B

SHEET 1 OF 2

TRACT 37
398.90 Acres

# EXHIBIT B-4



**OFFICIAL RECORDS OF PINAL COUNTY RECORDER**
**Virginia Ross**

| DATE/TIME: | 01/13/2021 1401 |
| FEE: | $30.00 |
| PAGES: | 14 |
| FEE NUMBER: | 2021-004592 |

Clifford Levenson (AZ Bar # 014523)
5119 North 19th Avenue, Suite K
Phoenix, AZ 85015
Telephone: 602.258.8989
Fax: 602.544.1900
Email: cliff449@hotmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Phoenix Division

Apache Stronghold,
    a 501(c)(3) nonprofit organization,

                Plaintiff,

    v.

United States of America,

Sonny Perdue, Secretary, U.S. Department
    of Agriculture (USDA),

Vicki Christensen, Chief, Forest Service,
    USDA,

      Supervisor, Tonto National

No. **CV-21-50-PHX-CDB**

**NOTICE OF LIS PENDENS**