Michael V. Nixon, pro hac vice
(OR Bar #893240)
101 SW Madison Street #9325
Portland, OR 97207
Telephone: 503.522.4257
Email: michaelvnixon@yahoo.com

Clifford Levenson (AZ Bar #358287)
5119 North 19th Avenue
Suite K
Phoenix, AZ 85015
Telephone: 602.258.8989
Fax: 602.544.1900
Email: cliff449@hotmail.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### Phoenix Division

| | |
|---|---|
| Apache Stronghold,<br>　　a 501(c)(3) nonprofit organization,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>United States of America,<br><br>Sonny Perdue, Secretary, U.S. Department of<br>　　Agriculture (USDA),<br><br>Vicki Christensen, Chief, USDA Forest<br>　　Service,<br><br>Neil Bosworth, Supervisor, USDA Tonto National Forest,<br><br>and<br><br>Tom Torres, Acting Supervisor, USDA<br>　　Tonto National Forest,<br><br>　　　　　　Defendants. | No. 2:21-cv-00050-PHX-SPL<br><br>**NOTICE OF APPEAL**<br><br>**PRELIMINARY INJUNCTION APPEAL** |

Plaintiff Apache Stronghold appeals to the United States Court of Appeals for the Ninth Circuit from the February 12, 2021, Order of the United States District Court for the District of Arizona denying the Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF 57). A representation statement is attached.

Dated: February 18, 2021                    Respectfully submitted,

/s/ Michael V. Nixon
Michael V. Nixon, *pro hac vice*
(OR Bar #893240)
101 SW Madison Street #9325
Portland, OR 97207
Telephone: 503.522.4257
Email: michaelvnixon@yahoo.com

Clifford Levenson (AZ Bar #014523)
5119 North 19th Avenue, Suite K
Phoenix, AZ 85015
Telephone: 602.258.8989
Fax: 602.544.1900
Email: cliff449@hotmail.com