JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

ERIKA NORMAN (CA Bar No. 268425)
Trial Attorneys
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-0475
Erika.norman@usdoj.gov

*Attorney for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold,<br><br>            Plaintiffs,<br><br>v.<br><br>United States of America, *et al.,*<br><br>            Defendants. | CIVIL NO. 2:21-cv-00050-SPL<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Defendants hereby notice the appearance of Erika Norman, United States Department of Justice, as additional counsel of record for all Defendants in this case. Ms. Norman is authorized to appear before this Court as counsel for the United States under Local Rule 83.1(b)(1).

Service of all papers should be addressed as follows:

| Via U.S. Mail: | Via Express Courier: |
| --- | --- |
| Erika Norman<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington, DC 20044-7611 | Erika Norman<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>150 M Street NE<br>Room 2.900<br>Washington, DC 20002 |

Ms. Norman may be reached by telephone at (202) 305-0475 and by email at Erika.norman@usdoj.gov.

Submitted this 11th day of March, 2021,

    JEAN E. WILLIAMS
    Acting Assistant Attorney General
    U.S. Department of Justice
    Environment & Natural Resources Division

    */s/ Erika Norman*
    Erika Norman
    Trial Attorney
    Natural Resources Section
    150 M St. NE, Third Floor
    Washington, D.C. 20002
    (202) 305-0475
    Erika.norman@usdoj.gov

    *Attorney for Federal Defendants*