IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Apache Stronghold,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>United States of America, et al.,<br><br>　　　　　　Defendants. | No.  CV-21-00050-PHX-SPL<br><br>**ORDER** |

　　　　Pursuant to this Court's March 11, 2021 Order (Doc. 71), Defendants have until April 14, 2021 to file an answer or otherwise respond to Apache Stronghold's Complaint (Doc. 1). Before the Court is Defendants' Second Motion for Extension (Doc. 72) and Motion for Expedited Consideration (Doc. 73). Have considered the Notice,

　　　　**IT IS ORDERED** that Defendants' Request for Expedited Consideration (Doc. 73) is **granted**.

　　　　**IT IS FURTHER ORDERED** that Plaintiff shall have until **April 9, 2021** to file a Response to the Motion for Extension (Doc. 72); and

　　　　**IT IS FURTHER ORDERED** that Defendants shall have until **April 13, 2021** to file a Reply in support of its Motion for Extension (Doc. 72).

　　　　Dated this 8th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge