JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

TYLER M. ALEXANDER (CA 313188)
REUBEN S. SCHIFMAN
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-3314 (Alexander)
(202) 305-4224 (Schifman)
(202) 305-0475 (Norman)
Tyler.alexander@usdoj.gov
Reuben.Schifman@usdoj.gov
Erika.norman@usdoj.gov

*Attorneys for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold,<br><br>Plaintiff,<br><br>v.<br><br>United States of America, *et al.,*<br><br>Defendants. | CIVIL NO. 2:21-cv-00050-SPL<br><br>**UNOPPOSED MOTION FOR STAY OF PROCEEDINGS** |

Federal Defendants move for a stay of proceedings in this case pending the disposition of Apache Stronghold's interlocutory appeal to the United States Court of Appeals for the Ninth Circuit.

Plaintiff's Complaint, ECF No. 1, challenges the exchange of National Forest System lands on the Tonto National Forest, as well as the publication of a Final Environmental Impact Statement ("FEIS") and Draft Record of Decision ("DROD") for the exchange,[1] all required by Section 3003 of the Carl Levin and Howard P. 'Buck' McKeon National Defense Authorization Act for Fiscal Year 2015. Pub. L. 113-291 ("NDAA" or "Section 3003").  Plaintiff sought a preliminary injunction halting the exchange, ECF No. 7, and following briefing, an evidentiary hearing, and argument by counsel, this Court denied relief.  ECF No. 57.  Apache Stronghold has appealed that order, ECF No. 59, and briefing is underway, with the Government's brief due May 17th.

District Courts have broad discretion "to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants." *Filtrol Corp v. Kelleher*, 467 F.2d 242, 244 (9th Cir. 1972) (citation omitted).  This Court should exercise that discretion to stay this case pending a decision on Apache Stronghold's interlocutory appeal.  Absent that appeal, Federal Defendants would move to dismiss Apache Stronghold's Complaint for essentially the same reasons as those articulated in Federal Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction, ECF No. 18.  But there is no reason for duplicative briefing and argument in parallel with the Ninth Circuit's consideration of those same issues on appeal.  The Circuit Court's disposition will, one way or the other, inform proceedings in this Court.

No party will be prejudiced by a stay of proceedings.  The proposed Land Exchange will not occur until a future FEIS is published, which is at least several months away, because additional time is needed "to reinitiate consultation with Tribes and ensure

---

[1] On March 1, 2021, the Forest Service rescinded the challenged FEIS and DROD.

1

impacts have been fully analyzed." *San Carlos Apache Tribe v. United States Forest Serv.*, No. 21-68, ECF No. 36 at 1, 3; *Arizona Mining Reform Coalition v. United States Forest Serv.*, No. 21-122, ECF No. 26 at 2-3. Federal Defendants will provide at least 60 days' notice to Apache Stronghold's counsel, the Court, and the public before any future FEIS and DROD for the subject Land Exchange and Project is issued. Federal Defendants propose that, within ten days of issuance of such notice, the Parties will file a status report—jointly if feasible—advising the Court whether they believe a continuation of the stay is appropriate, and if applicable, a schedule for the filing of Apache Stronghold's amended or supplemental Complaint and for briefing of any motion for temporary restraining order or preliminary injunction. Federal Defendants will work in good faith with Apache Stronghold to develop a manageable schedule for briefing any motion for preliminary relief with the goal of providing the Court sufficient time to hold oral argument and rule on any such motion prior to the Forest Service's anticipated date of conveyance of the federal lands. Two other judges in this District have already stayed proceedings in *Arizona Mining Reform Coalition v. United States Forest Service* and in *San Carlos Apache Tribe v. United States Forest Service*, pending the Forest Service's publication of a future FEIS on terms similar to those proposed here. *See* Order, No. 21-122, ECF No. 35; Order, No. 21-68, ECF No. 47.

Federal Defendants therefore request that the Court enter the attached proposed order staying all proceedings in this case. Counsel for Federal Defendants conferred with counsel for Apache Stronghold, and Apache Stronghold does not oppose.

Submitted this 10th day of May, 2021,

JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Tyler M. Alexander*
TYLER M. ALEXANDER
REUBEN SCHIFMAN
ERIKA NORMAN

| | |
|---|---|
| 1 | Trial Attorneys |
| 2 | Natural Resources Section |
|   | 150 M St. NE, Third Floor |
| 3 | Washington, D.C. 20002 |
| 4 | (202) 598-3314 (Alexander) |
|   | (202) 305-4224 (Schifman) |
| 5 | (202) 305-0475 (Norman) |
| 6 | Tyler.alexander@usdoj.gov |
|   | Reuben.Schifman@usdoj.gov |
| 7 | Erika.norman@usdoj.gov |

*Attorneys for Federal Defendants*