IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Apache Stronghold,<br><br>             Plaintiff,<br>vs.<br><br>United States of America, et al.,<br><br>             Defendants. | No. CV-21-00050-PHX-SPL<br><br>**ORDER** |

Before the Court is Defendants' Unopposed Motion for Stay of Proceedings (Doc. 80). Defendants seek to stay this case pending the disposition of Apache Stronghold's interlocutory appeal of this Court's denial of its Motion for Preliminary Injunction (Docs. 7 & 57) to the Ninth Circuit. *See Apache Stronghold v. United States of America, et al.*, Case No. 21-15295 (9th Cir. appeal docketed Feb. 19, 2021). Apache Stronghold does not oppose the Motion. Having considered the Motion, and good cause appearing,

      **IT IS ORDERED** that Defendants' Unopposed Motion for Stay of Proceedings (Doc. 80) is **granted**.

      **IT IS FURTHER ORDERED** that this case is **stayed**.

///

///

///

///

**IT IS FURTHER ORDERED** that the Forest Service will provide 60 days' notice to Plaintiff's counsel and the public before any Notice of Availability of a future Final Environmental Impact Statement ("FEIS") and Draft Record of Decision ("DROD") is published in the Federal Register for the subject Land Exchange and Project. The Forest Service shall also file such notice with this Court.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report within **ten (10) days** of Defendants' providing the notice described above. Until that time, the parties shall file a joint status report every **thirty (30) days** updating the Court as to the status of this case.

Dated this 12th day of May, 2021.

Honorable Steven P. Logan
United States District Judge