TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

REUBEN S. SCHIFMAN
TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-4224 (Schifman)
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold,<br><br>          Plaintiff,<br>v.<br><br>United States of America, *et al.*,<br><br>          Defendants. | CIVIL NO. 2:21-cv-00050-SPL<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order (ECF No. 81), Plaintiff and Defendants provide this Joint Status Report. Since the last Joint Status Report, the Forest Service held a listening session with tribal governments on October 19th to inform the format and topics for government-to-government consultation, which will take place over the coming months. On October 22nd, the Ninth Circuit heard argument on Plaintiff's appeal of this Court's denial of preliminary relief. Plaintiff additionally informs the Court that, the following week, it was reported that the Apache Holy Ground at the Oak Flat Campground was vandalized.[1]

The Parties have no additional updates to share at this time.

The Parties will provide another Joint Status Report in 30 days.

Submitted this 12th day of November, 2021,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ Tyler M. Alexander
REUBEN SCHIFMAN
TYLER ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-4224 (Schifman)
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)

---

[1] "As copper mine fight continues, vandals strike sacred altar at Oak Flat," Debra Utacia Krol, Arizona Republic (October 30, 2021). https://www.azcentral.com/story/news/local/arizona/2021/10/30/worship-site-oak-flat-vandalized-amid-copper-mine-fight/6185793001/ (accessed Nov. 12, 2021).

1

Reuben.Schifman@usdoj.gov
Tyler.alexander@usdoj.gov
Erika.norman@usdoj.gov

*Attorneys for Federal Defendants*

 /s/ *Michael v. Nixon (permission via email)*
Michael V. Nixon, pro hac vice
(OR Bar # 893240)
101 SW Madison Street #9325
Portland OR 97207
Telephone: 503.522.4257
Email: michaelvnixon@yahoo.com


Clifford Levenson (AZ Bar # 014523)
5119 North 19th Avenue, Suite K
Phoenix, AZ 85015
Telephone: 602.258.8989
Fax: 602.544.1900
Email: cliff449@hotmail.com

*Attorneys for Plaintiff*

2