TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

REUBEN S. SCHIFMAN
TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-4224 (Schifman)
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold, | CIVIL NO. 2:21-cv-00050-SPL |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| United States of America, *et al.,* | |
| Defendants. | |

Pursuant to this Court's Order (ECF No. 81), Plaintiff and Defendants provide this Joint Status Report. Since the last Joint Status Report of December 13, 2021, the Forest Service has scheduled consultation meetings with four Tribes next week and in February.

The Parties will provide another Joint Status Report in 30 days.

Submitted this 11th day of January, 2022,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Erika Norman*
REUBEN SCHIFMAN
TYLER ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-4224 (Schifman)
 (202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Tyler.alexander@usdoj.gov
Erika.norman@usdoj.gov

*Attorneys for Federal Defendants*

 */s/ Michael V. Nixon, with permission*
Michael V. Nixon, pro hac vice
(OR Bar # 893240)
101 SW Madison Street #9325
Portland OR 97207
Telephone: 503.522.4257
Email: michaelvnixon@yahoo.com

|   |   |
|---|---|
| 1 | Clifford Levenson (AZ Bar # 014523) |
| 2 | 5119 North 19th Avenue, Suite K |
|   | Phoenix, AZ 85015 |
| 3 | Telephone: 602.258.8989 |
|   | Fax: 602.544.1900 |
| 4 | Email: cliff449@hotmail.com |

*Attorneys for Plaintiff*