TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

REUBEN S. SCHIFMAN
TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-4224 (Schifman)
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold, | CIVIL NO. 2:21-cv-00050-SPL |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| United States of America, *et al.,* | |
| Defendants. | |

1       Pursuant to this Court's Order (ECF No. 81), Plaintiff and Defendants provide this

2 Joint Status Report. Since the last Joint Status Report of January 11, 2022, the Forest

3 Service has concluded consultation meetings with three Tribes in January and will be

4 meeting with a fourth Tribe later this week.  The Forest Service estimates the

5 consultation process to conclude in the next few months.  The Parties have no additional

6 updates to report at this time.

7       The Parties will provide another Joint Status Report in 30 days.

8

9       Submitted this 10th day of February, 2022,

10

11                           TODD KIM
                          Assistant Attorney General

12                           U.S. Department of Justice

13                           Environment & Natural Resources Division

14                           */s/ Erika Norman*

15                           REUBEN SCHIFMAN
                          TYLER ALEXANDER

16                           ERIKA NORMAN

17                           Trial Attorneys
                          Natural Resources Section

18                           150 M St. NE, Third Floor

19                           Washington, D.C. 20002

20                           (202) 305-4224 (Schifman)
                          (202) 598-3314 (Alexander)

21                           (202) 305-0475 (Norman)

22                           Reuben.Schifman@usdoj.gov
                          Tyler.alexander@usdoj.gov

23                           Erika.norman@usdoj.gov

24                           *Attorneys for Federal Defendants*

25                           */s/ Michael V. Nixon*

26                           Michael V. Nixon, pro hac vice
                          (OR Bar # 893240)

27                           101 SW Madison Street #9325

28                           Portland OR 97207

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Telephone: 503.522.4257
Email: michaelvnixon@yahoo.com


Clifford Levenson (AZ Bar # 014523)
5119 North 19th Avenue, Suite K
Phoenix, AZ 85015
Telephone: 602.258.8989
Fax: 602.544.1900
Email: cliff449@hotmail.com

*Attorneys for Plaintiff*