TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold,<br><br>                    Plaintiff,<br><br>v.<br><br>United States of America, *et al.,*<br><br>                    Defendants. | CIVIL NO. 2:21-cv-00050-SPL<br><br>**JOINT STATUS REPORT** |

1   Pursuant to this Court's Order (ECF No. 81), Plaintiff and Defendants provide this

2   Joint Status Report.  The Parties have no additional updates to report since the last Joint

3   Status Report of March 14, 2022.  The Parties will provide another Joint Status Report in

4   30 days.

5   Submitted this 11th day of April, 2022,

6   TODD KIM
    Assistant Attorney General
7   U.S. Department of Justice
8   Environment & Natural Resources Division

9   */s/ Tyler M. Alexander*
10  TYLER M. ALEXANDER
    ERIKA NORMAN
11  Trial Attorneys
12  Natural Resources Section
    150 M St. NE, Third Floor
13  Washington, D.C. 20002
    (202) 598-3314 (Alexander)
14  (202) 305-0475 (Norman)
15  Tyler.alexander@usdoj.gov
16  Erika.norman@usdoj.gov

17  *Attorneys for Federal Defendants*

18  */s/ Michael V. Nixon (permission via email)*
19  Michael V. Nixon, pro hac vice
    (OR Bar # 893240)
20  101 SW Madison Street #9325
21  Portland OR 97207
    Telephone: 503.522.4257
22  Email: michaelvnixon@yahoo.com
23
    Clifford Levenson (AZ Bar # 014523)
24  5119 North 19th Avenue, Suite K
25  Phoenix, AZ 85015
    Telephone: 602.258.8989
26  Fax: 602.544.1900
27  Email: cliff449@hotmail.com

28  *Attorneys for Plaintiff*

1