TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold, | CIVIL NO. 2:21-cv-00050-SPL |
|            Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| United States of America, *et al.,* | |
|            Defendants. | |

1    To update the Court since the last Joint Status Report of May 14, 2022, we relate

2  the following as reported in the May 16, 2022 Joint Status Report in *San Carlos Apache*

3  *Tribe v. U.S. Forest Service, et al.* (Case No. 2:21-cv-068-PHX-DWL):

4

5    While the Forest Service does not presently have a deadline
     for the conclusion of [tribal] consultation[s], the Forest

6    Service estimates that government-to-government
     consultation[s] will conclude in the next few months.

7

8  The parties will provide another Joint Status Report in 30 days.

9

10   Submitted this 9th day of June, 2022,

11

12                          TODD KIM
                            Assistant Attorney General
13                          U.S. Department of Justice
                            Environment & Natural Resources Division
14

15                          */s/ Erika Norman*
                            TYLER ALEXANDER
16                          ERIKA NORMAN
                            Trial Attorneys
17                          Natural Resources Section
18                          150 M St. NE, Third Floor
                            Washington, D.C. 20002
19                          (202) 598-3314 (Alexander)
20                          (202) 305-0475 (Norman)
                            Tyler.alexander@usdoj.gov
21                          Erika.norman@usdoj.gov
22

23                          *Attorneys for Federal Defendants*

24                           */s/ Michael V. Nixon, with permission*
25                          Michael V. Nixon, pro hac vice
                            (OR Bar # 893240)
26                          101 SW Madison Street #9325
27                          Portland OR 97207
                            Telephone: 503.522.4257
28                          Email: michaelvnixon@yahoo.com

                                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Clifford Levenson (AZ Bar # 014523)
5119 North 19th Avenue, Suite K
Phoenix, AZ 85015
Telephone: 602.258.8989
Fax: 602.544.1900
Email: cliff449@hotmail.com

*Attorneys for Plaintiff*