TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold, | CIVIL NO. 2:21-cv-00050-SPL |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| United States of America, *et al.,* | |
| Defendants. | |

1  Pursuant to this Court's Order (ECF No. 81), Plaintiff and Defendants provide this Joint Status Report ("JSR"). As the Court is aware, the Forest Service has rescinded the challenged Final Environmental Impact Statement ("FEIS") and Draft Record of Decision ("DROD") and the Land Exchange for the Resolution Copper Project will not go forward until the FEIS is re-published. Federal Defendants rescinded the FEIS and DROD "in order to reinitiate consultation with Tribes and ensure impacts have been fully analyzed." ECF No. 80 at 2-3 (citing *San Carlos Apache Tribe v. United States Forest Serv.*, No. 21-68, ECF No. 36 at 1, 3); *Arizona Mining Reform Coalition v. United States Forest Serv.*, No. 21-122, ECF No. 26 at 2-3.).

Department of Agriculture Under Secretary Wilkes and representatives of the Forest Service met with representatives of the San Carlos Apache Tribe and with members of Apache Stronghold during the week of March 28-29 and visited the Oak Flat area. The government does not have any further updates to report on the government-to-government consultation with Indian tribes, or on the land appraisal, or on the environmental analysis which is still expected to be completed in late Spring or early Summer.

The Parties will provide another Joint Status Report in 30 days.

Submitted this 18th day of April, 2023,

          TODD KIM
          Assistant Attorney General
          U.S. Department of Justice
          Environment & Natural Resources Division

          */s/ Erika Norman*
          TYLER ALEXANDER
          ERIKA NORMAN
          Trial Attorneys
          Natural Resources Section
          150 M St. NE, Third Floor

Washington, D.C. 20002
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Tyler.alexander@usdoj.gov
Erika.norman@usdoj.gov

*Attorneys for Federal Defendants*

/s/ *Michael V. Nixon*
Michael V. Nixon, pro hac vice
(OR Bar # 893240)
101 SW Madison Street #9325
Portland OR 97207
Telephone: 503.522.4257
Email: michaelvnixon@yahoo.com


Clifford Levenson (AZ Bar # 014523)
5119 North 19th Avenue, Suite K
Phoenix, AZ 85015
Telephone: 602.258.8989
Fax: 602.544.1900
Email: cliff449@hotmail.com

*Attorneys for Plaintiff*