Christopher D. Thomas (#010482)
Diane M. Johnsen (#007634)
Shane R. Swindle (#011738)
Andrea J. Driggs (#023633)
Janet M. Howe (#034615)
Samantha J. Burke (#036064)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone:  602.351.8000
Facsimile:   602.648.7000
cthomas@perkinscoie.com
djohnsen@perkinscoie.com
sswindle@perkinscoie.com
adriggs@perkinscoie.com
jhowe@perkinscoie.com
sburke@perkinscoie.com
docketPHX@perkinscoie.com

*Attorneys for Defendant-Intervenor
Resolution Copper Mining, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Apache Stronghold,<br><br>          Plaintiff,<br><br>    v.<br><br>United States of America, *et al.*,<br><br>          Defendants.<br><br>Resolution Copper Mining, LLC,<br><br>          Defendant-Intervenor. | No. CV-2:21-cv-00050-PHX-SPL<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

    PLEASE TAKE NOTICE that Christopher D. Thomas, Diane M. Johnsen, Shane R. Swindle, Andrea J. Driggs, Janet M. Howe, and Samantha J. Burke of the law firm of Perkins Coie LLP enter their appearance as counsel of record on behalf of Resolution

Copper Mining, LLC ("Resolution"), which intends to timely seek leave to intervene herein. Service of papers in the captioned case should be sent to the undersigned counsel.

Respectfully submitted this 21st day of April, 2023.

**PERKINS COIE LLP**

By: /s/ Christopher D. Thomas
Christopher D. Thomas
Diane M. Johnsen
Shane R. Swindle
Andrea J. Driggs
Janet M. Howe
Samantha J. Burke
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

*Attorneys for Defendant-Intervenor Resolution Copper Mining, LLC*

## CERTIFICATE OF SERVICE

☒　　I hereby certify that on April 21, 2023, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

/s/ Shawne Murphy

161635082.1