UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Apache Stronghold,<br><br>    Plaintiff,<br><br> v.<br><br>United States of America, *et al.*,<br><br>    Defendants.<br><br>Resolution Copper Mining, LLC,<br><br>    Defendant-Intervenor. | No. CV-21-0050-PHX-SPL<br><br>**[PROPOSED] ORDER RE: DEFENDANT-INTERVENOR'S MOTION TO INTERVENE** |

  Before the Court is Defendant-Intervenor Resolution Copper Mining, LLC's Motion to Intervene. Having considered the Motion, and good cause appearing,

  IT IS ORDERED that Defendant-Intervenor's Motion to Intervene is granted.