1   Christopher D. Thomas (#010482)
    Diane M. Johnsen (#007634)
2   Shane R. Swindle (#011738)
    Andrea J. Driggs (#023633)
3   Janet M. Howe (#034615)
    Samantha J. Burke (#036064)
4   PERKINS COIE LLP
    2901 North Central Avenue, Suite 2000
5   Phoenix, Arizona 85012-2788
    Telephone:   602.351.8000
6   Facsimile:   602.648.7000
    cthomas@perkinscoie.com
7   djohnsen@perkinscoie.com
    sswindle@perkinscoie.com
8   adriggs@perkinscoie.com
    jhowe@perkinscoie.com
9   sburke@perkinscoie.com
    docketPHX@perkinscoie.com
10
    *Attorneys for Defendant-Intervenor*
11  *Resolution Copper Mining, LLC*

12

13                  UNITED STATES DISTRICT COURT

14                       DISTRICT OF ARIZONA

15

16  Apache Stronghold,                     No. CV-2:21-cv-00050-PHX-SPL

17                  Plaintiff,
                                           **CORPORATE DISCLOSURE**
18       v.                                **STATEMENT**

19  United States of America, *et al.*,

20                  Defendants.

21
    Resolution Copper Mining, LLC,
22
                    Defendant-Intervenor.
23

24

25

26

27

28

This Corporate Disclosure Statement is filed on behalf of intervenor Resolution Copper Mining, LLC ("Resolution") in compliance with the provisions of: *(check one)*

   X    Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation

_____ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

_____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation, the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

_____ No such corporation.

   X    Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attached additional pages if needed.)*

        See attached page. _____

-1-

1      __X__   Publicly held corporation, not a party to the case, with a financial interest in

2                the outcome.  List identity of corporation and the nature of financial interest.

3                *(Attached additional pages if needed.)*

4                _____ See attached page. _____

5      _____   Other (please explain)

6      **A supplemental disclosure statement will be filed upon any change in the**

7      **information provided herein.**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

1    Proposed intervenor Resolution Copper Mining LLC is a Delaware limited liability

2    company owned by Resolution Copper Company, a Delaware corporation, and BHP Copper

3    Inc., a Delaware corporation. Resolution Copper Company serves as the manager of

4    Resolution Copper Mining LLC.

5    More than ten percent of Resolution Copper Company is owned by Rio Tinto

6    America Inc., which is a subsidiary of the Rio Tinto Group. The Rio Tinto Group is

7    composed of two publicly traded companies, Rio Tinto plc (registered in the United

8    Kingdom) and Rio Tinto Limited (registered in Australia).

9    BHP Copper Inc. is a subsidiary of the BHP Group. The BHP Group is a subsidiary

10   of BHP Group Limited (registered in Australia).

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Respectfully submitted this 21st day of April, 2023.

2                                          **PERKINS COIE LLP**

3

4                                          By: /s/ Samantha J. Burke

5                                              Christopher D. Thomas
                                              Diane M. Johnsen
6                                              Shane R. Swindle
                                              Andrea J. Driggs
7                                              Janet M. Howe
                                              Samantha J. Burke
8                                              2901 North Central Avenue, Suite 2000
                                              Phoenix, Arizona 85012-2788
9

10                                         *Attorneys for Defendant-Intervenor*
                                           *Resolution Copper Mining, LLC*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

☒      I hereby certify that on April 21, 2023, I electronically transmitted the attached

3      documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing to the following CM/ECF registrants:

4

5

                                                  /s/ Shawne Murphy

6

161635295.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28