TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Apache Stronghold,<br><br>    Plaintiff,<br>v.<br><br>United States of America, *et al.,*<br><br>    Defendants. | CIVIL NO. 2:21-cv-00050-SPL<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order (ECF No. 81), Plaintiff and Defendants provide this Joint Status Report ("JSR").  As the Court is aware, the Forest Service has rescinded the challenged Final Environmental Impact Statement ("FEIS") and Draft Record of Decision ("DROD") and the Land Exchange for the Resolution Copper Project will not go forward until the FEIS is re-published.  Federal Defendants rescinded the FEIS and DROD "in order to reinitiate consultation with Tribes and ensure impacts have been fully analyzed."  ECF No. 80 at 2-3 (citing *San Carlos Apache Tribe v. United States Forest Serv.*, No. 21-68, ECF No. 36 at 1, 3); *Arizona Mining Reform Coalition v. United States Forest Serv.*, No. 21-122, ECF No. 26 at 2-3.).

Department of Agriculture Under Secretary Wilkes and representatives of the Forest Service met with representatives of the San Carlos Apache Tribe and with members of Apache Stronghold during the week of March 28-29 and visited the Oak Flat area. The consulting official for this project along with USDA and Forest Service leadership conducted a listening session with affected Tribes on April 25.  The Department is currently conducting a thorough review of the consultation record, and environmental and other associated documents, to ensure compliance with applicable laws, regulations, and policies.  Additionally, the agency continues to meet with Tribes and offer additional opportunities for formal consultation regarding implementation of the Southeast Arizona Land Exchange and Conservation Act (SALECA). The Department has not yet identified a timeframe for completing this broad review and additional steps required by the SALECA.  The parties note that Resolution Copper Mining, LLC ("RCM") has moved to temporarily lift the stay order to allow RCM to intervene as a Defendant.  The Parties will provide another Joint Status Report in 30 days.

Submitted this 18th day of May, 2023,

        TODD KIM
        Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division

        */s/ Erika Norman*
        TYLER ALEXANDER
        ERIKA NORMAN
        Trial Attorneys
        Natural Resources Section
        150 M St. NE, Third Floor
        Washington, D.C. 20002
        (202) 598-3314 (Alexander)
        (202) 305-0475 (Norman)
        Tyler.alexander@usdoj.gov
        Erika.norman@usdoj.gov

        *Attorneys for Federal Defendants*

        */s/ Michael V. Nixon*
        Michael V. Nixon, pro hac vice
        (OR Bar # 893240)
        101 SW Madison Street #9325
        Portland OR 97207
        Telephone: 503.522.4257
        Email: michaelvnixon@yahoo.com


        Clifford Levenson (AZ Bar # 014523)
        5119 North 19th Avenue, Suite K
        Phoenix, AZ 85015
        Telephone: 602.258.8989
        Fax: 602.544.1900
        Email: cliff449@hotmail.com

        *Attorneys for Plaintiff*