TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

## THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold, | CIVIL NO. 2:21-cv-00050-SPL |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| United States of America, *et al.,* | |
| Defendants. | |

1    Pursuant to this Court's Order (ECF No. 81), Plaintiff and Defendants provide this

2    Joint Status Report.  As the Court is aware, the Forest Service has rescinded the

3    challenged Final Environmental Impact Statement (FEIS) and Draft Record of Decision

4    (DROD) and the Land Exchange for the Resolution Copper Project will not go forward

5    until the FEIS is re-published.  Federal Defendants rescinded the FEIS and DROD "in

6    order to reinitiate consultation with Tribes and ensure impacts have been fully analyzed."

7    ECF No. 80 at 2-3 (citing *San Carlos Apache Tribe v. United States Forest Serv.*, No. 21-

8    68, ECF No. 36 at 1, 3); *Arizona Mining Reform Coalition v. United States Forest Serv.*,

9    No. 21-122, ECF No. 26 at 2-3.).

10    Department of Agriculture Under Secretary Wilkes and representatives of the

11    Forest Service met with representatives of the San Carlos Apache Tribe and with

12    members of Apache Stronghold during the week of March 28-29 and visited the Oak Flat

13    area. The consulting official for this project along with U.S. Department of Agriculture

14    and Forest Service leadership conducted a listening session with affected Tribes on April

15    25.  The Department is currently conducting a thorough review of the consultation

16    record, and environmental and other associated documents, to ensure compliance with

17    applicable laws, regulations, and policies.  Additionally, the agency continues to meet

18    with Tribes and offer additional opportunities for formal consultation regarding

19    implementation of the Southeast Arizona Land Exchange and Conservation Act.  The

20    Department has not yet identified a timeframe for completing this broad review and

21    additional steps required by the Act.

22    The Parties will provide another Joint Status Report in 30 days.

23    Submitted this 20th day of June, 2023,

24    
TODD KIM
25    Assistant Attorney General
U.S. Department of Justice
26    Environment & Natural Resources Division

27    */s/ Tyler M. Alexander*
28    TYLER M. ALEXANDER

1

1

ERIKA NORMAN
Trial Attorneys

2

Natural Resources Section

3

150 M St. NE, Third Floor

4

Washington, D.C. 20002
(202) 598-3314 (Alexander)

5

(202) 305-0475 (Norman)
Tyler.alexander@usdoj.gov

6

Erika.norman@usdoj.gov

7

*Attorneys for Federal Defendants*

8

9

/s/ Michael V. Nixon

Michael V. Nixon, pro hac vice

10

(OR Bar # 893240)
101 SW Madison Street #9325

11

Portland OR 97207

12

Telephone: 503.522.4257
Email: michaelvnixon@yahoo.com

13

14

15

Clifford Levenson (AZ Bar # 014523)
5119 North 19th Avenue, Suite K

16

Phoenix, AZ 85015
Telephone: 602.258.8989

17

Fax: 602.544.1900

18

Email: cliff449@hotmail.com

19

*Attorneys for Plaintiff*

20

21

22

23

24

25

26

27

28

2