TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold, | CIVIL NO. 2:21-cv-00050-SPL |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| United States of America, *et al.*, | |
| Defendants. | |

Pursuant to this Court's Order (ECF No. 81), Plaintiff and Federal Defendants provide this Joint Status Report.  As the Court is aware, the Forest Service has rescinded the challenged Final Environmental Impact Statement (FEIS) and Draft Record of Decision (DROD) and the Land Exchange for the Resolution Copper Project will not go forward until the FEIS is re-published.  Federal Defendants rescinded the FEIS and DROD "in order to reinitiate consultation with Tribes and ensure impacts have been fully analyzed." ECF No. 80 at 2-3 (citing *San Carlos Apache Tribe v. United States Forest Serv.*, No. 21-68, ECF No. 36 at 1, 3); *Arizona Mining Reform Coalition v. United States Forest Serv.*, No. 21-122, ECF No. 26 at 2-3.). Meanwhile, the Ninth Circuit Court of Appeals has not yet issued its decision after rehearing Plaintiff's appeal en banc on March 21, 2023.

Since the last Joint Status Report was filed, the Department of Agriculture is continuing its review of the consultation record—and environmental and other associated documents—to ensure compliance with applicable laws, regulations, and policies. Additionally, the Forest Service continues to meet with Tribes and offer additional opportunities for formal consultation regarding implementation of the Southeast Arizona Land Exchange and Conservation Act (SALECA).  The consulting official has scheduled formal consultation with the San Carlos Apache Tribe to take place on September 13, 2023.  The Department of Agriculture has not yet identified a timeframe for completing this broad review and additional steps required by the SALECA.

Plaintiff also notes that in the Joint Status Report filed on July 10, 2023, in *San Carlos Apache Tribe v. U.S. Forest Service* (Case No. CV-21-00068-PHX-DWL), the plaintiff San Carlos Apache Tribe stated:

> Plaintiff contends that "listening sessions" are not meaningful consultation per se, and that meaningful consultation has not yet occurred. Plaintiff looks forward to an in-depth series of consultation meetings with Defendant on the FEIS, aspects of the environmental record and other associated documents, as required pursuant to the Joint Motion for Stay. With respect to the formal

consultation referenced in the preceding paragraph, the Plaintiff remains unaware of such meetings or opportunities for such formal consultation.

Plaintiff Apache Stronghold notes that it shares the Tribe's concerns.

The Parties will provide another Joint Status Report in 30 days.

Submitted this 20th day of July, 2023,

        TODD KIM
        Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division

        */s/ Tyler M. Alexander*
        TYLER M. ALEXANDER
        ERIKA NORMAN
        Trial Attorneys
        Natural Resources Section
        150 M St. NE, Third Floor
        Washington, D.C. 20002
        (202) 598-3314 (Alexander)
        (202) 305-0475 (Norman)
        Tyler.alexander@usdoj.gov
        Erika.norman@usdoj.gov

        *Attorneys for Federal Defendants*

        */s/ Michael V. Nixon (permission via email)*
        Michael V. Nixon, pro hac vice
        (OR Bar # 893240)
        101 SW Madison Street #9325
        Portland OR 97207
        Telephone: 503.522.4257
        Email: michaelvnixon@yahoo.com

        Clifford Levenson (AZ Bar # 014523)
        5119 North 19th Avenue, Suite K
        Phoenix, AZ 85015
        Telephone: 602.258.8989
        Fax: 602.544.1900
        Email: cliff449@hotmail.com

*Attorneys for Plaintiff*

3