TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America, *et al.*,<br><br>    Defendants. | CIVIL NO. 2:21-cv-00050-SPL<br><br>**JOINT STATUS REPORT** |

1  Pursuant to this Court's Order (ECF No. 81), Plaintiff and Federal Defendants
2 provide this Joint Status Report.  As the Court is aware, the Forest Service has rescinded
3 the challenged Final Environmental Impact Statement (FEIS) and Draft Record of
4 Decision (DROD) and the Land Exchange for the Resolution Copper Project will not go
5 forward until the FEIS is re-published.  Federal Defendants rescinded the FEIS and
6 DROD "in order to reinitiate consultation with Tribes and ensure impacts have been fully
7 analyzed." ECF No. 80 at 2-3 (citing *San Carlos Apache Tribe v. United States Forest
8 Serv.*, No. 21-68, ECF No. 36 at 1, 3; *Arizona Mining Reform Coalition v. United States
9 Forest Serv.*, No. 21-122, ECF No. 26 at 2-3.).  Meanwhile, the Ninth Circuit Court of
10 Appeals has not yet issued its decision after rehearing Plaintiff's appeal en banc on
11 March 21, 2023.

12  Since the last Joint Status Report was filed, the Department reports that it is
13 continuing to be engaged in its review of the consultation record, and environmental and
14 other associated documents, to ensure compliance with applicable laws, regulations, and
15 policies.  Additionally, the Forest Service continues to meet with Tribes and offer
16 additional opportunities for formal consultation regarding implementation of the
17 Southeast Arizona Land Exchange and Conservation Act (SALECA).  The consultation
18 that had been previously scheduled for September 13, 2023 with the San Carlos Apache
19 Tribe has been rescheduled to allow the parties to work together on developing an agreed
20 framework for the upcoming consultation.  The Forest Service is continuing to engage
21 with the San Carlos Apache Tribe to develop the framework and reschedule the
22 consultation.  The Department has not yet identified a timeframe for completing this
23 broad review and additional steps required by the SALECA.

24  The Parties will provide another Joint Status Report in 30 days.

25  Submitted this 15th day of September, 2023,

26  TODD KIM
    Assistant Attorney General
27  U.S. Department of Justice
28  Environment & Natural Resources Division

1

                    */s/ Erika Norman*
TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Tyler.alexander@usdoj.gov
Erika.norman@usdoj.gov

*Attorneys for Federal Defendants*

 */s/ Michael V. Nixon*
Michael V. Nixon, pro hac vice
(OR Bar # 893240)
101 SW Madison Street #9325
Portland OR 97207
Telephone: 503.522.4257
Email: michaelvnixon@yahoo.com


Clifford Levenson (AZ Bar # 014523)
5119 North 19th Avenue, Suite K
Phoenix, AZ 85015
Telephone: 602.258.8989
Fax: 602.544.1900
Email: cliff449@hotmail.com

*Attorneys for Plaintiff*