TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Apache Stronghold,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America, *et al.*,<br><br>    Defendants. | CIVIL NO. 2:21-cv-00050-SPL<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order (ECF No. 81), Plaintiff and Federal Defendants provide this Joint Status Report. As the Court is aware, the Forest Service has rescinded the challenged Final Environmental Impact Statement (FEIS) and Draft Record of Decision (DROD) and the Land Exchange for the Resolution Copper Project will not go forward until the FEIS is re-published. Federal Defendants rescinded the FEIS and DROD "in order to reinitiate consultation with Tribes and ensure impacts have been fully analyzed." ECF No. 80 at 2-3 (citing *San Carlos Apache Tribe v. United States Forest Serv.*, No. 21-68, ECF No. 36 at 1, 3; *Arizona Mining Reform Coalition v. United States Forest Serv.*, No. 21-122, ECF No. 26 at 2-3.). Meanwhile, the Ninth Circuit Court of Appeals has not yet issued its decision after rehearing Plaintiff's appeal en banc on March 21, 2023.

Since the last Joint Status Report was filed, the Department reports that it continues its review of the consultation record, and environmental and other associated documents, to ensure compliance with applicable laws, regulations, and policies. The Department has not yet identified a timeframe for completing this broad review and additional steps required by the Southeast Arizona Land Exchange and Conservation Act.

The Parties will provide another Joint Status Report in 30 days.

Submitted this 19th day of December, 2023,

> TODD KIM
> Assistant Attorney General
> U.S. Department of Justice
> Environment & Natural Resources Division
>
> */s/ Tyler M. Alexander*
> TYLER M. ALEXANDER
> ERIKA NORMAN
> Trial Attorneys
> Natural Resources Section
> 150 M St. NE, Third Floor
> Washington, D.C. 20002
> (202) 598-3314 (Alexander)
> (202) 305-0475 (Norman)
> Tyler.alexander@usdoj.gov

Erika.norman@usdoj.gov

*Attorneys for Federal Defendants*

 */s/ Michael V. Nixon (permission via email)*
Michael V. Nixon, pro hac vice
(OR Bar # 893240)
101 SW Madison Street #9325
Portland OR 97207
Telephone: 503.522.4257
Email: michaelvnixon@yahoo.com

Clifford Levenson (AZ Bar # 014523)
5119 North 19th Avenue, Suite K
Phoenix, AZ 85015
Telephone: 602.258.8989
Fax: 602.544.1900
Email: cliff449@hotmail.com

*Attorneys for Plaintiff*

2