ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

ANGELA ELLIS
Trial Attorney
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-0479
Angela.Ellis@usdoj.gov

*Attorney for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold,<br><br>        Plaintiff,<br><br>v.<br><br>United States of America, *et al.*,<br><br>        Defendants. | CIVIL NO. 2:21-cv-00050-SPL<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Federal Defendants hereby notice the appearance of Angela Ellis, United States Department of Justice, as additional counsel of record for Federal Defendants in this case. Ms. Ellis is authorized to appear before this Court as counsel for the United States under Local Rule 83.1(b)(1).

Service of all papers should be addressed as follows:

| **Via U.S. Mail:** | **Via Express Courier:** |
|---|---|
| Angela Ellis | Angela Ellis |
| U.S. Department of Justice | U.S. Department of Justice |
| Environment & Natural Resources Division | Environment & Natural Resources Division |
| P.O. Box 7611 | 150 M. Street NE |
| Ben Franklin Station | Room 2.900 |
| Washington, DC 20044-7611 | Washington, DC 20002 |

Ms. Ellis may be reached by telephone at (202) 305-0479 and by email at Angela.Ellis@usdoj.gov.

Submitted this 17th day of April, 2025,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/   Angela N. Ellis*
ANGELA ELLIS
Trial Attorney
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-0479
Angela.Ellis@usdoj.gov

*Attorney for Federal Defendants*