ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

ERIKA NORMAN
ANGELA ELLIS
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-0475 (Norman)
Erika.norman@usdoj.gov
Angela.Ellis@usdoj.gov

*Attorneys for Federal Defendants*

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Apache Stronghold,<br><br>　　　　　Plaintiff,<br>v.<br><br>United States of America, *et al.,*<br><br>　　　　　Defendants. | CIVIL NO. 2:21-cv-00050-SPL<br><br>**FEDERAL DEFENDANTS' SIXTY-DAY NOTICE OF PUBLICATION OF FINAL ENVIRONMENTAL IMPACT STATEMENT** |

1    In accordance with the Court's Order of May 12, 2021 (Dkt. 81), Federal
2 Defendants hereby provide notice that they intend to publish a Notice of Availability of
3 the Final Environmental Impact Statement ("FEIS") and Draft Record of Decision
4 ("DROD") for the subject Land Exchange and Project in the Federal Register no earlier
5 than 60 days from the date of filing this notice.  Pursuant to the Court's order, Federal
6 Defendants will coordinate with Plaintiffs to file a joint status report within 10 days from
7 the date of filing of this notice.  The Supreme Court is presently considering a petition for
8 a writ of certiorari in *Apache Stronghold v. United States*, No. 24-291.  The disposition of
9 that petition may affect the timing of when Federal Defendants proceed with publication
10 of any FEIS and DROD.  If the petition is denied within the 60-day period following this
11 notice, Federal Defendants anticipate proceeding with publication of the FEIS and DROD
12 consistent with this notice.  If the petition remains pending or has been granted, Federal
13 Defendants may reevaluate how to proceed and will update the Court and parties as
14 appropriate.  The Forest Service is also providing public notice on the agency's website
15 at https://www.resolutionmineeis.us/.
16    The parties will file a joint status report within ten days of this Notice. *See* Dkt.
17 81.

19    Submitted this 17th day of April, 2025,

                    ADAM R.F. GUSTAFSON
                    Acting Assistant Attorney General
                    U.S. Department of Justice
                    Environment & Natural Resources Division

                    /s/   Angela N. Ellis
                    ERIKA NORMAN
                    ANGELA ELLIS
                    Trial Attorneys
                    Natural Resources Section
                    150 M St. NE, Third Floor
                    Washington, D.C. 20002
                    (202) 305-0475 (Norman)
                    Erika.norman@usdoj.gov

Angela.Ellis@usdoj.gov

*Attorneys for Federal Defendants*

2