IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Apache Stronghold, | No. CV-21-00050-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| United States of America, et al., | |
| Defendants. | |

In light of the Supreme Court's recent denial of Plaintiff's petition for writ of certiorari, *Apache Stronghold v. United States*, No. 24-291, 2025 WL 1496472 (U.S. May 27, 2025),

**IT IS ORDERED** that the parties must file a joint report no later than **Friday, June 13, 2025** on the status of the case, whether the pending Motion for Reconsideration (Doc. 172) is now moot, and whether the stay of the case should be lifted (*see* Doc. 153 (lifting stay for the narrow purpose of considering and ruling on the Motion for Injunction pending appeal)).

Dated this 5th day of June, 2025.

Honorable Steven P. Logan
United States District Judge