ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

ERIKA NORMAN (CA Bar 268425)
ANGELA ELLIS (DC Bar 1670713)
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-0475 (Norman)
Erika.Norman@usdoj.gov
Angela.Ellis@usdoj.gov

*Attorneys for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States Forest Service, *et al.*,<br><br>　　　　Defendants,<br><br>and<br><br>Resolution Copper Mining, LLC,<br><br>　　　　Defendant-Intervenor. | NO. CV-21-00050-PHX-SPL<br><br>**FEDERAL DEFENDANTS' NOTICE OF RELATED CASE** |

Federal Defendants hereby notify the Court that *Gouyen Brown Lopez, et al. v. United States Forest Service, et al.*, which was recently transferred to the District of Arizona, is related to the following three matters pending in this District, including the instant case:

- *San Carlos Apache Tribe v. United States Forest Service*, No. 2:21-cv-00068-DWL (D. Ariz.)
- *Arizona Mining Reform Coalition v. United States Forest Service*, No. 2:21-cv-00122-DWL (D. Ariz.)
- *Apache Stronghold v. United States*, No. 21-cv-00050-SPL (D. Ariz.)

Originally filed on July 24, 2025, in the U.S. District Court for the District of Columbia, *Lopez* concerns constitutional and statutory challenges to the land exchange of Oak Flat directed in the Southeast Arizona Land Exchange and Conservation Act, 16 U.S.C. § 539p, asserted on behalf of four Apache women and their minor children. *See* Compl., *Lopez, et al. v. United States Forest Service*, No. 25-cv-02408-TJK (D.D.C.), Dkt. No. 1.

On August 1, 2025, Judge Timothy Kelly of the D.C. District Court granted a motion to transfer venue to this District filed by the Federal Defendants and Defendant-Intervenor Resolution Copper, noting that the transfer would avoid a risk of inconsistent judgments on claims similar to those pending in this District. A District of Arizona case number and judicial assignment for *Lopez* are forthcoming.

Of the three matters pending in this district, *San Carlos Apache Tribe* and *AMRC* are in active litigation, with a preliminary injunction hearing scheduled before Judge Lanza on August 6. *Apache Stronghold* is currently stayed pending resolution of plaintiff's motion for rehearing in the United States Supreme Court.

1 | Submitted August 1, 2025,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Angela N. Ellis*
ERIKA NORMAN
ANGELA ELLIS
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-0475 (Norman)
Erika.Norman@usdoj.gov
Angela.Ellis@usdoj.gov

*Attorneys for Federal Defendants*

1 **CERTIFICATE OF SERVICE**

2   I hereby certify that on August 1, 2025, I electronically transmitted the attached
3 documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a
4 Notice of Electronic Filing to the CM/ECF registrants.

5      /s/ Angela N. Ellis