Michael V. Nixon, pro hac vice
(OR Bar # 893240)
101 SW Madison Street #9325
Portland OR 97207
Telephone: 503.522.4257
Email: michaelvnixon@yahoo.com

Clifford Levenson (AZ Bar # 014523)
5119 North 19th Avenue, Suite K
Phoenix, AZ 85015
Telephone: 602.258.8989
Fax: 602.544.1900
Email: cliff449@hotmail.com

Luke Goodrich, pro hac vice
Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20006
202-955-0095
Email: lgoodrich@becketfund.org

*Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Apache Stronghold,<br><br>　　　　Plaintiff,<br>v.<br><br>United States of America, *et al.*,<br><br>　　　　Defendants.<br>v.<br><br>Resolution Copper Mining, LLC,<br><br>　　　　Defendant-Intervenor. | CIVIL NO. 2:21-cv-00050-SPL<br><br>**JOINT STATUS REPORT** |

1        Pursuant to this Court's Order (ECF 178), the parties provide this Joint Report on the status of the case.

       Pursuant to this Court's Order of June 20, 2025 (ECF 178), this case is currently stayed pending resolution of Plaintiff's petition for rehearing of the United States Supreme Court's order denying the petition for a writ of certiorari, with this Court ordering the parties to "file a Joint Status Report within ten (10) days of the United States Supreme Court's disposition of the petition for rehearing advising this Court of the status of this case."

       On October 6, 2025, the Supreme Court denied Plaintiff's petition for rehearing. The Supreme Court noted that Justice Alito took no part in the consideration or decision of the petition and that Justice Gorsuch would grant the petition for rehearing.

       After the denial of the petition for rehearing, the parties conferred on the status of this case. The parties agreed that, given the overlapping factual issues and legal claims in this case and three consolidated appeals now pending in the Ninth Circuit—*Arizona Mining Reform Coalition v. Rollins* (No. 25-5185), *San Carlos Apache Tribe v. United States Forest Service* (No. 25-5189), and *Lopez v. United States* (No. 25-5197)—which are set to be resolved by the Ninth Circuit on an expedited basis, this case should remain stayed pending the Ninth Circuit's decision, with the parties in this case to submit a status report within 10 days of the resolution of those appeals.

       The United States further states the following as its position: The Government consents to a further stay of proceedings in this case pending the Ninth Circuit's resolution of the related cases, but should the Court decline to stay the case, the Government requests at least a temporary stay for the duration of the current lapse in appropriations.

Submitted October 15, 2025,

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division

        <u>*/s/ Erika Norman, w/ permission*</u>
        ERIKA NORMAN
        Trial Attorneys
        Natural Resources Section
        150 M St. NE, Third Floor
        Washington, D.C. 20002
        (202) 305-0475 (Norman)
        Erika.norman@usdoj.gov

        *Attorneys for Federal Defendants*

        <u>*/s/ Michael V. Nixon*</u>
        Michael V. Nixon, pro hac vice
        (OR Bar # 893240)
        101 SW Madison Street #9325
        Portland OR 97207
        Telephone: 503.522.4257
        Email: michaelvnixon@yahoo.com

        Clifford Levenson (AZ Bar # 014523)
        5119 North 19th Avenue, Suite K
        Phoenix, AZ 85015
        Telephone: 602.258.8989
        Fax: 602.544.1900
        Email: cliff449@hotmail.com

        Luke Goodrich, pro hac vice
        Becket Fund for Religious Liberty
        1919 Pennsylvania Ave. NW, Ste. 400
        Washington, DC 20006
        202-955-0095
        Email: lgoodrich@becketfund.org

        *Attorneys for Plaintiff*

|   |   |
|---|---|
| 1 | By: */s/ Michael R. Huston, w/ permission* |
| 2 | Michael R. Huston |
|   | Perkins Coie LLP |
| 3 | 2525 E. Camelback Road, Suite 500 |
|   | Phoenix, AZ 85016 |
| 4 | 602-351-8000 |
| 5 | MHuston@perkinscoie.com |

Christopher D. Thomas
Andrea J. Driggs
Janet M. Howe
Benjamin A. Longbottom
Holland & Hart LLP
2398 E. Camelback Road, Suite 650
Phoenix, AZ 85016
602-507-9704
CDThomas@hollandhart.com

*Attorneys for Defendant-Intervenor Resolution Copper Mining, LLC*

3