IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Apache Stronghold,<br><br>Plaintiff,<br><br>vs.<br><br>United States of America, et al.,<br><br>Defendants. | No. CV-21-00050-PHX-SPL<br><br>**ORDER** |

Before the Court is the parties' Joint Motion to Lift Stay (Doc. 182). Good cause appearing,

**IT IS ORDERED** that the Joint Motion (Doc. 182) is **granted as modified** and the stay is **lifted**.

**IT IS FURTHER ORDERED** that by **April 22, 2026**, Plaintiffs shall either file an amended complaint or notify the Court that they stand on their operative complaint.

**IT IS FURTHER ORDERED** that the deadlines outlined in the Federal Rules of Civil Procedure and Local Rules shall apply unless the parties file, and the Court grants, a motion or stipulation to modify the responsive pleading schedule.

Dated this 23rd day of March, 2026.

Honorable Steven P. Logan
United States District Judge